IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____ :
                                        :
DUSHAN MORGAN                           :      CIVIL ACTION NO. _____
                                        :
              Plaintiff                 :
                                        :
V.                                      :
                                        :
PACKSIZE INTERNATIONAL, LLC             :      NOVEMBER 9, 2021
                                        :
              Defendant.                :
_____ :

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441 and 1446, Defendant Packsize International, LLC (the "Defendant") hereby removes to this Court the proceeding commenced by Plaintiff Dushan Morgan ("Plaintiff") in the Superior Court of the State of Connecticut, Judicial District of Hartford (the "Hartford Superior Court").  In support of this Notice of Removal, Defendant states on knowledge, information, and belief:

### REMOVAL IS TIMELY

1.      This Notice of Removal has been timely filed. Plaintiff first brought this action against Defendant Packsize International, LLC, in state court by filing a Complaint dated October 6, 2021, which was docketed as Case No. 0000300616 - A 001.  Copies of the original Summons and Complaint ("Compl."), and related documents, are attached as Exhibit 1.

2.      The Secretary of State of Connecticut mailed Defendant Packsize International, LLC, a copy of the Summons and Complaint on October 12, 2021. *See* Exhibit 2 (Notice of Service of Process).

3.     Defendant's Notice of Removal has been filed with this Court within thirty (30) days of Defendant Packsize International, LLC's receipt of the Complaint, as provided by 28 U.S.C. § 1446(b).

## COMPLETE DIVERSITY OF CITIZENSHIP EXISTS

4.     The basis for removal is diversity of citizenship jurisdiction. Pursuant to 28 U.S.C. § 1332(a), United States District Courts have original jurisdiction over all civil actions in which the matter in controversy is in excess of $75,000, exclusive of interest and costs, and in which complete diversity of citizenship exists between all plaintiffs and all defendants.

5.     There is complete diversity of citizenship.

6.     Plaintiff is a citizen of Connecticut. *See* Exhibit 1 (Compl. at ¶ 1).

7.     Plaintiff was employed by Packsize, LLC ("Packsize"). Packsize, LLC is incorporated in the state of Delaware, with its headquarters and principal place of business located at 3760 W Smart Pack Way Salt Lake City, UT 84104.

8.     Packsize, LLC, has only one member, Packsize International, LLC, the named defendant. Packsize International, LLC, is incorporated in the state of Delaware, with its headquarters and principal place of business located at 3760 W Smart Pack Way Salt Lake City, UT 84104.

9.     Packsize International, LLC, has various members, including corporations and individuals, none of whom are incorporated in the state of Connecticut, have headquarters or a primary place of business in Connecticut, or are a citizen of Connecticut.

10.     Within seven (7) days of the filing of this Notice of Removal Defendant will file and serve a signed statement with all information, including the citizenship of each member of

2

Packsize International, LLC, required by the Standing Order for Removed Cases issued by the United States District Court for the District of Connecticut (amended March 19, 2018).

11.     For these reasons, there is diversity of citizenship between the parties in this case.

**THE AMOUNT IN CONTROVERSY EXCEEDS $75,000**

12.     This is a civil action in which the matter in controversy exceeds $75,000, exclusive of interest and costs.

13.     When, as here, the initial pleading seeks nonmonetary relief or an unspecific sum of monetary relief, a defendant is permitted to establish the amount in controversy exceeds $75,000 in their notice of removal.  *See* 28 U.S.C. § 1446(c)(2)(A).

14.     This is an employment discrimination action. Plaintiff alleges that Defendant Packsize International, LLC, unlawfully discriminated against him based on his disability and age, and then wrongfully terminated his employment. *See* Exhibit 1 (Compl. at ¶¶ 63-77). Plaintiff alleges that Defendant's alleged conduct has caused him to sustain lost wages and benefits of employment and that he has been deprived of the future benefits of gainful employment. *See Id*. (Compl. at ¶¶ 70, 76).

15.     Plaintiff further alleges that he has suffered substantial emotional distress because of Defendant's alleged conduct, and is seeking reinstatement, or, in lieu of reinstatement, front pay, punitive damages against Defendant, as well as other unspecified relief. *See id*. (Compl. at ¶¶ 70, 76, prayer for relief ¶¶ 1-5).

16.     Where "the complaint fails to allege a specific amount of damages, the removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds $75,000." *Royal Ins. Co. v. Jones*, 76 F. Supp. 2d 202, 204 (D. Conn. 1999) (Citations omitted). It is the claims made by the plaintiff, not the likely recovery that control.  "It must appear to a

legal certainty that the claim is really for less than the jurisdictional amount to justify dismissal.
The inability of plaintiff to recover an amount adequate to give the court jurisdiction . . . does not
oust the jurisdiction.  Nor does the fact that the complaint discloses the existence of a valid
defense to the claim." *St. Paul Mercury Indemnity Co. v. Red Cab Co*., 303 U.S. 283, 289
(1938).  There is a rebuttable presumption that "the face of the complaint is a good faith
representation of the actual amount in controversy." *Wolde-Meskel v. Vocational Instruction
Project Community Services, Inc*., 166 F.3d 59, 63 (2d Cir. 1999).

17.     "Where the pleadings themselves are inconclusive as to the amount in controversy
. . . federal courts may look outside those pleadings to other evidence in the record." *United
Food & Commercial Workers Union, Local 919 v. CenterMark Properties Meriden Square, Inc.*,
30 F.3d 298, 305 (2d Cir. 1994) (Citation omitted). Because the Connecticut Rules of Practice do
not require a specific demand, but rather only a statement that more than $15,000 is in dispute,
*see* Conn. Gen. Stat. § 52-91, the pleadings are inconclusive and therefore the Court may reach
beyond the pleadings to determine the amount in controversy.

18.     Considering the allegations in Plaintiff's Complaint concerning Mr. Morgan's
claimed injuries and the nature of the damages alleged, there is a "reasonable probability" that
the amount in controversy exceeds $75,000.  *Allen v. Ruby Tuesday, Inc*., No. 3:06CV149 PCD,
2006 WL 2790431, at *3 (D. Conn. Sept. 26, 2006).

19.     Plaintiff is seeking lost wages, lost employment benefits, reinstatement or front
pay, as well as damages for the emotional distress he alleges he suffered. These damages alone,
present a reasonable probability that the amount of controversy exceeds $75,000. For instance,
the salary Plaintiff received for his position at Packsize was $71,991.57 a year. *See* Exhibit 3,

(Response to CHRO Schedule A, ¶ 13). Based on that salary, Plaintiff would have earned approximately $6,000 a month.

20.     It has been more than ten months since Defendant terminated Plaintiff's employment on December 30, 2020. *See* Exhibit 1 (Compl. at ¶ 47). Because of this, there is a reasonable probability that Plaintiff's potential claimed backpay, at the time of removal, is more than $60,000. A conservative estimate of the lost employment benefits alleged by Plaintiff would be $15,000 (calculating benefit value as 25% of employee compensation over the same period). Because of this, there is more than a reasonable probability that the amount in controversy exceeds $75,000. Even if benefits were calculated at a lower rate, the amount in controversy would be met even by *de minimis* awards for the emotional or front pay damages sought by Plaintiff.

21.     Furthermore, it is well settled that a potential award of punitive damages can be considered to meet the amount in controversy requirements. *See Ryan v. State Farm Mut. Auto. Ins. Co.*, 934 F.2d 276, 277 (11th Cir. 1991) (amount in controversy requirement for federal jurisdiction may be satisfied by demand for punitive damages if it is possible under state law for the jury to award jurisdictional amount). Plaintiff alleges two causes of action in his complaint, disability discrimination brought under C.G.S. § 46a-60(b)(l), and age discrimination, brought under C.G.S. § 46a-60(b)(l). Punitive damages are allowed in discrimination claims under C.G.S. § 46a-104. *See also* C.G.S. § 46a-100.

22.     Judges in the District of Connecticut only permit plaintiffs to avoid removal to federal court where the plaintiff stipulates that he does not seek more than $75,000 in damages, exclusive of interest and costs. *See Gregg v. Walmart Stores, Inc.*, No. 3:20-CV-1447(CSH),

2020 WL 6156527, at *2 (D. Conn. Oct. 20, 2020) (citing *Luce v. Kohl's Dep't Stores, Inc.*, 23 F. Supp. 3d 82, 83 (D. Conn. 2014)).

23.     Given the nature of the injuries and damages alleged in the Complaint, the amount in controversy is expected to surpass $75,000.

24.     Thus, the jurisdictional amount required under 28 U.S.C. § 1332(a) is satisfied.

## ALL PROCEDURAL REQUIREMENTS HAVE BEEN MET

25.     Pursuant to 28 U.S.C. § 1446(a), Defendant Packsize International, LLC, represents that it has only received copies of the Summons and Complaint and related documents provided with the same.  Defendant Packsize International, LLC, has not received any other process, pleadings, motions, or orders in this action. A copy of the Summons and Complaint is attached as Exhibit 1.

26.     Pursuant to 28 U.S.C. § 1446(d), Defendant Packsize International, LLC, will promptly serve a copy of this Notice of Removal on Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Hartford Superior Court to effect removal of this action to the United States District Court for the District of Connecticut.

27.     Accordingly, jurisdiction over the subject matter of this case is conferred by 28 U.S.C. § 1332(a)(1) and removal is proper pursuant to 28 U.S.C. § 1441(a).

THEREFORE, having established all of the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all jurisdictional requirements established by 28 U.S.C. § 1332, Defendant Packsize International, LLC, hereby removes this case to the United States District Court for the District of Connecticut.

Dated: November 8, 2021

THE DEFENDANT,

PACKSIZE INTERNATIONAL, LLC

By:      /s/      Lisa A. Zaccardelli
         Lisa A. Zaccardelli
         HINCKLEY ALLEN & SNYDER, LLP
         20 Church Street, 18TH Floor
         Hartford, CT 06103-1221
         Telephone:  860-331-2764
         lzaccardelli@hinckleyallen.com
         Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2021, a copy of the foregoing Notice of Removal was filed electronically and served by mail on counsel for the plaintiff at the address below.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

I further certify that I have on this day served all counsel of record, as well as all counsel for potentially interested parties, with this filing by depositing in the United States Mail a copy of same in an envelope with adequate postage thereon, addressed as follows:

Michael J. Reilly
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Email: mreilly@cicchielloesq.com


/s/      Lisa A. Zaccardelli
                Lisa A. Zaccardelli

8

61433026 v1

# EXHIBIT 1

Case Number: 0000300616 - A 001

Mail Number: 7019 1120 0001 0337 6979

PACKSIZE INTERNATIONAL, LLC
3760 W. SMART PACK WAY
SALT LAKE CITY, UT 84104, USA

 **Secretary of the State of Connecticut**
**Notice of Service of Process**
165 Capitol Avenue, P.O. Box 150470, Hartford, CT 06115-0470

Case Number:          0000300616 - A 001
Mail Number:          7019 1120 0001 0337 6979
Enc.



# Secretary of the State of Connecticut
# Notice of Service of Process

165 Capitol Avenue, P.O. Box 150470, Hartford, CT 06115-0470

Date:    10/12/2021 01:25 PM

PACKSIZE INTERNATIONAL, LLC

3760 W. SMART PACK WAY,

SALT LAKE CITY, UT 84104, USA

Re: MORGAN, DUSHAN          v.          PACKSIZE INTERNATIONAL, LLC

To Whom It May Concern,

Legal process has been served on the Secretary of the State of Connecticut as the Statutory Agent for Service of Process for the following defendant in the above referenced matter. Enclosed is a copy of the submission to this office.

PACKSIZE INTERNATIONAL, LLC

Enclosed is a copy of the submission to this office.

Sincerely,

Denise W. Merrill
Secretary of the State of Connecticut

By: Adrianna Zoppoli
     860-509-6002

34-243r + 34-275g

**SUMMONS - CIVIL**
JD-CV-1  Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**See other side for instructions**

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* *(C.G.S. §§ 51-346, 51-350)* | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 95 Washington Street, Hartford 06106 | ( 860 )548-2700 | November | 2 | 2 021 |
| | | Month | Day | Year |

| [X] Judicial District | [ ] G.A. | At *(Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)* | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| [ ] Housing Session | Number: | Hartford | Major: **M** | Minor: **90** |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Cicchiello & Cicchiello, LLP, 364 Franklin Ave., Hartford, CT 06114 | 419987 |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| ( 860 ) 296-3457 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [X] Yes | [ ] No | Email address for delivery of papers under Section 10-13 *(if agreed to)* mreilly@cicchielloesq.com |
|---|---|---|---|

| Number of Plaintiffs:  **1** | Number of Defendants:  **1** | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name:  MORGAN, DUSHAN<br>Address: 1399 Tolland Stage Road, Tolland, CT 06084 | P-01 |
| **Additional Plaintiff** | Name:<br>Address: | P-02 |
| **First Defendant** | Name:  PACKSIZE INTERNATIONAL, LLC, 3760 W. Smart Pack Way, Salt Lake City, Utah 84104<br>Address: Agent for Service:H. Burt Ringwood, Strong & Hanni, 9350 South 150 East Suite 820, Sandy, Utah 84070 | D-01 |
| **Additional Defendant** | Name:<br>Address: | D-02 |
| **Additional Defendant** | Name:<br>Address: | D-03 |
| **Additional Defendant** | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly.  **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | [X] Commissioner of the Superior Court | Name of Person Signing at Left | Date signed |
|---|---|---|---|
| | [ ] Assistant Clerk | **Michael J. Reilly, Esq.** | **10/06/2021** |

| If this Summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | File Date<br><br>A TRUE COPY ATTEST<br><br>KEITH D. NIZIANKIEWICZ<br>CONNECTICUT STATE MARSHAL<br>INDIFFERENT PERSON |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters).
   (b) Summary process actions.
   (c) Applications for change of name.

   (d) Probate appeals.
   (e) Administrative appeals.
   (f) Proceedings pertaining to arbitration.
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought.

---

### ADA NOTICE

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

## Case Type Codes

| Major Description | Codes Major/ Minor | Minor Description | Major Description | Codes Major/ Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 10 | Construction - State and Local | | T 03 | Defective Premises - Private - Other |
| | C 20 | Insurance Policy | | T 11 | Defective Premises - Public - Snow or Ice |
| | C 30 | Specific Performance | | T 12 | Defective Premises - Public - Other |
| | C 40 | Collections | | T 20 | Products Liability - Other than Vehicular |
| | C 90 | All other | | T 28 | Malpractice - Medical |
| Eminent Domain | E 00 | State Highway Condemnation | | T 29 | Malpractice - Legal |
| | E 10 | Redevelopment Condemnation | | T 30 | Malpractice - All other |
| | E 20 | Other State or Municipal Agencies | | T 40 | Assault and Battery |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 50 | Defamation |
| | E 90 | All other | | T 61 | Animals - Dog |
| | | | | T 69 | Animals - Other |
| Miscellaneous | M 00 | Injunction | | T 70 | False Arrest |
| | M 10 | Receivership | | T 71 | Fire Damage |
| | M 20 | Mandamus | | T 90 | All other |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 40 | Arbitration | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 50 | Declaratory Judgment | | V 05 | Motor Vehicles* - Property Damage only |
| | M 63 | Bar Discipline | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | V 09 | Motor Vehicle* - All other |
| | M 68 | Bar Discipline - Inactive Status | | V 10 | Boats |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 20 | Airplanes |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 30 | Railroads |
| | | | | V 40 | Snowmobiles |
| | M 83 | Small Claims Transfer to Regular Docket | | V 90 | All other |
| | M 84 | Foreign Protective Order | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | M 90 | All other | | | |
| Property | P 00 | Foreclosure | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | P 10 | Partition | | W 90 | All other |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien | | | |
| | P 30 | Asset Forfeiture | | | |
| | P 90 | All other | | | |

JD-CV-1 Rev. 10-15 (Back/Page 2)

| RETURN DATE: NOVEMBER 2, 2021 | : | SUPERIOR COURT |
|---|---|---|
| | : | |
| DUSHAN MORGAN | : | JUDICIAL DISTRICT |
| | : | |
| VS. | : | OF HARTFORD |
| | : | |
| PACKSIZE INTERNATIONAL, LLC | : | OCTOBER 6, 2021 |

## COMPLAINT

1.     At all times set forth herein, the Plaintiff, Dushan Morgan, was of East Hartford, Connecticut.

2.     At all times set forth herein, the Defendant, Packsize International, LLC, was a limited liability company organized under the laws of the State of Delaware.

3.     The Defendant operates a place of business in Hartford, Connecticut.

4.     Plaintiff began his employment with the Defendant at its Hartford, Connecticut business location on March 16, 2020, in the position of Field Service Engineer.

5.     Plaintiff was interviewed and hired by Noe Madera ("Madera"), who thereafter served as the Plaintiff's supervisor and manager.

6.     Plaintiff's general duties as a Field Service Engineer consisted in installing Defendant's equipment, engineering changes, and preventive maintenance at the Defendant's customer's business sites.

7.     During Plaintiff's hiring interview for the position with Defendant, Plaintiff told Madera that he suffered from a medical condition which caused him intermittent back pain.

8.     During the interview, Madera questioned the Plaintiff whether he could handle hand tools, work with his hands for the installations of Defendant's equipment that is usually conducted by two of Defendant's employees.

9.     The Plaintiff began his employment and pursued his assigned duties for the position without any difficulties.

10.     During April 2020, Plaintiff consulted with an orthopedic surgeon specializing in the spine, Dr. Hanbing Zhou, from the Orthopedic Associates of Hartford. Dr. Zhou recommended for the Plaintiff to undergo a laminectomy, a type of corrective back surgery.

11.     Plaintiff immediately informed Madera, on May 12, 2020, that he was scheduled for back surgery on June 12, 2020.

12.     Accordingly, Defendant's Human Resources initiated paperwork for the Plaintiff to be placed on the company's short-term disability with their carrier, Cigna insurance, for the three months the Plaintiff anticipated to be out of work post-surgery.

13.     The Plaintiff underwent back surgery as planned on June 12, 2020, and he remained on short term disability for three months thereafter.

14.     The Plaintiff was cleared to return to work on September 17, 2020, on light duty. However, the Defendant delayed returning Plaintiff back to work until October 15, 2020.

15.     Plaintiff was told by his supervisor, Madera, that he would be assigned to work in a new position as long as he remained on light duty.

16.     Madera also informed Plaintiff that the Defendant would accommodate his work restrictions until he recovered from his surgery.

17.     Upon his return to work on October 15, 2020, the Plaintiff was assigned to a new position known as Technical Service Representative. This was a position that could be performed either from Plaintiff's home or from the Defendant's office.

18.     In this position, Plaintiff was responsible to take phone calls from Defendant's customers who were experiencing difficulties with their equipment. Defendant's employees worked remotely and coach Defendant's customers how to repair the Defendant's equipment.

19.     All of Defendant's employees assigned to this position are provided extensive training by the Defendant's company training centers. Plaintiff was promised the training needed for the new position by his supervisor, Madera.

20.     On November 2, 2020, Plaintiff was assigned a new supervisor, Cody Hancey ("Hancey"), that replaced Madera. Plaintiff had developed a good working relationship with his previous supervisor Madera.

21.     Plaintiff requested the promised required training for the position, but this was denied by Hancey.

22.     Plaintiff asked for IT equipment similarly provided to other employees working remotely, Hancey delayed in providing this to Plaintiff.

23.     Hancey dismissed all the accommodation the Plaintiff asked for or that the Defendant could provide him in accommodating his medical restriction.

24.     Plaintiff registered for virtual training schedule consisting of multiple days with a trainer, Sean Brunsen. Hancey abruptly terminated this scheduled training and he commented to Plaintiff, "You will be working the hotline duties and that's it."

25.     Hancey repeatedly requested the Plaintiff to provide him with copies of his medical restrictions issued by the surgeon because he did not believe the Plaintiff.

26.     Hancey repeatedly called Plaintiff asking about his disability status. Hancey repeatedly questioned Plaintiff as to why he was still on restricted duty, upon Plaintiff's response with his medical status, Hancey rudely asked for immediate medical note confirming the restrictions

27.     After three months on the short term disability, Plaintiff attempted to return to the original job as FSE, but Hancey never allowed it.

28.     When Plaintiff asked why he could not return, his question was answered with vague reasons, such as "if customer needed this or that on top what we normally do, including heavy lifting, we always have to comply." This was despite the fact out the only onsite duties of the Field Service Engineer position were installations, repairs, maintenance and training support, not anything above or beyond.

29.     Hancey's differential treatment toward the Plaintiff was obviously motivated to destroy the Plaintiff employment relationship and to prevent the Plaintiff from demonstrating his capability to perform the essential duties of his new assigned position, so as to make a foundation for the termination of Plaintiff's employment.

30.     Unexpectedly, On December 9, 2020, Defendant's Human Resources Director, Brit Zumwalt ("Zumwalt"), issued two letters to Dr. Zhou, Plaintiff's surgeon, and Plaintiff's PCP, Dr. John Schiffendecker, together with a complex four-page form asking multiple questions and opinions about whether the Plaintiff was capable of performing the essential duties of the Field Service Engineer position, and a two-page Field Service Engineer job description.

31.     The Plaintiff was given the two letters with the attachment at the end of the workday on December 9, 2020, with instructions to return same within five work days.

32.     The Plaintiff was also asked to attend a teleconference on December 9, 2020 with Hancey and Zumwalt, during which Plaintiff was directed to return the form by December 16, 2020.

33.     Plaintiff informed both Hancey and Zumwalt that the timeframe to return the completed forms was unrealistic.

34.    The letters to both Drs. Zhou and Schiffendecker, questioned whether the Plaintiff had a physical or mental impairment that substantially limited one or more major life activities, including any functional limitations associated with such impairment.

35.    The second question to the doctors was whether the Plaintiff's impairment limited his ability to perform essential job function and suggested accommodations that would enable the Plaintiff to perform the essential functions of his position, Field Service Engineer based on the attached job description. Both doctors were required to provided detailed responses from a list of thirteen questions and subparts.

36.    The letter further stated: "COMPLETED FORM MUST BE RETURNED TO EMPLOYER BY: DECEMBER 16, 2020.'

37.    The time frame given to the doctors and the Plaintiff for responses was impossible to comply with. Dr. Zhou requested a new medical exam with the Plaintiff in order to respond to the multiple questions posed by Defendant because the Plaintiff was recovering from the medical condition and restrictions as time progressed post-surgery.

38.    At the same time, the Covid-19 pandemic was ongoing  Furthermore, during this same time frame, there was the Christmas holiday. Medical appointments took longer to schedule for all patients.

39.    Plaintiff informed the Defendant that it was not possible in returning the document in such a short time, by December 16, 2020.

40.    The Plaintiff held a teleconference with Zumwalt and Hancey on December 9, 2020, and he informed them that the form sent to the doctors was quite complex, and only allowed a few days for completion. It was not possible with the pandemic and the Christmas holidays to return the completed forms by the doctors within a few days.

41.     Human Resources replied several times to the Plaintiff during the teleconference, "we need them to establish what our next steps would be."

42.     Plaintiff was able to schedule an urgent doctor's appointment with his surgeon, Dr. Zhou on December 31, 2020. Dr. Zhou completed the form and signed it on January 4, 2021. The form was then immediately sent to the Defendant.

43.     Within the forms devised by Defendant's Human Resources, Dr. Zhou assigned the Plaintiff a fifty pounds lifting restriction.

44.     Plaintiff was examined by his PCP, Dr. Schiffedecker on January 5, 2021. Defendant's form was completed on the same day and faxed to the Defendant by the Plaintiff on the same day, January 5, 2021.

45.     Human Resources failed to inform or question the doctors as to whether the Plaintiff could perform the essential function of the Technical Service Representative position, the sit-down position that the Plaintiff had been performing since returning to work on October 15, 2020.

46.     The Plaintiff started a planned vacation on December 16, 2020 through December 31, 2020.

47.     The Plaintiff was swiftly terminated on December 30, 2020, at 4:00pm. while on vacation.

48.     The Defendant sent two representatives to Plaintiff's residence unannounced. Plaintiff was asked to walk out of his garage and he was handed a cell phone by two Defendant's representatives and asked to speak with Hancey on the cell phone.

49.     Plaintiff was told to hand over the company's vehicle, credit card and tools immediately to the two representatives present.

50.     Defendant sent a termination letter to the Plaintiff on January 5, 2021, terminating Plaintiff's employment as of December 30, 2020.

51.     The reason given in the termination letter, "inability to perform the position hired for."

52.     On December 30, 2020, when Hancey terminated Plaintiff over the cell phone at his residence, Plaintiff was given a different reason for the termination.

53.     When Plaintiff pressed Hancey, stating that he was doing the light-duty hotline job and asked why he could not continue in that position, Hancey offered the excuse that the job was typically based at Defendant's corporate locations in Utah and Kentucky, this despite the fact that many other Technical Service Representatives worked remotely.

54.     After Plaintiff's termination of employment, the Defendant has advertised to hire several Field Service Engineer, including the replacement of Plaintiff's position in the Hartford area.

55.     The Defendant's advertisement for the Field Service Engineer after the Plaintiff was terminated required the candidate to be able to lift up to 50 pounds. During Plaintiff's exam with his surgeon on December 30, 2020, the Plaintiff was cleared by his surgeon to lift up to 50 pounds.

56.     Although the Defendant received the form from both doctors with the outlined imposed restrictions, Human Resources failed to return the Plaintiff back to work. This further supports the motivation outlined above to discriminate and terminate Plaintiff's employment.

57.     The termination letter sent to the Plaintiff was dated January 5, 2021. The Defendant had possession of the medical form completed as of January 5, 2012, as it was faxed to the Defendant on the same day.

58.     Furthermore, Zumwalt continued to contact Plaintiff after January 5, 2021, reminding Plaintiff about the deadline to sign the severance agreement and general release that was sent to Plaintiff after his termination, so that the Plaintiff would be precluded from initiating a claim for the wrongful termination of his employment.

59.     Zumwalt had knowledge that the Plaintiff had been released with the 50 pounds lifting capacity, which would have qualified the Plaintiff to perform his position of the Field Service Engineer and the new position he last worked as a Technical Service Representative. Despite that knowledge, Zumwalt repeatedly contacted the Plaintiff to sign away his right to bring his legal claims.

60.     The Plaintiff made observation during his employment with the Defendant, that all newly hired engineers were much younger than the Plaintiff.

61.     The Plaintiff claims that the Defendant was further motivated to terminate his employment based on his age, his medical condition and restrictions, and the company's exposure to further claims based on his medical status and the residuals of his back surgery.

62.     Any and all reasons Defendant has proffered for its adverse employment action against Plaintiff are false and/or pretext to mask its unlawful discriminatory intent.

**COUNT ONE:        DISABILITY DISCRIMINATION – C.G.S. § 46a-60(b)(1)**

63.     All preceding allegations are hereby repeated and realleged in this Count as if fully set forth herein.

64.     Defendant is an "employer" within the meaning of the Connecticut Fair Employment Practices Act.

65.     Plaintiff is disabled within the meaning of the Connecticut Fair Employment Practices Act.

66.     Defendant discriminated against Plaintiff in the terms and conditions of Plaintiff's employment on account of his disability.

67.     Defendant failed to accommodate Plaintiff's disability, despite there being reasonable accommodations available which would not have constituted an undue hardship on Defendant.

68.     Defendant subjected Plaintiff to a pervasive and continuing course of discriminatory comments and conduct which had the purpose or effect of substantially interfering with Plaintiff's work performance and/or the creation of an intimidating, hostile, or offensive work environment.

69.     Defendant subjected Plaintiff to adverse employment action, motivated by Plaintiff's disability.

70.     As a result of Defendant's unlawful conduct, as aforesaid, Plaintiff has sustained lost wages and benefits of employment, has been deprived of the benefits of gainful employment into the future, has sustained substantial emotional distress, and has incurred or will incur attorneys' fees and costs.

71.     Plaintiff filed a timely administrative complaint against Defendant with the Connecticut Commission on Human Rights and Opportunities, and thereafter received a release of jurisdiction letter therefrom, a copy of which is appended hereto as <u>Exhibit 1</u>. This Action is brought within 90 days of receipt of said release of jurisdiction letter. As such, Plaintiff has exhausted all administrative remedies, and this Action is timely.

**COUNT TWO:        AGE DISCRIMINATION – C.G.S. § 46a-60(b)(1)**

72.     All preceding allegations are hereby repeated and realleged in this Count as if fully set forth herein.

73.     Defendant is an "employer" within the meaning of the Connecticut Fair Employment Practices Act.

74.     Defendant discriminated against Plaintiff in the terms and conditions of Plaintiff's employment on account of age.

75.     Defendant subjected Plaintiff to adverse employment action, motivated by Plaintiff's age.

76.     As a result of Defendant's unlawful conduct, as aforesaid, Plaintiff has sustained lost wages and benefits of employment, has been deprived of the benefits of gainful employment into the future, has sustained substantial emotional distress, and has incurred or will incur attorneys' fees and costs.

77.     Plaintiff filed a timely administrative complaint against Defendant with the Connecticut Commission on Human Rights and Opportunities, and thereafter received a release of jurisdiction letter therefrom, a copy of which is appended hereto as Exhibit 1.  This Action is brought within 90 days of receipt of said release of jurisdiction letter.  As such, Plaintiff has exhausted all administrative remedies, and this Action is timely.

**WHEREFORE, Plaintiff prays for the following relief:**

1. Money damages;

2. Reinstatement, or in lieu thereof, front pay;

3. Punitive Damages;

4. Attorneys' fees and costs of this Action; and

5. All other awardable relief.

PLAINTIFF,
DUSHAN MORGAN

By: _____
Michael J. Reilly
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone:  860-296-3457
Fax:  860-296-0676
Juris No.: 419987
Email:  mreilly@cicchielloesq.com

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

| | | |
|---|---|---|
| RETURN DATE: NOVEMBER 2, 2021 | : | SUPERIOR COURT |
| | : | |
| DUSHAN MORGAN | : | JUDICIAL DISTRICT |
| | : | |
| VS. | : | OF HARTFORD |
| | : | |
| PACKSIZE INTERNATIONAL, LLC | : | OCTOBER 6, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand exceeds $15,000.00, excluding costs and interests.

PLAINTIFF,
DUSHAN MORGAN

By: _____
Michael J. Reilly
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone:  860-296-3457
Fax:  860-296-0676
Juris No.: 419987
Email:  mreilly@cicchielloesq.com

A TRUE COPY ATTEST

KEITH D. NIZIANKIEWICZ
CONNECTICUT STATE MARSHAL
INDIFFERENT PERSON

EXHIBIT 1

# STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES



Dushan Morgan
**COMPLAINANT**

CHRO No. 2110394
EEOC No. 16A-2021-00924

v.

Packsize International, LLC
**RESPONDENT**

## RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Complainant resides or in which the Respondent transacts business. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought in accordance with this release must be served on the Commission by email at ROJ@ct.gov or by regular U.S. mail at 450 Columbus Blvd. – Suite 2, Hartford, CT 06103 at the same time all other parties are served. Service by email is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:**   September 27, 2021

_____
Tanya A. Hughes, Executive Director

cc:   Michael J. Reilly, Esq., via email: mreilly@cicchielloesq.com
Lisa A. Zaccardelli, Esq., via email: lzaccardelli@hinckleyallen.com

# EXHIBIT 2

 **Secretary of the State of Connecticut
Notice of Service of Process**

165 Capitol Avenue, P.O. Box 150470, Hartford, CT 06115-0470

Date:    10/12/2021 01:25 PM

PACKSIZE INTERNATIONAL, LLC

3760 W. SMART PACK WAY,

SALT LAKE CITY, UT 84104, USA

Re: MORGAN, DUSHAN          v.          PACKSIZE INTERNATIONAL, LLC

To Whom It May Concern,

Legal process has been served on the Secretary of the State of Connecticut as the
Statutory Agent for Service of Process for the following defendant in the above
referenced matter. Enclosed is a copy of the submission to this office.

PACKSIZE INTERNATIONAL, LLC

Enclosed is a copy of the submission to this office.

Sincerely,

Denise W. Merrill
Secretary of the State of Connecticut

By: Adrianna Zoppoli
     860-509-6002

# EXHIBIT 3

CONNECTICUT COMMISSION ON HUMAN RIGHTS
AND OPPORTUNITIES

| | |
|---|---|
| DUSHAN MORGAN,<br>*Complainant*,<br><br>vs.<br><br>PACKSIZE INTERNATIONAL, LLC,<br>*Respondent* | CHRO No. 2110394<br>EEOC No. 16A-2021-00924<br><br><br><br>JULY 12, 2021 |

## <u>RESPONSES TO SCHEDULE A</u>
## <u>REQUEST FOR INFORMATION</u>

Respondent Packsize International, LLC ("Respondent" or "Packsize"), by and through

counsel of record, hereby provides the following response to the CHRO's Schedule A –

Employment, Request for Information.

      1.     State the full legal name of the respondent.

**<u>RESPONSE:</u>**

**Packsize International, LLC.**

      2.     State the proper address of the respondent's facility where the complainant alleges

that an act or acts of discrimination occurred.

**<u>RESPONSE:</u>**

**Complainant does not allege that discrimination occurred at a certain location. Rather,
Complainant worked as  Field Service Engineer installing equipment and providing
preventative maintenance and support for Respondent's customers. Complainant also
worked remotely for a short time, from his residence in Tolland, Connecticut, training for
and providing telephone support for Respondent's customer hotline.**

      3.     If the respondent is incorporated, indicate under what state's laws it is

incorporated.

**RESPONSE:**

**Respondent is incorporated under the state laws of Delaware.**

4.      If the respondent is incorporated, state the address of respondent's corporate headquarters.

**RESPONSE:**

**Packsize's U.S.A. headquarters are located at 3760 W. Smart Pack Way Salt Lake City, Utah 84104**

5.      State the name and address of respondent's agent for service.

**RESPONSE:**

**H. Burt Ringwood, Strong & Hanni,  9350 South 150 East Suite 820, Sandy, Utah 84070.**

6.      If the respondent is currently the subject of bankruptcy proceedings, or has been the subject of bankruptcy proceedings during the past three years, provide documentation of the current status of such proceedings.

**RESPONSE:**

**Not applicable.**

7.      State the name, title and address, telephone number, fax number, and e-mail address if available of the individual to be contacted for further information in this matter. This person should be an employee of Respondent.

**RESPONSE:**

**Britt Zumwalt, Director, HR and People Operations, Packsize International, LLC, 3760 W. Smart Pack Way Salt Lake City, Utah 84104. Britt Zumwalt may be contacted through Packsize's counsel, as noted below:**

- o   **Lisa A. Zaccardelli, Hinckley Allen, 20 Church Street, Hartford, CT 06103-1221, 860-331-2764, lzaccardelli@hinckleyallen.com**

- o   **Kristin VanOrman and Matt Harrison, Strong & Hanni, 102 South 200 East, Suite 800, Salt Lake City, UT 84111, 801-323-2082, kvanorman@strongandhanni.com, mharrison@strongandhanni.com.**

8.     Separately state the number of respondent's employees in Connecticut and at the facility where the complainant alleges that the discriminatory conduct occurred.

**RESPONSE:**

**See response to paragraph 2, above. Currently, Packsize has two employees who are Connecticut residents.**

9. Submit a response, in "admit" "deny" format, to each allegation of the complaint. For each allegation that is denied, submit a statement that sets forth the facts upon which you rely in your denial. Please submit any and all documents and written statements of witnesses or participants to support your position.

**RESPONSE:**

**See Respondent's Answer to Dushan Morgan's Complaint, submitted with this response.**

10.    Submit copies of all written rules, policies and procedures relating to the issue(s) raised in the complaint. If these are not in writing, explain the rules, policies and procedures.

**RESPONSE:**

**See Respondent's Exhibit A, which contains the requested policies.**

11.    If Complainant was discharged, disciplined, or subjected to any other adverse employment decision, submit the following information:

(a)     Date complainant was advised of the act complained of;

**RESPONSE:**

**Complainant was informed of his termination on December 30, 2020.**

(b)     Explain in detail the reason(s) for the action taken;

**RESPONSE:**

**Complainant had back surgery on June 12, 2020, and was on short-term disability until September 4, 2020. Complainant did not provide medical documents releasing him to return to work or providing medical restrictions from his doctor until September 17, 2020. When Complainant did provide updated documentation regarding his medical restrictions,**

his doctor had included significant restrictions which would not allow him to complete the essential functions of his position, Field Service Engineer ("FSE"). Specifically, Complainant's medical restrictions at that time included: working no more than three days a week and no longer than six hours a day, no lifting over thirty pounds, no bending of his back, and no driving for longer than one hour. After reviewing the restrictions Respondent determined that Complainant could not fulfill the essential functions of his position as an FSE. Specifically, the weekly and hours reductions, the driving length restriction, and the lifting restriction made it impossible for Complainant to complete the essential functions of his FSE position. As a short-term accommodation, Respondent provided Complainant with training and equipment to work as a Technical Support Representative ("TSR") to see if Complainant's condition would improve so that he would be able to fulfill the essential functions of his FSE position, with or without an accommodation. During this time, Respondent was also gathering information and waiting for updated medical documentation to determine whether a reasonable accommodation existed which would allow Complainant to complete the essential functions of his position over the long term. Respondent allowed Complainant to work remotely as a TSR for a short time, even though TSRs do not normally work remotely. Generally, TSRs work out of Respondent's Louisville, KY, or Salt Lake City, UT, offices, and even while COVID restrictions were in place TSRs alternated working in the office and from home. As a temporary accommodation, Respondent also allowed Complainant to work a reduced schedule as a TSR. Respondent allowed Complainant to work in that role even though technically, because of his weekly and hourly restrictions, as well as his need to complete the position remotely, the accommodations would not be considered reasonable, and even with the accommodations, Complainant was unable to complete all of the essential functions of that position at that time. During October and November 2020, Complainant repeatedly asked to be allowed to work in the field as an FSE, but Respondent denied those requests because of the risk that completing certain installations or other work required in the FSE position would require that Complainant violate the medical restrictions put in place by his doctor or result in Complainant having to choose between following the medical restrictions or completing the installations and other duties. Complainant had an appointment with both his doctors on November 12, 2021, and on November 16, 2021, provided Respondent with updated medical restrictions. While the driving and daily hours restrictions were removed, Complainant's medical restrictions continued to require that he work no more than three days a week, restricted him from repetitive bending, and restricted him from lifting or carrying more than thirty pounds. Respondent followed up with Complainant in December to see if Complainant had received updated restrictions. Respondent requested the updated medical restrictions both to determine if Complainant's restrictions would still prevent him from completing the essential duties of an FSE and also to determine if Complainant could complete the duties of a TSR, as Respondent was still allowing Complainant to work a reduced weekly schedule. On December 9, 2020, Respondent informed Complainant that they were sending him a letter and requested that he have his medical provider complete a medical inquiry form and return it to Respondent by December 16, 2020. Complainant did not submit the letters to his medical providers until December 14, 2020. Respondent attempted to contact Complainant on December 17, and 21, 2020, because the forms had not been received. Respondent finally contacted Complainant on December 29, 2020, by email, and set up a meeting on for the next day. On December 30, 2020, as the medical

inquiry form had still not been returned and Complainant could not complete the essential functions of his positions with or without reasonable accommodation, Respondent terminated Complainant's employment.

    (c)    Identify the person(s) recommending the action(s) at issue, including name, position held, and Physical disability (spinal injury)

**RESPONSE:**

**Britt Zumwalt, Director, HR and People Operations, in conjunction with Cody Hancey, Director, Customer Success/Field Service, approved the accommodations granted to Complainant, considered whether a reasonable accommodation existed which would allow Complainant to fulfill the essential functions of his position in the long-term, and decided to terminate Complainant's employment.**

    (d)    Identify the person(s) making the final decision, including name, position held, and Physical disability (spinal injury)

**RESPONSE:**

**See response to paragraph 11(c).**

    (e)    Provide a copy of any evaluation(s) or investigative report(s), and all other relevant documents relating to the act;

**RESPONSE:**

**Documents related to the accommodations granted Complainant, documents received from Complainant's doctor and communications relating to his medical restrictions, and the termination of his employment have been attached as Exhibit B.**

    (f)    Provide a list of all employees who committed the same or substantially similar offense(s) that the complainant committed, and the disciplinary action taken against each of them. Supply backup documentation for the listed employees. Identify each employee by name, position held, and Physical disability (spinal injury) Identify the person(s) making the final decision, including name, position held, and Physical disability (spinal injury)

**RESPONSE:**

**Respondent did not terminate Complainant because he committed an offense, but because he could not complete the essential functions of his position with or without accommodation. Respondent has not terminated any other employees in the last two years for inability to complete the essential functions of their position, with or without a reasonable accommodation.**

    (g)    List all employees discharged or who received the same discipline as the complainant within the past two years. For each employee listed, include employee's name, position held, reason for and date of discipline, and

Physical disability (spinal injury) Provide a copy of the discipline or separation notice for each person. Identify the person(s) making the final decision, including name, position held, and Physical disability (spinal injury)

**RESPONSE:**

**See response to No. 11(f).**

12.     If Complainant was denied a promotion or not hired, provide the following information:

**RESPONSE:**

**Not Applicable.**

13.     If this complaint alleges a failure to hire, failure to promote, demotion or termination of employment, provide the rate(s) of pay for the position(s) at issue.

**RESPONSE:**

**At the time of his hire, Complaint was paid a yearly salary of $71,991.57. While Complainant was working a reduced schedule at the direction of his doctor, Respondent paid Complainant at an hourly rate of $34.61/hour.**

14.     If this complaint involves a claim of Physical disability (spinal injury), did you make any attempts to reasonably accommodate the Physical disability (spinal injury) at issue? If so, please detail them.

**RESPONSE:**

**Yes, Respondent attempted to accommodate Complainant's physical disability, see the response to paragraph 11(b).**

15.     Provide any other information and/or explanation you deem relevant to this complaint, and any other information which will assist the Commission in reaching a decision in this matter.

**RESPONSE:**

**See Respondent's Answer to Complaint, and the additional documents which have been provided as Exhibits, noted below:**

o      **Exhibit C,  Field Service Engineer Job Description;**

o      **Exhibit D, additional Emails between Respondent and Complainant, including additional emails relating to Complainant's work and training.**


                        THE RESPONDENT

                        PACKSIZE INTERNATIONAL, LLC


                    By   /s/  *Lisa A. Zaccardelli*
                        Lisa A. Zaccardelli
                        HINCKLEY ALLEN & SNYDER, LLP
                        20 Church Street, 18TH Floor
                        Hartford, CT 06103-1221
                        Telephone:  860-331-2764
                        lzaccardelli@hinckleyallen.com
                        Its Attorneys

## VERIFICATION

STATE OF UTAH        )
                         : ss.
COUNTY OF SALT LAKE  )

I, Britt Zumwalt, hold the position of Director of HR and People Operations for Packsize International, and, being first duly sworn upon oath, confirms that I am a representative of the Respondent in the above-entitled action, that I have reviewed the foregoing **RESPONDENT'S RESPONSE TO SCHEDULE A – EMPLOYMENT** and that the responses to the same are true and correct to the best of my knowledge.

_____
Britt Zumwalt

SUBSCRIBED AND SWORN to before me this 12 day of _____July_____, 2021.

MICHELE KOLIN
Notary Public, State of Utah
Commission # 707750
My Commission Expires On
August 13, 2023

_____
NOTARY PUBLIC

8

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via electronic mail, on this 12th day of July, 2021, to the following:

Dushan Morgan
1399 Tolland Stage Road
Tolland, CT  06084
mreilly@cicchielloesq.com

_/s/ Lisa A. Zaccardelli_
Lisa A. Zaccardelli

# EXHIBIT A



# PACKSIZE LLC
# POLICY MANUAL V3

© 2014 Packsize

© 2013 Packsize

# NOTICE: PLEASE READ CAREFULLY

This Employee Manual is provided to employees to help them become acquainted with Packsize (the "Company," "we," "our," or "us").

Neither this Employee Manual nor any other materials provided to you are intended to bind Packsize in any way beyond its sole obligation to pay you wages earned and benefits vested through your last day worked. No contract, neither expressed nor implied, concerning the procedures, terms, conditions, or duration of employment is created by this Employee Manual, by any of the policies, procedures or practices contained herein, nor by any other policies, procedures or practices at Packsize.

Packsize may change, add to, delete, or make exceptions to its policies and procedures, whether or not contained in this Employee Manual, at any time, without notice, at the sole discretion of the Company. This Employee Manual supersedes and replaces all previously distributed handbooks and policies.

## TABLE OF CONTENTS

Chapter 1 Introductory Policies ......................................................................... 1

Section 1.1 At-Will Employment Status................................................................ 1
Section 1.2 Equal Employment Opportunity Statement ....................................... 1
Section 1.3 Discrimination And Harassment ........................................................ 1
Section 1.4 Sexual Harassment............................................................................ 2
Section 1.5 Reporting Discrimination And Harassment......................................... 2
Section 1.6 Americans With Disabilities Act (ADA) .............................................. 3
Section 1.7 Immigration Reform And Control Act (I-9) ......................................... 3
Section 1.8 Employment Materials ...................................................................... 3
Section 1.9 Privacy And Security Of Applicant Files ............................................ 3

Chapter 2 Code of Ethics, Conduct and Work Rules .......................................... 5

Section 2.1 Code Of Ethics.................................................................................. 5
2.1.1 Prohibited Conduct ................................................................................. 5
2.1.2 Reporting Unethical Conduct.................................................................. 5
Section 2.2 Code Of Conduct And Work Rules.................................................... 5
Section 2.3 Performance ..................................................................................... 6
Section 2.4 Other General Misconduct Examples................................................ 6
Section 2.5 Outside Employment......................................................................... 6
Section 2.6 Conflicts Of Interest ......................................................................... 6
Section 2.7 Hiring Relatives................................................................................. 7
Section 2.8 Interpersonal Conflicts ..................................................................... 7
Section 2.9 Dress Code....................................................................................... 7
Section 2.10 Attendance ..................................................................................... 7
Section 2.11 Solicitation And Distribution Of Literature....................................... 8
Section 2.12 Nondisclosure And Confidentiality................................................... 8
Section 2.13 Drug-Free Workplace...................................................................... 8
Section 2.14 Smoking.......................................................................................... 9
2.14.1 Vapors .................................................................................................. 9
Section 2.15 Electronic Communications and Internet Use.................................. 9
2.15.1 Access to information............................................................................ 10
2.15.2 Social media......................................................................................... 10
2.15.3 Intellectual property.............................................................................. 11
2.15.4 Loss, damage, and repairs ................................................................... 11
2.15.5 Inappropriate use of company owned equipment.................................. 11

Chapter 3 Employment Status, Records and Timekeeping................................. 13

© 2014 Packsize

Section 3.1 Employment Files And Records ..................................................................13

Section 3.2 References, Verifications Of Employment ...............................................13

Section 3.3 Position Change ...........................................................................................13

Section 3.4 Employment Status ......................................................................................13

Section 3.5 Paychecks ......................................................................................................13

Section 3.6 Time Keeping .................................................................................................14

    3.6.1 Non-Exempt EMPLOYEES .................................................................................14

    3.6.2 Exempt EMPLOYEES ...........................................................................................14

Section 3.7 Overtime (This Applies To Hourly Or Non-Exempt Employees Only) ..................14

Section 3.8 Paycheck Deductions ..................................................................................14

Section 3.9 Miscellaneous Taxable Income ..................................................................15

Section 3.10 Mileage Reimbursement ...........................................................................15

Section 3.11 Meal Period And Rest Breaks ...................................................................15

Section 3.12 Nursing Mothers ........................................................................................15

Section 3.13 Safe Harbor/Administrative Pay Corrections .......................................15

Section 3.14 Termination/Resignation Of Employment ...........................................16

Chapter 4 Expense Reimbursement Policy ...................................................................17

Chapter 5 Benefits ..............................................................................................................18

Section 5.1 Holidays ..........................................................................................................18

Section 5.2 Vacation ..........................................................................................................18

    5.2.1 Vacation For Part-Time Employees ....................................................................18

    5.2.2 Scheduling of Vacation ...........................................................................................18

Section 5.3 Wellness Leave Program ............................................................................19

    5.3.1 Scheduling Wellness Leave ....................................................................................19

Section 5.4 Insurance ........................................................................................................19

Section 5.5 Continuation Of Benefits (COBRA And Mini COBRA) .........................20

Section 5.6 401(k) Profit Sharing Plan ..........................................................................20

Section 5.7 Company Bonus Plan ...................................................................................20

Section 5.8 Employee Referral Program .......................................................................21

Section 5.9 Referral Bonus Details ................................................................................21

    5.9.1 Program Requirements ...........................................................................................21

    5.9.2 Those Eligible And Not Eligible For The Program .............................................21

Section 5.10 Packsize Logo Apparel Program .............................................................21

Section 5.11 Program Requirements ..............................................................................23

Section 5.12 Duration Of Employee Apparel Program ..............................................23

Chapter 6 Leaves .................................................................................................................24

Section 6.1 Jury And Witness Duty ................................................................................24

Section 6.2 Bereavement Leave..................................................................................24

Section 6.3 Military Leave........................................................................................25

Section 6.4 Voting Leave..........................................................................................25

Section 6.5 Family Medical Leave Act (FMLA) ..........................................................25

    6.5.1 Basic Leave Entitlement ................................................................................25

    Eligibility Requirements .........................................................................................26

    6.5.2 Military Family Leave Entitlements ...............................................................26

    6.5.3 Benefits and Protections ..............................................................................26

    6.5.4 Definition of Serious Health Condition .........................................................27

    6.5.5 Use of Leave ................................................................................................27

    6.5.6 Substitution of Paid Leave for Unpaid Leave ................................................27

    6.5.7 Employee Responsibilities ...........................................................................27

    6.5.8 Consequences of Insufficient Notice by Employee ........................................28

Section 6.6 Certifications, Second And Third Opinions, And Re-Certifications......................28

    6.6.1 Consequences of Failure to Comply with Certification Requirements................29

Section 6.7 Return To Work ......................................................................................29

Section 6.8 Employer Responsibilities .......................................................................30

    6.8.1 Unlawful Acts by Employers .........................................................................30

    6.8.2 Enforcement ................................................................................................30

Section 6.9 Personal/ Medical Unpaid Leaves Of Absence ...........................................30

Chapter 7 HEALTH and Safety ................................................................................ 31

Vehicle Accident

Reporting.............................................................................................................10

Packsize Vehicle Policy........................................................................................ 31

    Section 8.1 Purpose ...............................................................................................32

    Section 8.2 Scope ..................................................................................................32

    Section 8.3 Fleet Vehicle Condition Agreement........................................................32

    Section 8.4 Acceptable Vehicle Operators................................................................32

    Section 8.5 Taxed For Personal Use Of Company Vehicles .........................................33

    Section 8.6 Procedures And Responsibilities.............................................................33

    Section 8.7 Company Responsibilities .....................................................................34

    Section 8.8 Fleet Manager, HR Manager And Insurance Provider Responsibilities ..............34

    Section 8.9 Manager And Operator Responsibilities..................................................34

    Section 8.10 Operator Responsibilities ....................................................................34

    Section 8.11 Liability..............................................................................................35

    Section 8.12 Traffic Offences .................................................................................35

    Section 8.13 Driver's Record ..................................................................................35

© 2014 Packsize

Section 8.14 Cellphone Use ........................................................................36

Section 8.15 Accident Reporting Procedures For Drivers .....................................37

Section 8.16 Electric Vehicle Plug-In Protocol ....................................................38

m

© 2014 Packsize

# CHAPTER 1   INTRODUCTORY POLICIES

## Section 1.1 At-Will Employment Status

Employment with Packsize is on an at-will basis. This means that either the employee or Packsize may terminate the employment relationship at any time, with or without cause or notice. Nothing in this Employee Manual or in any document, nor any statement made by an employee or supervisor of Packsize, shall change the at-will nature of employment with Packsize. No employee shall either assume or imply any promise of employment for any specified period of time. Although some terms, conditions, and benefits of employment at Packsize may change from time to time, the at-will nature of employment with Packsize cannot be changed except by an express writing signed by the CEO.

## Section 1.2 Equal Employment Opportunity Statement

All employees and applicants for employment are extended equal employment opportunities without regard to race, color, religion, ancestry, citizenship, national origin, age (40 and over), gender, pregnancy, sexual orientation, disability, veteran status, genetic information, or any other characteristic or status protected by federal, state or local law. The above list includes categories that are protected under federal, Utah, or local law within the State of Utah. In other states where Packsize employees are working, the list of protected categories also includes status as a victim of domestic or sexual violence, arrest records, medical condition (cancer), religious dress and grooming practices, use of a guide or support animal, marital status, familial status, and/or source of income. Employees working in those states have the additional protections as applicable. This policy of nondiscrimination applies to all employment practices, including hiring, compensation, benefits, promotion, training and termination. Anyone who engages in any type of unlawful discrimination will be subject to disciplinary action, up to and including termination of employment.

In accordance with applicable laws, Packsize will make reasonable accommodations for qualified individuals with known disabilities.

The Company will also provide reasonable accommodations to employees who have sincerely held religious beliefs, unless undue hardship would result to the Company. An employee who requires such an accommodation should contact the Human Resources Department to make such a request, specifying what accommodation he or she seeks and the reason for such an accommodation request.

## Section 1.3 Discrimination And Harassment

Packsize desires to provide a respectful and positive work environment for all of our employees. Packsize is committed to maintaining a work environment free from any illegal discrimination or harassment and prohibits discrimination and harassment by managers, co-workers, or persons doing business with or at Packsize. Actions, words, jokes, comments, or other harassment based on an individual's race, color, religion, ancestry, citizenship, national origin, age (40 and over), gender, pregnancy, sexual orientation, disability, veteran status, genetic information, or other status as protected under applicable other state or local laws are not acceptable and will not be tolerated. Employees performing services for or on behalf of Packsize or representing Packsize must adhere to this Packsize policy, even though they may be outside the business office or outside business hours.

All employees are responsible for ensuring that the workplace is free from discrimination and harassment. Individuals who violate any Packsize discrimination and harassment policy will be subject to disciplinary action up to and including termination.

## Section 1.4 SEXUAL HARASSMENT

Sexual harassment is a specific type of illegal discrimination that Packsize does not tolerate. Sexual harassment includes any unwelcome advances, requests for sexual favors, and any other conduct of a sexual nature when the conduct creates an intimidating or offensive work environment, unreasonably interferes with an employee's work performance, when the employee is asked to submit to the conduct as a condition of employment, or when the employee's submission to, or rejection of, the conduct is used as a basis for an employment decision affecting that employee. Sexual harassment may occur between persons of the same gender. Sexual harassment may occur even if there is no request for sexual favors. Harassment of a person because of his or her gender may be sexual harassment even if the conduct is not sexual in nature. Sexual harassment can be verbal, written, visual or physical. Examples of conduct that may be sexual harassment or that may create an uncomfortable work environment include the following:

- Joking about sexual harassment.
- Talking about one's sexual activity or asking about or talking about someone else's sexual activity.
- Unwelcome comments about appearance.
- Foul or obscene language or gestures.
- Disparaging remarks about a person's gender.
- Suggestive jokes, sexual innuendoes, or display of sexually suggestive objects or pictures.
- Subtle or overt pressure for sexual activity.
- Repeatedly asking another for a date after being turned down.
- Verbal, physical, or visual conduct of a sexual nature such as staring, kisses, hugs, massages.
- Visual conduct such as posters, photography, cartoons, drawings or gestures relating to an employee's sex, whether posted or circulated or contained in documents, emails, text messages, social networking sites or otherwise.
- Suggesting preferential treatment in return for sexual favors.
- Unwanted, unnecessary, or inappropriate contact such as patting, pinching, brushing against.
- Physical conduct such as assault, unwanted touching, blocking normal movement.

This list is not all-inclusive, and should be used as a guide.

Employees are encouraged to engage in behavior that is motivating, respectful, and productive so that everyone can enjoy a positive work environment.

## Section 1.5 REPORTING DISCRIMINATION AND HARASSMENT

Anyone who is aware of discrimination or harassment must immediately report it to his or her manager or the manager's manager. If an employee is uncomfortable discussing the situation with a manager, the employee should contact the Human Resources Department or a member of the Executive team. Managers who become aware of any discrimination or harassment, either directly or indirectly, must report the information to Human Resources.

Packsize will conduct an investigation into any report of harassment or discrimination. Packsize will attempt to maintain the confidentiality of investigations when possible.

Packsize prohibits retaliation against an employee who in good faith opposes discrimination or harassment, reports discrimination of harassment or assists in a Company investigation of

discrimination or harassment. Packsize will not retaliate against employees who in good faith oppose harassment, complain about it, or participate in Company investigations into complaints of harassment, even if the investigation produces insufficient evidence that there has been a violation, or if the charges cannot be proven. However, disciplinary action may be taken against employees who, in bad faith, make false or frivolous accusations.

Employees who experience retaliation or repercussions for their opposition to harassment, complaints of harassment, or participation in Company harassment investigations must promptly report that retaliation to the Human Resources Department.

Any employee found to have engaged in discrimination, harassment, or retaliation in violation of these policies will be subject to disciplinary action, up to and including termination.

## Section 1.6 AMERICANS WITH DISABILITIES ACT (ADA)

In accordance with ADA (as amended) and applicable state law, the Company does not discriminate against any qualified applicant or employee with a known physical or mental disability in any employment practice, including hiring, promotion, job assignment, compensation, discipline, training, termination or other terms, conditions and privileges of employment.

As required under the ADA, the Company will reasonably accommodate qualified individuals with known temporary or long-term disabilities so that they can perform the essential functions of a job, unless doing so would result in an undue hardship to the Company or which would present a direct threat to health or safety. Employees in need of accommodations should make their request through their supervisor or the Human Resources Department. The Company will then in good faith engage in an interactive dialogue with the employee to determine whether a reasonable accommodation is available. Reasonable accommodations do not include eliminating essential job functions and do not involve arrangements that would impose undue hardship on the Company or which would present a direct threat to health or safety. Regular attendance is an essential element of the Company's jobs.

The Company reserves the right to request medical evidence for an employee requesting accommodation, usually in the form of a doctor's note and, in some instances, a second doctor's opinion.

## Section 1.7 IMMIGRATION REFORM AND CONTROL ACT (I-9)

In compliance with the Immigration Reform and Control Act of 1986, each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present documentation establishing identity and employment eligibility within three (3) days of the first day of work. The Company is committed to employing only United States citizens and aliens who are legally authorized to work in the United States. The Company does not discriminate on the basis of citizenship or national origin. The Company complies with these requirements and also complies with the federal E-Verify program. Employees who cannot establish a right to work in the U.S. will not be offered employment with the Company or will have their job offers rescinded. If the employee has already begun work, he or she will be terminated.

## Section 1.8 EMPLOYMENT MATERIALS

Job candidates must provide accurate and complete information on their hiring-related documents. Any misrepresentations, falsifications, or material omissions may eliminate a candidate from further consideration. If the candidate has already been hired, he or she may be terminated.

## Section 1.9 PRIVACY AND SECURITY OF APPLICANT FILES

In compliance with the Utah Employment Selection Procedures Act, and other applicable state laws, the Company will not request an applicant's Social Security number, date of birth or driver's

license number ("Personal Information") until we have extended a job offer or requested from the applicant permission to conduct a criminal background check, credit history or driving record check.

The Company will not use Personal Information obtained during the hiring process for any reason other than determining whether we will hire the applicant as an employee. Prohibited uses include marketing, profiling or reselling the information. The Company shall keep confidential the Personal Information collected during the hiring process and shall restrict access to the information to those with a need to know it.

Unless otherwise required by law, the Company will not retain information collected about an applicant for more than two years if the applicant is not hired during the 2-year period. Destruction of Personal Information will be done in a secure manner that reasonably protects against public dissemination of the information.

© 2014 Packsize

# CHAPTER 2   CODE OF ETHICS, CONDUCT AND WORK RULES

## Section 2.1 CODE OF ETHICS

The Company's reputation is built on the principles of fair dealing and ethical conduct. Our reputation for integrity and excellence requires careful observance of the spirit and letter of all laws and regulations, as well as a careful regard for the highest standards of conduct and personal integrity. The Company's continued success also depends on our customers' trust. We are dedicated to keeping that trust. Employees must act in a way that earns the continued trust and confidence of the public. The Company will comply with all laws and regulations. The Company expects its directors, officers, and employees to avoid any illegal, dishonest or unethical conduct. In general, the use of good judgment, based on high ethical principles, will guide you to good conduct. If a situation arises where it is difficult to decide what to do, employees should discuss the matter openly with their immediate supervisor, and, if necessary, with the Human Resources Department.

### 2.1.1 PROHIBITED CONDUCT

While we cannot describe all conduct that is prohibited under this policy, here are a few examples:

- Engaging in conduct that you reasonably believe violates the law;

- Engaging in conduct that you reasonably believe is criminal or fraudulent;

- Engaging in conduct that you reasonably believe is contrary to public health, safety or welfare;

- Falsifying time sheets, expense reports, billing records, or any financial records of the Company; and

- Stealing or misusing the Company's property, inventory or confidential information.

Anyone found to have engaged in conduct prohibited by this policy will be subject to discipline, up to and including termination.

### 2.1.2 REPORTING UNETHICAL CONDUCT

Promptly report any incidents that violate the Company's Business Ethics Policy. If an employee believes that anyone has engaged in illegal or unethical behavior on behalf of or affecting the Company, the employee must report this immediately to the Human Resources Department or an Executive Team member. The nature of the report will be disclosed only to the extent necessary to investigate and/or take corrective action. An employee will not be retaliated against for reporting in good faith or cooperating with an investigation under this policy.

## Section 2.2 CODE OF CONDUCT AND WORK RULES

Our Code of Conduct is simple: behave professionally in and out of the office, use good judgment when utilizing Packsize assets, and be responsible in your working habits.

General rules of conduct are designed to:

- Promote the smooth functioning of the operation as a whole.

- Ensure safety and fairness to all employees in relation to their work.

- Maintain good employee relations.

- Define acceptable and unacceptable behavior, and establish a means of dealing equitably and uniformly with problems.

The following rules are not meant to be all-inclusive; however, they provide a guide for employees about what is considered acceptable, ethical behavior. There are degrees of seriousness to every infraction, and disciplinary measures may vary accordingly. Employment with Packsize always

remains at will, which means that either the employee or the Company may terminate the employment relationship at any time, without first imposing less serious disciplinary measures, with or without notice or cause.

## Section 2.3 PERFORMANCE

Employees are expected to perform their jobs effectively and in accordance with given directions and established procedures. Examples of unacceptable performance may include:

- Failure to meet quality or quantity performance standards or deadlines.
- Refusal to work overtime or failing to accept work assignments.
- Insubordination or failing to follow directions of supervisors or those with authority to direct.
- Unprofessional conduct or rudeness to customers or co-workers.

## Section 2.4 OTHER GENERAL MISCONDUCT EXAMPLES

- Changing or falsifying client records, Company records, personnel or pay records, including time sheets without authorization, dishonesty or falsification in any form or degree.
- Damage, loss or destruction of Company, employee, or customer property due to negligent, willful or careless acts.
- Violating the Company's Drug-free Workplace policy, discussed below.
- Theft, misappropriation, or unauthorized possession or use of property, documents, records or funds belonging to the Company, or any client or employee: removal of same from Company premises without authorization.
- Divulging or obtaining confidential business information or trade secrets such as marketing, business or strategic plans, designs, customer lists, client information, the size and scope of our operations, sales numbers, machine deployment numbers, who our suppliers are, or even who are customers are beyond a few examples or similar business information, to any unauthorized person(s) or without an official need to know.
- Loafing or sleeping on the job, failure to perform work, ineffective performance, or incomplete or neglected work.
- Refusal to perform work as directed (insubordination). Failing to carry out reasonable orders by a representative of management, or refusal to work on jobs assigned by the supervisor (except when such work interferes with the health or safety of the employee).
- Rude, discourteous or nonbusiness-like behavior.
- Recording of time for another employee or having time recorded to or by another employee.
- Violation of any other policy in this Policy Manual.

## Section 2.5 OUTSIDE EMPLOYMENT

A full-time position with Packsize generally precludes other outside employment, particularly if other employment will affect your performance and availability. If you have an interest in holding an outside position, please discuss it with your manager. An accommodation may be made at the sole discretion of Packsize.

## Section 2.6 CONFLICTS OF INTEREST

Avoid any situations that have a potential for conflict of interest. An actual or potential conflict of interest occurs when an employee is in a position to influence a decision that may result in a personal gain for the employee or his or her relative. Personal gain may result when an employee or relative receives any kickback, bribe, substantial gift, or special consideration as a result of any transaction or business dealing that involves the Company. For purposes of this policy, "relative"

includes a spouse, child, foster child, parent, sibling, grandparent, grandchild, aunt, uncle, first cousin or corresponding in-law or step relation.

Conflicts of interest also include romantic relationships with someone in your department or chain of command, as well as romantic relationships with customers or suppliers. Romantic relationships can generally be accommodated, but full disclosure to the Company's Human Resources Department is key to preventing conflicts of interest. We trust your judgment in avoiding these situations. If you are ever in doubt, you are encouraged to have a discussion with your direct supervisor or manager.

If you receive an offer from a colleague, supplier or customer that you feel may create a conflict of interest or otherwise violate this policy, please report it to your manager or the Human Resources Department, even if you decline.

## Section 2.7 HIRING RELATIVES

Generally, relatives of persons currently employed by Packsize may not be hired into the same department or chain of command. For purposes of this policy, "relative" includes a spouse, child, foster child, parent, sibling, grandparent, grandchild, aunt, uncle, first cousin or corresponding in-law or step relation. When it is in the interest of Packsize to make an exception or accommodation to this policy, the Company may do so at its sole discretion.

## Section 2.8 INTERPERSONAL CONFLICTS

When people work together, problems and issues occasionally arise. The initial step you should take to resolve any work-related problem is to discuss the problem with the individual involved. If you believe you cannot discuss it with that person, you should talk with your manager. If you cannot discuss the issue with your manager or you are not completely satisfied with the response, you are encouraged to discuss the matter with the senior manager responsible for your group or with the Human Resources Department. Enjoying productive and harmonious relationships among the Packsize team is part of our culture. We value civility, patience and understanding above all other relationship skills, so we ask employees to please work hard to develop and nurture relationship with colleagues.

## Section 2.9 DRESS CODE

Use good judgment and wear clothing that promotes respect. We have a casual office dress code, but please avoid clothing choices that might appear to a visitor as unprofessional or lackadaisical. If you are visiting supply partners or customers outside of Packsize, please dress in business casual clothing and keep your appearance neat and conservative. As a safety measure, never wear flip flops or open-toed sandals to work because heavy machine parts are often stored in the office or in any company vehicle. When visiting a customer, always wear shoes and clothing that are appropriate and safe for walking through a factory. Substantial shoes, long pants and a shirt with sleeves are a good idea. Please avoid logo-wear unless it is the Packsize logo.

## Section 2.10 ATTENDANCE

Please report to work on time as defined by your manager. In some positions, it is critically important to work to a tight time schedule; other positions are more flexible in that regard. If you are unclear as to how much flexibility you have around starting and ending times, lunch time, breaks etc., please discuss it with your direct supervisor. A pattern of absenteeism or lateness may lead to discipline, up to and including termination.

In the event of lateness or absence due to illness, accident or personal problem, employees must contact their supervisor or manager with an explanation before their scheduled start time. Normally, at least three (3) hours' notice will be expected. If an employee's supervisor or manager is not available, notify any manager. Failure to notify a manger in person, in writing, or by telephone prior to the start of the absence could be considered a resignation of employment.

## Section 2.11 SOLICITATION AND DISTRIBUTION OF LITERATURE

Employees may not solicit for memberships, subscriptions, raffles, collections or other causes during work time. Employees may not distribute circulars or other printed materials during work time. Any solicitation or distribution that interferes with other employees' work is strictly prohibited. Working time does not include lunch or break periods, or any other periods in which employees are not on duty.

In some instances, the collection of money for presents, flowers, or parties may be permitted with management approval.

## Section 2.12 NONDISCLOSURE AND CONFIDENTIALITY

You are responsible for safeguarding confidential information that you may be exposed to at Packsize, such as business and marketing plans, strategic plans, the size and scope of our operations, sales numbers, machine deployment numbers, who our suppliers are, or even who are customers are beyond a few examples. Information lists or databases of any kind, including phone lists, price lists, customer list, supplier lists, should be considered confidential. Please respect the confidentiality of our customers by not disclosing information about their operations to outsiders. Every Packsize employee is required to sign our nondisclosure and Confidentiality Agreement. If you have not signed one, please notify your manager.

## Section 2.13 DRUG-FREE WORKPLACE

We value the health and safety of all employees and are committed to providing a workplace free of substance abuse. Substance abuse in the workplace is a threat to the safety and health of our employees. It jeopardizes the efficiency of our operations and the quality of our products. Employees are expected to be in suitable mental and physical condition while at work, allowing you to perform your job effectively and safely. An employee may not possess, use, distribute or dispense an illegal drug, a legal drug not lawfully prescribed to them, or alcohol while working. This applies when an employee is on Company property, on Company business, or under the control of the Company.

Serving alcohol at Company functions or celebrations is at the sole discretion of the senior management committee. Drinking alcohol while entertaining clients is generally allowed, but only if the client orders alcohol (ahead of the employee), with a limit of one alcoholic beverage in the course of a meal being prudent. There must always be a designated driver if a business meal includes alcohol or following a Company function or celebration where alcohol is served.

All employees are subject to drug and alcohol testing. The Company may require the collection and testing of samples in the following circumstances:

1. In the ordinary course of the investigation of work-related accidents or in incidents of workplace theft, or

2. When the Company has reasonable suspicion of possible individual impairment. Reasonable suspicion exists when:

    a. An employee's conduct or behavior at work leads management to suspect that the employee is under the influence of drugs or alcohol, and/or

    b. The Company receives reliable information that the employee is under the influence of drugs or alcohol at work.

Any such testing will be performed by a third party at a separate testing facility. Individuals to be tested will be informed by the Company of the testing location and will proceed there immediately. At the Company's discretion, a Company representative may escort the individual to and/or from the test location. Individuals will be required to present reliable identification to the person

collecting the test sample. Any drug or alcohol testing of an employee will occur during or immediately after the regular work period of the employee. Reasonable travel time between the testing facility and the worksite, as well as the testing itself, shall be deemed work time for purposes of compensation and benefits.

All sample collection and testing for drugs and alcohol will be conducted in accordance with the provisions of the Utah Drug and Alcohol Testing Act, Utah Code Ann. § 34-38-6, or other applicable state law if the employee works in another state, with close attention paid to employee privacy and test reliability issues. Tested individuals will have an opportunity to provide the Company with any information they consider relevant to the test, including identification of currently or recently used prescription or nonprescription drugs, or other relevant medical information.

Failure or refusal to comply with the Company's Drug Free Workplace policy or a verified or confirmed positive test result that indicates the use of illegal drugs or the abuse of alcohol or prescriptive drugs will subject the employee to disciplinary or rehabilitative actions, which may include the following:

1. A requirement that the employee enroll in a Company-approved rehabilitation, treatment or counseling program, which may include additional drug or alcohol testing, as a condition of continued employment;

2. Suspension of the employee with or without pay for a period of time;

3. Termination of employment; or

4. Other disciplinary measures in conformance with the Company's usual procedures.

## Section 2.14 SMOKING

Packsize complies with applicable state laws on smoking. Smoking or tobacco use of any kind, as well as electronic or vapor cigarettes, are prohibited in all Company locations, except those outdoor areas which will, in accordance with state law, never be within 25 feet of any entrance way, exit, open window, or the air intake of the building. Smoking is also prohibited in Company owned or leased vehicles. Employees who smoke may only smoke during authorized meal or break periods. Your assistance in adhering to the smoking regulations will assure the maintenance of a cleaner and more healthful environment for everyone.

### 2.14.1 VAPORS

"E-cigarette" means any electronic oral device that provides a vapor of nicotine or other substance and which simulates smoking through its use or through inhalation of the vapor through the device; and includes an oral device that is composed of a heating element, battery, or electronic circuit and marketed, manufactured, distributed or sold as an e-cigarette, e-cigar, e-pipe, or any other product name or descriptor, if the function of the product meets the definition of an electronic oral device.

## Section 2.15 ELECTRONIC COMMUNICATIONS AND INTERNET USE

The Company Recognizes that use of the Internet, hand-held devices (cell phones and tablets) and company issued computers are beneficial. These tools allow our global company to communicate in a more efficient manner.  Packsize employees are encouraged to use all the tools available to them in order to perform their jobs effectively.  Unacceptable usage of these tools can place the Company and its employees at risk.

The following policies have been established for using the Internet, e-mail, cell phones, tablets, and computers issued to employees by Packsize International LLC:

All e-mail, facsimile, and any other form of communication within the Company's electronic networks, including but not limited to, voicemail, video conferencing, instant messaging, texting, and Dropbox or anywhere on the Company's network are the sole and exclusive property of Packsize.  It is the policy of Packsize that these communications, information and data storage facilities be used only for legitimate Company business purposes, and employees should have no expectation of privacy in these systems and facilities, including their Company e-mail account.

Employees should ensure that all of their communications by any of these means or mediums are kept strictly professional in nature.  These systems should not be used for defamatory, obscene, pornographic, sexually explicit, illegal, or offensive purposes. These are a violation of the Company's policies and such uses are strictly prohibited.  The display of any kind of sexually explicit material is a violation of the sexual harassment policy.  Such material may not be archived, stored, distributed, edited or recorded using Packsize's network or computer resources.

Packsize retains the right to monitor all Internet usage and e-mail messages in the ordinary course of its business for any legitimate business reason without notice to the user, sender or the recipient(s) of the message(s).  E-mail messages may also be subject to disclosure through legal subpoena or discovery requests.  Please note that deleting e-mail messages does not guarantee that these communications are erased from the system.  The Company also reserves the right to inspect any and all files stored in personal computer areas of our network to ensure compliance with Company policies.

Employees with Internet access may not use or play computer games or store or download games using their Company computers.  No employee may use Company facilities knowingly to download or distribute pirated software or data, or to download unauthorized software to the Company's computers, hard drives or networks.

### 2.15.1 ACCESS TO INFORMATION

Your password is personal and should not be shared with other employees.  Employees are prohibited from accessing each other's' E-mail.

All employees are responsible for controlling access to Company systems.  Employees are to follow all password/security protocols and not share user and password information with other individuals internal and external to the Company.  If an employee's user and/or password information is compromised the employee is to notify IT immediately.

Employees should be aware that it may be necessary for the Company to access, review, and monitor an employee's internet files, stored electronic data, and hard copies of information stored on these systems.  The Company may access these systems without advance notice to the employee.

Misuse of personal computer, Internet, e-mail, telephone, voicemail, or facsimile systems, or disclosure through these systems of confidential or trade secret Company documents, such as proprietary business information, will be grounds for disciplinary action, up to and including termination.

### 2.15.2 SOCIAL MEDIA

The Company does not prohibit employees from engaging in on-line activities, including those that might have some relationship to the Company or your work.  For example, you might

© 2014 Packsize

mention where you work on a social website.  However, when you do engage in on-line activities, you must do so in accordance with this policy.

You are responsible for what you post online.  Before engaging in on-line activities, consider some of the risks and rewards that are involved.  Keep in mind that any of your conduct that adversely affects your job performance or the performance of fellow employees, or otherwise adversely affects our customers, vendors, suppliers or the Company's legitimate business interests, or otherwise violates this Policy may result in disciplinary action up to and including termination.

On-line activities must not violate this Policy or any other Company policy (such as the Anti-Harassment Policy, the Employment Standards, and anything outlined in this Policy).  Online activities that would violate this Policy include, but are not limited to, postings that include discriminatory remarks, harassment and threats of violence or similar inappropriate or unlawful conduct, or that violate customer confidentiality rules.

As an employee of Packsize LLC, you are expected to:

- Be respectful
- Be honest and accurate
- Maintain Company confidentiality
- Not disclose any embargoed information
- Do not pressure or harass or coerce co-workers into becoming "friends" on any form of social media.
- Do not create a link from your blog, website or other social networking site to the Company website without proper authorization.
- Do not post anything on-line in the name of the Company or in a manner that could reasonably be attributed to the Company without prior written authorization from the General Manager.

### 2.15.3 INTELLECTUAL PROPERTY

It is important that any information posted on-line honor the intellectual property rights of the Company and its customers.  This includes copyright, trademark, service marks, and patents. No on-line posting should infringe upon these rights.

### 2.15.4 LOSS, DAMAGE, AND REPAIRS

All company-supplied technology, including portable electronic devices, computer systems, cell phones, iPads and company-related work records, belong to the Company and not the employee.  Employees may be held responsible for costs associated with the replacement or repair of lost, or damaged portable electronic devices due to an employee's own negligence use or care of the Company provided equipment and devices.  If a cell phone, iPad or other non-PC electronic device is destroyed, lost, stolen, or damaged, the Company will replace it once during a two year period.  If the same electronic device is lost a second time, the loss of the equipment will be assessed to the employee. For PCs, Laptops, Macs, the life cycle time is 3 yrs. All old or damaged equipment has to be returned to the Company.

### 2.15.5 INAPPROPRIATE USE OF COMPANY OWNED EQUIPMENT

The Company routinely monitors usage patterns for its e-mail and Internet communications, as well as Data Usage, roaming and all other metrics that are part of the company communications network. Although encouraged to explore the resources available on the Internet, employees should use discretion in the sites that are accessed. Data in portable devices is limited and shared with your co-workers; any excessive use will be investigated.

Since all the computer systems and software, as well as the e-mail and Internet connection, are company-owned, all company policies are in effect at all times.  Any employee who abuses the privilege of company-facilitated access to e-mail or the Internet, may be denied access to the Internet and, if appropriate, be subject to disciplinary action up to and including termination.

© 2014 Packsize

# CHAPTER 3   EMPLOYMENT STATUS, RECORDS AND TIMEKEEPING

## Section 3.1 EMPLOYMENT FILES AND RECORDS

Employees may review their personnel file by notifying their direct supervisor or manager. The file will be made available for review within a reasonable time. Personnel files always remain the property of Packsize.

## Section 3.2 REFERENCES, VERIFICATIONS OF EMPLOYMENT

All requests for references or verification of employment should be referred to the Human Resources Department. Packsize will only provide confirmation of employment dates and titles, unless written authorization is received from the Packsize employee to provide more information.

## Section 3.3 POSITION CHANGE

Generally, Packsize will post open positions on the company website. Employees who have been in their current positions for at least six months may apply for another position within the Company.

## Section 3.4 EMPLOYMENT STATUS

You are classified on the basis of duties and responsibilities and according to provisions of applicable laws. You are classified as full-time or part-time, and will be either exempt or nonexempt. Following are definitions of these classifications:

- Exempt - Those who are excluded from the provisions of the Fair Labor Standards Act or other applicable state law and to whom payment of overtime is not required. Usually, their responsibilities are considered to be of a professional, sales, managerial or administrative nature.
- Nonexempt - Those who are covered by the provisions of the Fair Labor Standards Act or other applicable state law. For these employees, the law requires the payment of overtime.
- Full-Time - Employees normally scheduled to work 30 hours or more per week. Full-time employees are eligible for benefits, subject to the conditions of each benefit plan.
- Part-Time - Employees normally scheduled to work less than 30 hours per week. Part-time employees generally are not eligible for benefits offered by Packsize, although they may be eligible on a prorated basis.

Packsize may utilize temporary staff through an employment agency. Temporary staff members are not employees of Packsize and are not eligible for any benefits. Temporary employees are paid by the employment agency and are subject to the employment agency's classifications.

## Section 3.5 PAYCHECKS

Paychecks are electronically deposited into your account on the 15th and the last day of each month. If a regularly scheduled payday falls on a non-business day (e.g., a weekend or a holiday), you will receive your pay on the last business day preceding the regularly scheduled payday. If an error is discovered in your paycheck, please notify either the Accounting and Finance Department or the Human Resources Department immediately.

## Section 3.6 TIME KEEPING

### 3.6.1 NON-EXEMPT EMPLOYEES

Non-exempt employees must accurately record the number of hours they work each day in the electronic timekeeping system. Non-exempt employees will also use the electronic timekeeping system to record jury duty, bereavement leave, holidays worked, vacation hours (PTO), and/or wellness leave.

- No work may be done off-the-clock.
- Employees may clock in no sooner than 10 minutes prior to their shift start time and must clock out within seven minutes after their scheduled end time, unless otherwise authorized by their manager.
- Employees may not, under any circumstances, clock another person in or out.
- The hours reported as work hours do not include lunch breaks or time spent during the workday on personal matters (other than during rest breaks, which are included in hours worked).

### 3.6.2 EXEMPT EMPLOYEES

Exempt employees must accurately record, in the electronic timekeeping system, the number of days during each pay period that they did not work. This allows for accurate tracking of the number of vacation hours and wellness leave hours used (as well as those remaining). Exempt employees will also record jury duty and bereavement leave.

## Section 3.7 OVERTIME (THIS APPLIES TO HOURLY OR NON-EXEMPT EMPLOYEES ONLY)

A normal work schedule may differ within and/or between departments. From time to time, we may require an employee to work in excess of 40 hours during the workweek (or in excess of eight (8) hours in a day if you are in California). Packsize pays non-exempt employees overtime in accordance with federal and applicable state laws. In all states except California, this means we will pay non-exempt employees one and one-half (1-1/2) times the regular hourly rate for hours worked in excess of 40 hours per workweek. In California, we pay non-exempt employees one and one-half (1-1/2) times the regular hourly rate for hours worked either in excess of eight (8) hours in a day or 40 hours in a week, and we pay two times the regular hourly rate for hours worked in excess of 12 hours in a day.

The non-exempt employee's manager must approve overtime in advance. If unauthorized overtime is worked without a good reason, the employee will be paid the overtime but may be subject to discipline, up to and including termination.

Overtime hours are calculated by counting up the "hours actually worked," which means vacation and holiday hours do not count toward overtime. "Hours actually worked" are also used when calculating hours for bonus compensation.

The workweek for payroll purposes begins each Saturday at 12:01 a.m. and goes through Friday 12:00 midnight.

## Section 3.8 PAYCHECK DEDUCTIONS

The Company will make all legally required deductions from your pay. These deductions include state and federal taxes, unemployment, Social Security, etc. You may also authorize the Company to make other deductions, such as for your health insurance premiums and 401(k) contributions. The Company also complies with all court orders related to wage garnishment.

© 2014 Packsize

## Section 3.9 MISCELLANEOUS TAXABLE INCOME

The Company, in an effort to recognize and incentivize employees, may have and put in place miscellaneous compensation programs or fringe benefits. Examples include bonus programs, sales awards, gift cards, logoed shirts or jackets, electronics or use of a Company car. Under Section 17 of the Internal Revenue Service code, certain forms of fringe Benefits and miscellaneous compensation are considered taxable income and will appear on your W-2 as reportable income. Managers and Supervisors will notify the Company's Accounting and Finance department of any such awards. The Company will track any such items (i.e., cash and merchandise) throughout the year for purposes of determining the need to report the value as income on the employee's W-2.

Furthermore, the Company reserves the right at any time to apply tax assistance on such awards. The determination to apply tax assistance will be made by the individual granting the award after consultation with their direct supervisor and a representative from Human Resources. If initiated, the tax assistance provided will in effect "gross up" the award so that the employee will effectively receive the intended amount of the award on an after tax basis. The amount of the "gross up" will be based on the estimated tax liability that will result from receiving an award.

## Section 3.10 MILEAGE REIMBURSEMENT

Mileage accumulated for travel performed for Packsize in your personal vehicle should be submitted via the expense reimbursement report, and is reimbursed via pay check. Mileage will be reimbursed at cost per mile/kilometer per government regulations. Normal commuting mileage (e.g., from your home to the office) should not be included in mileage reimbursement requests.

## Section 3.11 MEAL PERIOD AND REST BREAKS

Packsize complies with applicable federal and state laws in providing meal periods and rest breaks to non-exempt employees. Non-exempt employees who work eight hours or more are eligible for two paid rest periods of 15 minutes (one during each 4-hour period of their shift), subject to scheduling by the employee's supervisor. Employees should return to their work areas promptly after break periods. Meal periods, if taken, must be between 30 minutes and an hourlong, are unpaid time, should be tracked when reporting hours of work by clocking out and back in for lunch and must be duty-free. If there is any chance you will do work or be asked to do work while remaining at your workstation during your meal period, you should leave your workstation.

## Section 3.12 NURSING MOTHERS

An employee who is a nursing mother may, at her discretion, for the first year of the newborn's life, take breaks in addition to and including those defined above to express breast milk. All breaks are to be reasonable in length and will be unpaid unless taken in conjunction with one of the normal rest periods. A secure, private location that is not a bathroom will be made available for use by nursing mothers for the purpose of expressing breast milk. Employees working in New York may take such breaks for the first three years of the child's life.

## Section 3.13 SAFE HARBOR/ADMINISTRATIVE PAY CORRECTIONS

The Company takes all reasonable steps to ensure that employees receive the correct amount of pay in each paycheck and that employees are paid promptly on the scheduled payday. In the unlikely event that there is an error in the amount of pay, the employee should promptly bring the discrepancy to the attention of his/her immediate manager so it can be corrected as quickly as possible. If an employee has been underpaid, the Company will either correct it in the next regular paycheck or issue a separate check for the difference. The Accounting and Finance Department will notify the employee of the method used.

## Section 3.14 TERMINATION/RESIGNATION OF EMPLOYMENT

In the case of a resignation, employees are asked to provide a written notice of their intent to resign, and the Company requests the courtesy of at least two weeks' notice. Employees are required to return all company property such as computer equipment and other electronics, phone, keys, car, tools, lodging card and company credit cards. Employees will be responsible for any lost or damaged items. Before you leave the Company, an exit interview may be requested.

© 2014 Packsize

# CHAPTER 4   EXPENSE REIMBURSEMENT POLICY

Please visit the *NORTH AMERICAN EXPENS POLICY* for current information.

# CHAPTER 5   BENEFITS

## Section 5.1 HOLIDAYS

Packsize provides paid time off for specified holidays each calendar year. Employees will be notified of the list of holidays for each year before the start of the New Year.

If an employee is asked to work one of these holidays (as a skeleton crew), a manager may grant a day off at another time (exempt), or the employee is paid holiday pay (nonexempt).

## Section 5.2 VACATION

The purpose of Paid Time Off (PTO) is to provide team members with flexible time off from work that can be used for such needs as vacation, personal or family illness, doctor appointments, school, volunteerism, and other activities of the team member's choice.  PTO is provided on a calendar year basis.  PTO is accrued over time, earning a number of hours of PTO per pay period.  Except where state law requires an alternative, **PTO hours must be used in the year it was earned** and cannot be carried over from one year to the next.  PTO cannot be borrowed from a future year.

**ACCRUAL SCHEDULE**

| YEARS OF SERVICE | PAID TIME OFF |
|---|---|
| 0-5 | 120 hrs  (15 days) |
| 5-15 | 160 hrs  (20 days) |
| 15+ | 200 hrs  (25 days) |

**PTO DETAILS**
- Each full-time team member (30+hours per week) will accrue PTO bi-monthly, based on their length of service as defined above.  PTO balances can be viewed all year long.
- Temporary employees, contract employees, and interns are not eligible to accrue PTO.
- If a team member joins the Company after January 15th, PTO hours will be prorated for the first year.
- There is always a desire to reduce unscheduled absences. It is customary to ask team members to provide at least two weeks' notice for PTO, providing leaders time to confirm coverage.  In some departments, leaders may request more notice than that.
- For team member who are paid hourly, PTO hours will not be counted as "hours worked" for the purpose of determining overtime pay in that work week.
- If a team member leaves Packsize, any PTO hours accrued/earned, but not taken, will be paid out to the team member upon departure. Any PTO hours taken up to that date, but not yet accrued/earned, will be deducted from the final pay check.

### 5.2.1 VACATION FOR PART-TIME EMPLOYEES

Employees who work 30 hours or more but less than 40 hours per week accrue vacation on a prorated basis. If you work less than 30 hours per week, you will not receive vacation.

### 5.2.2 SCHEDULING OF VACATION

Vacation must be pre-approved and should be requested at least two weeks in advance. This can be done using the electronic timecard system.

- For compliance reasons, it is important that all time off is tracked in the time and attendance tool (that includes PTO, bereavement, jury duty, military leave, etc.). Leaders will approve or deny requests submitted via ADP.
- Requests are, in general, granted on a first come, first serve basis.

  © 2014 Packsize

- Knowing that PTO is also used for sick and medical leave, Packsize asks team members to:
  - o Provide as much advanced notice as possible for time away for medical care, procedures, and recovery.
  - o Call in as early as possible, but not later than the normal start of their shift, should the PTO be unscheduled due to unexpected illness.  Employees must call in each day they are out due to illness.
- While there is no official waiting period for the new hire to take PTO, certain departments may have internal/departmental requirements related to how soon PTO may be requested by a new hire.  This is to ensure adequate coverage is maintained, and onboarding/training is not interrupted.
- Packsize allows team members to take PTO during the year, even before they have accrued enough hours to cover their request, but not more than they will accrue by year-end.
- In general, PTO is taken in 4 hour (½ day) increments.  Hourly employees may consider using PTO if they have worked less than 8 hours in a day and wish to use PTO to get paid for 8 hours.

## Section 5.3 WELLNESS LEAVE PROGRAM

Packsize provides a paid Wellness Leave Program to regular full-time and regular part-time employees who have been with the Company for more than 90 days. Temporary (short term) employees are not eligible for this program. The intent is to provide employees with additional flexibility to determine how they will use this paid time off for illness, personal needs, or pursuits that enhance wellness and work-life balance.

Full time employees receive up to three days of wellness leave each calendar year, which can be taken in 4 hour (or ½ day) increments. Part-time employees receive up to one day of wellness leave each calendar year. Employees hired after Jan. 1 will be granted a prorated share of wellness leave hours. Wellness leave will not be counted as hours worked for the purpose of determining whether or not overtime pay is allowed for that day or workweek. Unused wellness leave is not paid upon voluntary or involuntary termination of employment unless otherwise prohibited by state law.

### 5.3.1 SCHEDULING WELLNESS LEAVE

**Personal emergency:** Wellness leave may be requested for a personal emergency through your supervisor. If you are unforeseeably ill, let your supervisor know as soon as possible, but no later than 1 hour before your shift.

**Advanced wellness leave requests:** Requests for wellness leave in advance, for foreseeable medical/wellness reasons, or other personal reasons, should be submitted via the electronic timekeeping system. Management will consider staffing and operational needs when granting wellness leave in advance.

Employees are strongly encouraged to utilize their wellness leave each calendar year. It is provided so that you can enjoy periods of time away from your job and maintain a healthy work-life balance. Unused wellness leave will not be rolled over from year to year, unless prohibited by state law.

## Section 5.4 INSURANCE

Group medical, dental, vision, short-term and long-term disability, as well as life insurance are available to all employees who work 30 hours or more per week. Eligibility begins on the first of the month following the first 30 days of employment.

Details of the Packsize benefit plans, including Flexible Spending Accounts for Medical and Child Care, and information on premiums, are available through the Human Resource Department.

## Section 5.5 CONTINUATION OF BENEFITS (COBRA AND MINI COBRA)

The Company complies with federal and applicable state laws requiring employers sponsoring group health plans to offer employees and their families the opportunity to elect a temporary extension of health coverage (called "continuation coverage" or "COBRA coverage" for the Federal program and "Mini COBRA" for the State program) at their own expense in certain instances where coverage under the plan would otherwise end.

Employee data such as home address, telephone number, emergency contact, marital status, number of dependents, and tax withholding information must be kept accurate and up-to-date. Employees and their qualified dependents are responsible for notifying the Company of any change in address or status (e.g., divorce, insurance eligibility, child becoming ineligible due to age, etc.) within 30 days of the event. All COBRA notices will be sent to the "last known address."

## Section 5.6 401(K) PROFIT SHARING PLAN

Packsize offers a company-sponsored retirement savings program called a 401(k) plan. Employees are eligible to participate on the first day of the month following their first 30 days of employment.

In accordance with the terms of the plan, employees are eligible for company matching contributions. The plan currently provides a 100 percent matching contribution on the first 3 percent of earnings the employee contributes to the plan and an additional 50 percent matching contribution on the next 2 percent of earnings the employee contributes to the plan.

| Employee Contribution | Company Match |
|---|---|
| 1% | 1 percent |
| 2% | 2 percent |
| 3% | 3 percent |
| 4 percent | 3.5 percent |
| 5% and above | 4 percent |

Company contributions begin on two key dates per year:  Jan. 1 and July 1.  Company contributions begin on the earlier of those two dates after the employee's first anniversary. For example: an employee hired April 16, 2013, will be eligible to make contributions as of June

However he/she will not be eligible for matching contributions until July 1, 2014, (one year of service as of the following April, leads to a company matching eligibility date of July 1, 2014).

## Section 5.7 COMPANY BONUS PLAN

Some employees are eligible to participate in the Company Bonus Plan, and for those employees the bonus component is a key element of the employee's total compensation package. The plan is based on a combination of the employee's personal performance and company performance.

For new employees, the bonus payout is prorated for the first year. Employees need to be employed for the entire time period on which a bonus payout is calculated. For example, to be eligible for the entire Company performance portion of the bonus, the employee must be employed through Dec. 31.

The Company Bonus Plan is not guaranteed. It is subject to review and final approval of the Compensation Committee of the Packsize board of directors.

For a detailed explanation of the current plan, please contact the Human Resources Department.

© 2014 Packsize

## Section 5.8 EMPLOYEE REFERRAL PROGRAM

We believe our own employees are a valuable recruiting source. In the past, they have referred many of our best candidates. As a result, an **Employee Referral Program** has been approved to encourage greater employee involvement in identifying qualified and talented individuals for "regular full-time" employment within the organization. The Employee Referral Program operates at the sole discretion of the organization and may be amended, suspended or terminated for any reason, with or without prior notification.

## Section 5.9 REFERRAL BONUS DETAILS

An employee qualifies for a $1,000 referral bonus when a referred applicant is hired by Packsize, and then successfully reaches 6 months of employment. Successful employment is defined as:

- The employee is meeting or exceeding the departmental goals.
- The employee is living the Packsize values.

### 5.9.1 PROGRAM REQUIREMENTS

- Funding comes from the hiring manager's cost center.
- New hires will be asked how they first learned of the employment opportunity; if applicable, they will be asked to name a referral source.
- New employees who have applied to the company on their own or through an employment or recruiting agency will not result in an employee referral bonus.
- Referrals must meet the stated requirements for the benefit-eligible job opening and must complete the same process as all other applicants (including:  pre-screen, interview, reference checks).
- In any hiring decision, the most qualified applicant will be hired.
- If the referred applicant is hired, the referral bonus will be paid on the pay check following the referred employee's first 6 months.
- Referral bonuses will be treated as one-time cash payments and are subject to withholding taxes.
- Human Resources will be responsible for tracking and processing referral bonuses.
- If the new employee or the referring employee terminates their employment prior to a payment date, no payment will be made.

NOTE:  Employees must not make commitments or oral promises of employment to persons they refer.

### 5.9.2 THOSE ELIGIBLE AND NOT ELIGIBLE FOR THE PROGRAM

All full-time and part-time benefit-eligible employees are encouraged to participate in the program; however, the following employees are not eligible for the referral bonus:

- Executive Committee Members
- HR Department employees
- Managers/supervisors who are responsible for the final selection of the candidate

## Section 5.10 PACKSIZE LOGO APPAREL PROGRAM

A new employee qualifies for company apparel the moment they start with Packsize. The amount of apparel specified is subject to his/her function/department or manager's approval.

| Type of Position | Items | Timing |
|---|---|---|
| Engineer (Field) | 5 polos, 1 sweater, 1 jacket, 1 hat | Provided upon start |

| Sales | 3 polos, 1 button up, 2 sweaters, 1 jacket | Provided upon start |
| All Else | 1 polo, 1 sweater or jacket | Provided upon start |

* Additional items/apparel may be provided at the discretion of the employee's supervisor.

An employee qualifies for new company apparel each additional year. The amount of apparel specified is determined by his/her function/department or manager's approval.

| Type of Position | Items | Timing |
|---|---|---|
| Engineer (Field) | 3 polos | Once yearly* |
| Sales | 1 polo, 1 button up | Once yearly* |
| All Else | 1 polo | Once yearly* |

* Additional items/apparel may be provided at the discretion of the employee's supervisor.

© 2014 Packsize

## Section 5.11 PROGRAM REQUIREMENTS

Funding comes out the employee's specified cost center.
Apparel orders will not be produced without the approval of the employee's supervisor/manager.

## Section 5.12 DURATION OF EMPLOYEE APPAREL PROGRAM

The Employee Apparel Program operates at the sole discretion of the organization and may be amended, suspended or terminated for any reason, with or without prior notification.

# CHAPTER 6   LEAVES

## Section 6.1 JURY AND WITNESS DUTY

If you receive a jury summons or a subpoena, you should immediately advise your manager. Packsize grants time off for jury duty or if you are subpoenaed as a witness. You are eligible to receive your normal base wage rate (excluding incentive or bonus pay) minus per diem jury duty or witness pay for appearing for up to five scheduled working days per year. After five scheduled working days, time will be granted unpaid, or you can elect to use vacation days in order to be compensated. Employees are required to provide a copy of their juror summons or witness subpoena to their supervisor or to the Human Resources Department. They are also expected to regularly update their supervisors on how long they expect to miss work.

You will be expected to report for your regular duties when temporarily excused from attendance in court, including for a partial day if the court dismisses you with at least half of a workday remaining.

## Section 6.2 BEREAVEMENT LEAVE

The bereavement leave policy establishes uniform guidelines for providing paid time off to employees for absences related to the death of immediate family members.

All full-time, active employees are eligible for benefits under this policy.

An employee who wishes to take time off due to the death of an immediate family member should notify his or her supervisor immediately. Bereavement pay is calculated based on the base pay rate at the time of absence and will not include any special forms of compensation, such as incentives, commissions, bonuses, or overtime. Bereavement leave will normally be granted unless there are unusual business needs or staffing requirements. An employee may, with his or her supervisor's approval, use any available vacation for additional time off as necessary.

Paid bereavement leave is granted according to the following schedule:

| Amount of Time | Bereavement Leave | The Deceased |
|---|---|---|
| 1, 2, or 3 days | Employees are allowed up to three consecutive days off from regularly scheduled duties, with regular pay, in the event of a death.<br><br>The amount of paid time off normally depends on whether travel is required. | For the employee's spouse, child, father, father-in-law, mother, mother-in-law, brother, brother-in-law, sister, sister-in-law, son-in-law, daughter-in-law, aunt, uncle, stepfather, stepmother, stepbrother, stepsister, stepson or stepdaughter, grandparent, grandchild or spouse's grandparent. |
| ½ day (4 hours) | Employees are allowed up to four hours of bereavement leave to attend a funeral. | For the employee's co-worker or retiree of the company, provided such absence from duty will not interfere with normal operations of the Company. |
| To be eligible for paid bereavement leave, the employee generally must attend the funeral of the deceased. | | |

© 2014 Packsize

## Section 6.3 MILITARY LEAVE

The Company complies with the requirements of the Uniformed Services Employment and Reemployment Rights Act of 1994 ("USERRA") and applicable state laws governing military leaves of absence. Any member of the uniformed services or a reserve component of the armed forces of the United States who, pursuant to military orders, enters active duty, active duty for training, inactive duty training, or state active duty shall upon request be granted an unpaid leave of absence from employment, but, with limited exceptions, for not more than a total of five years during the course of his/her employment with the Company. Participation in public ceremonies and parades and other duties in the service of the state, when participated in under instructions of the commander in chief, shall be deemed military duties of the National Guard for which a leave of absence shall be granted.

In the case of Military Leave that does not exceed 30 days in a single stretch, the Company will continue to contribute to the cost of employee benefits. In the case of Military Leave that causes an employee to be absent for more than 30 days at a time, Company contributions to benefits will cease, but employees may elect to continue benefits, such as health-plan coverage, at their own cost.

The Company will not discriminate in employment or take any adverse employment action against any person because that person is eligible for and takes Military Leave. Employees deployed on Military Leave will be entitled to the reemployment rights as provided by law. Generally speaking, this means, upon satisfactory release from duty or training, or from hospitalization incidental to the training, the employee shall be permitted to return to the same or an equivalent position to that which the employee held at the commencement of leave, and will have the same seniority, status, pay, and vacation he or she would have had as an employee if he or she had not been absent for military purposes. Nonetheless, the employee must be qualified for the position for which he or she is eligible. If needed, the employer will make a reasonable effort to help the employee become qualified.

Upon completing military service, the employee must return to work or apply for reemployment in a timely manner. In the case of Military Leave that does not exceed 31 days, the employee must return to work at the beginning of the next regularly scheduled work period on the first full day after release from service, taking into account safe travel home plus an eight-hour rest period. For Military Leave of more than 30 days but less than 181 days, the service member must submit an application for reemployment within 14 days of release from service. For Military Leave of more than 180 days, an application for reemployment must be submitted within 90 days of release from service.

Requests for military leave should be made in writing as soon as possible after receipt of the military orders and submitted to Human Resources.

## Section 6.4 VOTING LEAVE

An employee who is an eligible voter is entitled to two hours of unpaid leave to vote in any municipal, county, state, or federal primary or general election if the employee does not otherwise have two nonworking hours to vote. The employee must notify the Company of his or her need for leave in advance. The Company may select which hours the employee takes as leave.

## Section 6.5 FAMILY MEDICAL LEAVE ACT (FMLA)

Packsize complies with the Family Medical Leave Act (FMLA) and any state law equivalents. The FMLA policy is as follows:

### 6.5.1 BASIC LEAVE ENTITLEMENT

FMLA requires Covered Employers to provide up to 12 weeks per year of unpaid, job-protected leave to Eligible Employees for the 4 following reasons:

1. For incapacity due to pregnancy, prenatal medical care or child birth;

2. To care for the employee's child after birth, or placement for adoption or foster care;

3. To care for the employee's spouse, son or daughter, or parent, who has a serious health condition; or

4. For a serious health condition that makes the employee unable to perform the employee's job.

The Company calculates the 12 month period in which leave for the above purposes may be taken on a "from first leave" basis, meaning that the 12 month period is measured from the date FMLA leave began. Spouses who are both Eligible Employees and both work for the Company may be limited to a combined total of 12 weeks of leave in a 12 month period if the leave is taken for reasons two or three above.

## *ELIGIBILITY REQUIREMENTS*

Employees are Eligible Employees and may take FMLA leave if:

1. They have worked for the Company for at least one year as of the time leave is to commence,

2. They have worked at least 1250 hours over the 12 months immediately prior to the start of the FMLA leave, and

### *6.5.2 MILITARY FAMILY LEAVE ENTITLEMENTS*

Eligible Employees with a spouse, son, daughter, or parent on active duty or call to active duty status in the National Guard or Reserves in support of a contingency operation may use their 12 week leave entitlement to address certain Qualifying Exigencies. Qualifying Exigencies may include attending certain military events, arranging for alternative child care, addressing CERTAIN financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits Eligible Employees to take up to 26 weeks of leave to care for a covered service member during a single 12 month period ("Covered Service member FMLA Leave"). A covered service member is a current member of the Armed Forces, including a member of the National Guard or Reserves, who has a serious injury or illness incurred in the line of duty on active duty that may render the service member medically unfit to perform the member's military duties, for which the service member is undergoing medical treatment, recuperation or therapy; or is in outpatient status; or is on the temporary disability retired list. The 12 month period for Covered Service member FMLA Leave begins on the first day of leave and ends 12 months later.

Spouses who are both Eligible Employees and both work for the Company may also be limited to a combined total of 26 weeks of Covered Service member FMLA Leave.

### *6.5.3 BENEFITS AND PROTECTIONS*

During FMLA leave, the Company must maintain your health coverage under any "group health plan" on the same terms as if you had continued to work. While you are on FMLA leave, the Company will continue to pay its portion of group health and dental insurance premiums, and you must continue to pay your portion monthly. If your FMLA leave is unpaid due to the exhaustion of your accrued paid leave benefits, please contact the Human Resources Department in advance of your FMLA leave, or as promptly thereafter as possible, to make appropriate insurance

© 2014 Packsize

payment arrangements. Failure to follow the payment arrangement will result in a lapse in coverage until you return to work.

Your use of FMLA leave cannot result in the loss of any employment benefit that you accrued prior to the start of your leave. However, paid leave benefits do not accrue while you are on FMLA leave nor do you receive holiday pay.

Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits and other employment terms. (See Return to Work section below.)

### 6.5.4 DEFINITION OF SERIOUS HEALTH CONDITION

A Serious Health Condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents you from performing the functions of your job, or prevents your qualified family member from participating in school or other daily activities.
Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than 3 consecutive calendar day combined with at least 2 visits to a health care provider or 1 visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

### 6.5.5 USE OF LEAVE

You do not need to use the FMLA leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. While on FMLA leave, you must periodically contact your manager about your status, including your intent to return to work. A call-in schedule will be arranged after you notify us of your need for FMLA leave.

You must make reasonable efforts and work with your manager to schedule leave for planned medical treatment so as not to unduly disrupt the Company's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis. To better accommodate your foreseeable intermittent or reduced schedule leave, the Company may temporarily transfer you to another job with equivalent pay and benefits.

### 6.5.6 SUBSTITUTION OF PAID LEAVE FOR UNPAID LEAVE

Employees may choose to use vacation or wellness hours to earn pay while taking FMLA leave. While your leave will be counted against your 12 weeks of FMLA leave, you will be paid until your vacation or wellness hours are exhausted, at which point your remaining FMLA leave will be unpaid.

### 6.5.7 EMPLOYEE RESPONSIBILITIES

You must provide at least 30 days advance notice of the need to take FMLA leave when your need for leave is foreseeable. In the case of a Qualifying Exigency, you must provide as much notice as is practicable. When 30 days' notice is not possible, you must provide notice as soon as practicable and generally must comply with the Company's normal call-in procedures. In any situation in which you give less than 30 days' notice when 30 days' notice is required, the Company may require you to explain the reasons why giving 30 days' notice was not practicable.

Notices of your need for FMLA leave should be given to your manager or Human Resources. As with other leaves at the Company, the leave request should be in writing, if at all possible. If you are unable to give the Company notice yourself, have a responsible person or family member contact your manager or Human Resources on your behalf within the required time-frame.

Employees must provide sufficient information for the employer to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. It is not enough simply to tell your manager or Human Resources that you or a family member is "sick."  Sufficient information may include that you are unable to perform job functions; your family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. You also must inform your manager or Human Resources· if the requested leave is for a reason for which FMLA leave was previously taken or certified. The Company may make reasonable inquiries of you regarding your leave request such that the Company is able to determine whether the leave is FMLA qualifying, and if it does, you must respond to those requests.

You also may be required to provide a certification and periodic recertification support the need for leave. (See <u>Certifications, second and third Opinions, and Re-certifications</u> section below.)

Once you have given notice of your need for FMLA leave, you must advise your manager or Human Resources as soon as practicable if the dates for your scheduled FMLA leave change, or your leave period is extended, or if the timing and duration was initially unknown and then become known.

### 6.5.8 CONSEQUENCES OF INSUFFICIENT NOTICE BY EMPLOYEE

If you fail to give notice that is adequate to inform the Company that your leave is qualified FMLA leave, or you fail to respond to the Company's reasonable inquiries regarding your leave request such that the Company is unable to determine whether the leave is FMLA qualifying, your leave request may be denied.

If your need for leave is foreseeable at least 30 days in advance and you fail to give 30 days' notice, the Company may delay your FMLA leave until 30 days after the first date you gave notice. If your need for leave is foreseeable fewer than 30 days in advance and you fail to give notice as soon as practicable, the Company may delay FMLA coverage by the additional days of notice that should have been given.

In the case of unforeseeable leave, if you fail to comply with the Company's usual and customary notice requirements without unusual circumstances that justify your failure to comply, the Company may delay or deny your FMLA leave.

## Section 6.6 CERTIFICATIONS, SECOND AND THIRD OPINIONS, AND RE-CERTIFICATIONS

Certifications. Upon the Company's request, you must timely provide (1) a certification from a certified health care provider sufficient to support your FMLA leave request for your own Serious Health Condition, (2) a certification from a certified health care provider sufficient to support your FMLA leave request for your care of your family member with a Serious Health Condition. (3) a certification from you sufficient to support your FMLA leave request for a Qualifying Exigency, (4) a certification from you sufficient to confirm your covered family relationship to a seriously ill or injured service member that you are seeking FMLA leave to be with subject to an Invitational Travel Order (ITO) or Invitational Travel Authorization (ITA), or (5) a certification from a military health care provider sufficient to support your FMLA leave request for leave to care for the serious injury or illness of a covered service member.. The Company will provide you with the appropriate certification forms.

In the case of foreseeable leave, you must return any required certification form before your leave begins. If that is not possible, or in cases of unforeseeable leave, any required certification form must be returned within 15 days after the Company has requested certification. Returned certification forms must be completely and sufficiently filled out. A certification form is incomplete if one or more applicable entries is blank. A certification form is insufficient if the entries are filled out but are vague, ambiguous or nonresponsive. You have the option to provide a complete and

© 2014 Packsize

sufficient certification form to the Company yourself, or to provide whatever authorization is needed for your health care provider to release a complete and sufficient certification form to the Company to support the FMLA request. In all events, however, the Company must receive the required certification form from you or your health care provider within the timeframes mentioned above.

**Second and Third Opinions**. In some circumstances involving your own Serious Health Condition or the Serious Health Condition of your family member, the Company may ask you to obtain, at Company expense, a medical certification from a second or third health care provider. To facilitate this, you are obligated to authorize your health care provider to release all requested and relevant medical information to the designated second or third opinion provider. Any such additional certification must be returned within 15 days after the Company has requested it.
**Re-certifications**. In some circumstances, the Company may ask you to recertify, at your own expense, a Serious Health Condition. Any such certification must be returned within 15 days after the Company has requested it.

### 6.6.1 CONSEQUENCES OF FAILURE TO COMPLY WITH CERTIFICATION REQUIREMENTS

If you fail to timely provide a certification, your FMLA leave may be delayed until the certification is provided. Your complete failure to provide a certification may result in your FMLA leave being denied.

All certifications must be complete and sufficient. If your certification is incomplete or insufficient, the Company will notify you of that, and of what additional information is needed. You will have seven days to cure the problem. If after seven days you have not supplied a complete and sufficient certification form, the Company may deny your FMLA leave.

If you are asked to provide a second or third opinion and you do not authorize your health care provider to release all requested and relevant medical information to the designated opinion provider, your FMLA leave may be denied.

## Section 6.7 RETURN TO WORK

You are expected to return to work on the workday following the date designated as the end of your FMLA leave. If you do not return to work or contact the Company within 3 business days of that return date, the Company will assume you have voluntarily resigned.

Upon your return from FMLA leave, you will be returned to the same position that you held when leave commenced, or to an equivalent position with equivalent pay, benefits and working conditions. An exception to this may occur in the event that you are a "key employee" whose job restoration would cause the Company substantial and grievous economic harm. If you are a key employee, the Company will notify you of that in connection with your FMLA leave. Please note, however that you have no greater right to a job when you return from leave than if you had been continuously employed during the FMLA leave period. When you return from FMLA leave, you will have the same level of benefits you had when you began leave, minus any benefits used during the FMLA leave.

Fitness for Duty. If your FMLA leave was for your own Serious Health Condition, you may be required, at your own expense, to provide a fitness for duty certification before you can return to work. The fitness for duty certification will only concern the particular health condition for which you took FMLA leave, and may require information about your ability to perform the essential functions of your job. If the Company is going to require a fitness for duty certification from you, the Company will tell you that, and will provide more information to you about your fitness for duty certification obligations in the notice you receive from the Company when the Company designates your leave as FMLA leave. (See Employer Responsibilities section below.)

If you do not submit a required fitness for duty certification to the Company on or before your designated return date, the Company may delay your job restoration until such time as you do supply the fitness for duty certificate. Except in the case of intermittent or reduced schedule leave, if you do not provide either a fitness for duty certificate or a new medical certification for a Serious Health Condition by the time your designated FMLA leave ends, your employment may be terminated.

## Section 6.8 EMPLOYER RESPONSIBILITIES

Under the law, covered employers must inform employees requesting leave whether they are eligible under FMLA. If they are eligible, the employer's notice must specify any additional information required as well as the employees' right and responsibilities. If they are not eligible, the employer's notice must provide a reason for the ineligibility. The Company will provide you with appropriate Notices of Eligibility and Rights and Responsibilities that meet these requirements.

Under the law, covered employers also must inform employees if leave will be designated as FMLA protected and the amount of leave counted against the employee's leave entitlement. If the employer determines that the leave is not FMLA protected, the employer must notify the employee. The Company will provide you with appropriate Designation Notices that meet these requirements.

### 6.8.1 UNLAWFUL ACTS BY EMPLOYERS

FMLA makes it unlawful for any employer to:

- Interfere with, restrain, or deny the exercise of any right provided under FMLA;
- Discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

The Company fully intends to comply with its requirements under the FMLA. The Company specifically prohibits the unlawful behavior stated above. Therefore, if you believe you have been subjected to such behavior, you must promptly report the situation to the Company Human Resources Department, which will investigate the situation and take appropriate corrective action.

### 6.8.2 ENFORCEMENT

Under the law, an employee believing that he or she has been subjected to an act made unlawful by the FMLA may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer. FMLA does not affect any Federal of State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

## Section 6.9 PERSONAL/ MEDICAL UNPAID LEAVES OF ABSENCE

An employee who finds it necessary to be absent from work for personal medical reasons and who does not have any accrued vacation time available or has need beyond time available under other leave policy's may request, in writing, an unpaid leave of absence. The Executive Committee may either approve or deny requests for unpaid leave as they deem necessary in their business judgment. If a personal leave is approved, it will be subject to the provisions provided by management.

© 2014 Packsize

# CHAPTER 7   HEALTH AND SAFETY

For this topic, please refer to the Packsize *Health & Safety Policy Manual*

TABLE OF CONTENTS OF THAT MANUAL

Introduction..........................................................................................................................1
Safety Policy Statement ....................................................................................................1
Substance Abuse ...............................................................................................................2
Workplace Safety (OSHA) .................................................................................................3
Housekeeping......................................................................................................................4
Company Equipment ..........................................................................................................5
Customer Sites ....................................................................................................................5
Warehouse Safety ..............................................................................................................5
Forklift Safety ......................................................................................................................6
Dock Safety..........................................................................................................................8
Ladders..................................................................................................................................8
Accidents...............................................................................................................................9
First Aid .................................................................................................................................9
Drug & Alcohol Screening .................................................................................................9
Accident Investigation Procedure ..................................................................................10
Vehicle Safety....................................................................................................................10
Vehicle Accident Reporting..............................................................................................10

# PACKSIZE VEHICLE POLICY

## Section 8.1 PURPOSE

It is the intention of Packsize, LLC to provide the use of a company owned or leased vehicle to certain employees who, in the normal course of their assigned duties, routinely require the use of a vehicle for business purposes.  Commuting to and from work, or to and from the airport, is not considered business travel, nor is it considered justification for a company vehicle.  The Company reserves the right to determine which roles include a company vehicle and which do not.

This document is intended to help drivers comply with the policy and summarizes the requirements that make up the program. In order to meet the key objectives below, all drivers of Packsize, LLC owned or leased motor vehicles shall be completely familiar with this North America Vehicle Policy.

The ultimate purpose of the policy is to:

- Maintain all company vehicles in a safe, clean and roadworthy condition.
- See that employees driving company vehicles demonstrate safe driving and other road safety habits when driving.
- Minimize losses, damages and claims against the company.

How the success of the policy will be measured

Success will be measured primarily by the increase or decrease in:

- The number of at-fault crashes involving company vehicles.
- The cost of repairs and maintenance.
- Other financial costs associated with vehicle use.

## Section 8.2 SCOPE

This Vehicle Policy and its associated programs apply to all drivers who may be engaged in the operation of any Packsize, LLC owned or leased motor vehicles on either public or private property. All employees who may be authorized to drive company owned or leased motor vehicles must possess a current, non-probationary, valid driver's license. All drivers of Packsize, LLC motor vehicles must comply with all applicable local and federal laws and regulations concerning the operation of motor vehicles.

Packsize, LLC reserves the right to suspend an employee's privileges to operate a Packsize, LLC motor vehicle at any time, for any reason. If an employee is out of compliance with this policy, they will be subject to discipline up to and including suspension or termination.

## Section 8.3 FLEET VEHICLE CONDITION AGREEMENT

Before a vehicle is issued to an employee, a completed and signed **Fleet Vehicle Condition Agreement** must be submitted to the fleet manager. When the vehicle is returned to Packsize, LLC the operator listed on the original **Fleet Vehicle Condition Agreement**, must a) complete a new **Fleet Vehicle Condition Agreement** (which will confirm the condition of the vehicle) and b) return the vehicle to the appropriate manager/fleet manager.

## Section 8.4 ACCEPTABLE VEHICLE OPERATORS

The vehicle may be driven during the term of employment only by the persons named on the **Fleet Vehicle Condition Agreement** or another Packsize employee given permission by the person named on the **Fleet Vehicle Condition Agreement,** and only if they hold a current and valid driver's license appropriate for the vehicle. The person named on the **Fleet Vehicle**

© 2014 Packsize

**Condition Agreement** will be responsible for the full $1,000 insurance deductible, increases in insurance premiums, and gas when the vehicle is being driven for personal purposes.

Spouses, children, friends, etc. are not allowed to drive Packsize vehicles!

## Section 8.5 TAXED FOR PERSONAL USE OF COMPANY VEHICLES

The IRS considers it a fringe benefit when the Company allows the employee to use a business vehicle for personal use, therefore, it must be reported on Form W-2, the Wage and Tax Statement.  Generally, the taxable value of the *personal use of company vehicles* is subject to federal and state income taxes, social security and Medicare taxes, and federal and state unemployment taxes. The amount of tax is determined by a formula provided by the IRS.  After the annual lease value is determined, the employee's taxable fringe benefit is computed by multiplying the annual lease value by the personal use percentage. Since Packsize tries to post this to the employee's taxable earnings on a quarterly basis, this lease value is divided by 4.  In the case of a partial year, the annual value is prorated.

## Section 8.6 PROCEDURES AND RESPONSIBILITIES

While driving company vehicles, employees must comply with all applicable local and federal traffic laws, be conscious of road safety and demonstrate safe driving and other good road safety habits. The following actions in company vehicles will be viewed as serious breaches of conduct/policy and discipline up to and including suspension and or termination may be a consequence:

The operator shall not:

- Use or allow the vehicle to be used for the transport of passengers for hire or reward.
- Sublet or hire the vehicle to any other person.
- Allow the vehicle to be used outside his/her authority.
- Allow anyone to smoke or use any type of tobacco or electronic/vapor  products in the vehicle.
- Operate the vehicle or allow it to be operated under the influence of alcohol or drugs.
- Operate the vehicle or allow it to be operated in any race, speed test, reliability trial, rally or contest, or operated on any race or rally circuit or in any event as a pacemaker or testing in preparation for any of them.
- Operate the vehicle or allow it to be operated for the transport of more passengers or goods than the maximum specified in the certificate of loading and/or road user charge certificate, whichever is the lesser, for the vehicle
- Drive or allow the vehicle to be driven by any person that does not, at the time, hold a current and valid driver's license that is appropriate for the vehicle type.
- Transport any animal in the vehicle (with the exception of guide dogs for visually impaired people).
- Leave company owned electronic equipment (laptop, iPad, phone) in the cab of an unattended, locked company car.
- Drive or allow the vehicle to be driven on any beach, driveway, or surface likely to damage the vehicle.
- Allow the vehicle to be driven by any person who is not named or described in the Fleet Vehicle Condition Agreement as a person permitted to drive the vehicle.
- Operate the vehicle or allow it to be operated to propel or tow any other vehicle.
- Operate or allow the vehicle to be used in involvement with any illegal activity.

## Section 8.7 COMPANY RESPONSIBILITIES

Packsize, LLC will not expect employees to drive under conditions which are unsafe and/or likely to create an unsafe condition.

- Packsize will supply the vehicle in a safe and roadworthy condition, up to current Certificate of Fitness standards.
- Packsize will not pay for speeding fines, toll fines or other violation fines.

## Section 8.8 FLEET MANAGER, HR MANAGER AND INSURANCE PROVIDER RESPONSIBILITIES

- Screening of driver's licenses prior to driving company owned or leased vehicles.
- The insurance provider will request driving records from the department of Motor Vehicles (after a release form has been provided to HR by the driver/employee).
- In the event of an accident the Fleet Manager will coordinate with the insurance carrier, any claims made by or against Packsize, LLC. The fleet manager may need to involve the manager and/or the employee, as needed.

## Section 8.9 MANAGER AND OPERATOR RESPONSIBILITIES

Managers and vehicle operators are responsible for the following items:

- Be sure each driver has a current, non-probationary, valid driver's license.
- Be sure vehicles are maintained in safe operating condition.
- Be sure maintenance schedules are followed and a thorough maintenance record for each vehicle is kept.
- The Vehicle Registration is kept in the glove box.
- The provided Packsize, LLC first aid kit remains in vehicle at all times.
- The Insurance Cards are kept in the glove box.
- The vehicle accident report form is kept in the glove box.
- Millage log must be maintained and up to date at all times.
- Report any known changes in an employee's driving status to the Fleet Manager (i.e., convictions, or if license has been suspended, revoked, or has had limitations placed upon it)
- Report all known moving traffic violations of employees to the Fleet Manager.
- Report any known accidents to the Fleet Manager.
- Fill out accident reports as required.

## Section 8.10 OPERATOR RESPONSIBILITIES

The operator shall ensure that:

- All reasonable care is taken when driving and parking the vehicle.
- The driver and all passengers have their seatbelts properly fastened before the car is put into gear.
- The water in the vehicle's radiator and battery is maintained at the proper level.
- The oil in the vehicle is maintained at the proper level.
- Only the fuel type specified for the vehicle will be used.
- The tires are maintained at their proper pressure.
- Any other service or maintenance procedures outlined by the manufacturer.

© 2014 Packsize

- The vehicle is locked and secure at all times when it is not in use and the keys kept under the operator's personal control at all times.
- Company owned electronic equipment (laptop, iPad, phone) is not left in the cab of an unattended, locked company car.
- The distance recorder or speedometer or any other telemetry and location recording devices are not interfered with.
- No part of the engine, transmission, braking or suspension systems are interfered with.
- Should a warning light be illuminated or the operator believes the vehicle requires mechanical attention, the operator will stop driving and advise Packsize immediately
- Authorized driver carry their driver's license with them in the vehicle at all times and will produce it on demand to any enforcement officer.

## Section 8.11 LIABILITY

The operator is liable for the following when operating the vehicle outside the policy outlined:

- Any loss of, or damage to, the vehicle and its accessories.
- Any consequential damage, loss or costs incurred by Packsize, including salvage costs, loss of Ability to re-use and loss of revenue.
- Any loss of, or damage to, vehicles and property of third parties, arising during the term of use.
- the full $1,000 insurance deductible, increases in insurance premiums, and gas when being driven for personal purposes.
- The vehicle, if operated by any unauthorized individual.

## Section 8.12 TRAFFIC OFFENCES

All penalties related to traffic and/or parking offences are the responsibility of the operator and Packsize may deduct from the operator's monthly compensation for any traffic and/or parking offence infringement fees incurred by the operator. Packsize undertakes, in the event that Packsize receives notice of any traffic or parking offenses incurred by the operator, to send a copy of any such notice to the operator as soon as is practicable and to provide the necessary information to the relevant issuing authority for such notices to be directed to the operator. The operator has the right to challenge, complain about, query or object to the alleged offence to the issuing enforcement authority and has a right to seek a court hearing (within the allotted time according to the issue of the infringement notice).

## Section 8.13 DRIVER'S RECORD

- Any person who wishes to operate a Packsize, LLC owned or leased vehicle must have a current, valid driver's license.
- No one will be allowed to drive for Packsize, LLC with a "probationary," or "junior," license.
- To be considered for employment as a driver of a company owned or leased vehicle, an applicant/employee must also meet the following criteria:

1. No more than two (2) moving violations (e.g., speeding, failure to yield, violating a traffic signal, failure to stop, improper turn, improper lane change, careless driving, following too closely) in the past three (3) years; or

2. No more than two (2) safety belt violations in the past three years; or

3. No more than two (2) at-fault accidents in the past three years; or

4. No more than one (1) moving violation plus two (2) safety belt violations within the past three years; or

5. No more than one (1) at-fault accident plus two (2) other violations in the past three years;

6. Numbers one through five is not a conclusive list of violations that you can be disciplined for.

If an employee falls out of compliance with the above standards they will be subject to discipline, up to and including termination. Additionally, the applicant would not be eligible to drive a company vehicle if any of the following violations appear in the applicant's Motor Vehicle Record (MVR) within the past three (3) years:

- Leaving the scene of an accident
- Reckless driving
- Driving under the influence of, or with ability impaired by, alcohol or drugs
- Hit and run
- Vehicular homicide or assault
- Participating in an unlawful speed contest
- Eluding or attempting to elude a police officer
- This is not an exhaustive list

## Section 8.14 CELLPHONE USE

While the Company provides or authorizes a cellular phone so employees can stay in contact with clients and co-workers, all staff driving on company business are expected to conduct themselves in a safe and legal manner, obeying posted speed limits and obeying all federal, state, and local laws and regulations concerning the use of cellular phones. Employees who are engaging in brief conversations while driving, are expected to keep their eyes on the road, keep the call short, and refrain from discussion of complicated or emotional issues. If a call has the potential to be intense, if traffic conditions are poor, or the employee is driving in an unfamiliar area, the employee must park their vehicles before using their phones.

Under no circumstances are employees allowed to place themselves or others, at risk, to fulfill business needs.

© 2014 Packsize

**Packsize, LLC Drivers:**

Packsize, LLC policy is to comply with all State and Federal rules and regulations. Packsize, LLC does not allow or require its drivers to use a mobile telephone while driving unless using a hands free device.

**Dialing –** A driver is allowed to initiate, answer, or terminate a call by touching a single button on a mobile telephone or on a headset. This action should not require the driver to take his or her eyes off the road. A driver cannot be holding a cellular phone while driving.

**Reaching –** A driver is not to reach for a cellular phone or hands-free device that is done in "an unacceptable and unsafe manner." Examples of this behavior would be reaching for a cellular phone on the passenger seat, under the driver's seat. To be compliant with the rule, a driver must have a cellular phone and /or hands-free device within "close proximity" to his or her person.

**Texting or Emailing While Driving**
The use of texting or emailing while driving is an unsafe driving practice. Packsize, LLC expects its employees to operate vehicles with safety in mind at all times. Therefore, while driving on Company business or in Company vehicles, the driver should not be engaged in any texting or email activity. Should a cell phone alert the driver of an incoming text or email, the driver should safely park the vehicle before reading or responding to the incoming text or email.

Under no circumstances should an employee, while driving, attempt to send or read a text.

## Section 8.15 ACCIDENT REPORTING PROCEDURES FOR DRIVERS

If the vehicle is involved in an accident, is damaged, breaks down or requires repair or salvage, regardless of cause, the operator shall notify the Packsize Fleet Manager of the full circumstances by telephone immediately. The operator shall not arrange or undertake any repairs or salvage without Packsize authority (this includes, but is not limited to, purchasing a replacement tire) except to the extent that repairs or salvage are necessary to prevent further damage to the vehicle or to other property. If the vehicle requires repair or replacement, the decision to supply another vehicle to the operator is at the Company's sole discretion.

- If you are in any type of an accident you must have a police report completed to submit to insurance.
- Immediately stop your vehicle at the scene or as close to it as possible, making sure you are not obstructing traffic.
- Turn on emergency flashers.
- Ensure your own safety first.
- Check for injuries call for assistance if needed. (don't move anyone unless it is a life threatening situation)
- Cooperate with police. (answer their questions, sticking only to FACTS. Don't admit fault, don't apologize, don't explain, don't defend, don't confront.)
- Fill out the accident report that is located in the glove box, and attach a written statement of the accident FACTS and details.
- Collect information, politely ask witnesses to write down their names and addresses and what they say and saw.

- Take pictures of accidents with your disposable camera, take pictures of all vehicles involved in the accident and develop them as soon as possible and send the pictures with your accident report to the fleet manager as soon as possible.
- Report the accident to your manager and fleet manager as soon as possible.
- Any employee involved in a car accident must take a drug and alcohol test.

**Try to get the following information:**
- Details of the other vehicle(s) and registration number(s).
- Name, address and phone number of the other vehicle owner(s) and driver(s).
- Name, address and phone number of any witness(es).
- Name and phone number of other driver(s) insurance company contact information.

**Give the following information:**
- Your name, address and company details.
- Company insurance information. (located on the insurance card in the glove box)
- If you damage another vehicle that is unattended, leave a note on the vehicle with your contact details.

**Contact the police:**
- If there are visible injuries.
- If there is potential injuries.
- In any crash situation.

Note:  When damage is done to a rental car which was secured with the Company Credit Card, the employee has no more than 30 days to call and report the incident before the coverage offered by the Credit Card vendor expires.  Packsize would like the Packsize driver to contact the vendor within 24 hours.

## Section 8.16 ELECTRIC VEHICLE PLUG-IN PROTOCOL

Given our ever increasing electric vehicle fleet and limited number of charging stations at both Salt Lake City locations, the following policy has been created.

1. Plug-in Priority
2. Leaf
3. Volt
4. C-max
5. Prius

**Etiquette**
- Do not unplug another person's all-electric car until it is fully charged (see note below).
- All-electric cars can unplug lower priority cars upon arrival to ensure adequate return range.
- Once your car is charged please move it so others can have access to the charging station.
- Charge your car at home so you don't come to work with an empty charge.
- As always, keep the cars in lease condition.

                                                    © 2014 Packsize

Thank you for helping ensure the success of Packsize leading the electric vehicle revolution. Please address any questions or concerns to the Fleet Manager at the Cowboy Partners office and/or the PackLab & Demo Center Manager.

**Note:** If your car needs to be charged, the universal symbol is to leave your charge door open.  If your charge (plug) door is closed, your car is charged. Other indicators of a fully charged battery are:

- Leaf – Three blue lights on the dashboard are off
- Prius – Orange light next to the plug-in door is off
- Volt – Green light on the dashboard is off

# EXHIBIT B



Britt Zumwalt <britt.zumwalt@packsize.com>

## Re: Upcoming June 12 surgery
1 message

**Noe Madera** <noe.madera@packsize.com>                                          Tue, May 12, 2020 at 8:42 AM
To: Dusan Morgan <dusan.morgan@packsize.com>, Britt Zumwalt <britt.zumwalt@packsize.com>, Cody Hancey
<cody.hancey@packsize.com>

+ Britt and Cody

Hi Dusan,

I hope you are doing fine.
Can I please get more details on what the surgery is for? Is this from an injury, existing condition?

Please let me know.

On Tue, May 12, 2020 at 9:38 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:

Hi Noe,

No idea when the corona pandemic ends but I just got a notice a neurosurgery was scheduled for me for June 12. Trying to pry out
how long I'd be out afterwards, so far the surgeon and his office have been rather vague.
--
Just to keep you in the loop, wil share more details once I have them.

Thanks,
Dusan Morgan
Packsize International



Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.



Spanning Nabu <spanning.nabu@packsize.com>

## For US-based Team Members: Families First Coronavirus Response Act (FFCRA)

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                     Wed, May 27, 2020 at 2:43 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>

Hi Dusan,

Nice speaking with you earlier today. Attached, please find the email regarding the Families First Coronavirus Response Act along with the form you will need to fill out and return to me.  Also included is a document explaining leaves available.  You can find the information on Short Term Disability there.  It includes the phone number for CIGNA.  Below is a summary of what we talked about and the timing.

- 6/8 - 6/12 Required Self-quarantine prior to surgery. If there is work to be done from home these will just be coded regular workdays.  If no work is available,  provided you complete the FFCRA LOA form, attach something from your Dr. requiring the self-quarantine requirement and return to me, you can code 8 hours for these days and use the pay code FF-PSL-EE on your timecard
- 6/12 Surgery (this day will be the start of your 7-day waiting period.  That is 7 calendar days)
- 6/15 - 6/19 - This would have to be your PTO time or unpaid.  I previously thought it would qualify under the FFCRA but once you have your surgery.  It would no longer be an eligible Covid-19 related option.

Let me know if you have any further questions.

Britt Zumwalt
Manager, Human Resources
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---------- Forwarded message ---------
From: **Judy Lawton** <judy.lawton@packsize.com>
Date: Thu, Apr 2, 2020 at 8:55 AM
Subject: For US-based Team Members: Families First Coronavirus Response Act (FFCRA)
To: Judy Lawton <judy.lawton@packsize.com>

[Quoted text hidden]

---

**4 attachments**

 **FFCRA_Poster_WH1422_Non-Federal.pdf**
178K

 **DOL FAQs.docx**
49K

**FMLA-STD-LTD-Family First Act (2).docx**
54K

 **FFCRA Leave of Absence Request-Packsize (2).docx**
65K



Spanning Nabu <spanning.nabu@packsize.com>

---

## Dusan's time for next week

5 messages

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                    Thu, Jun 11, 2020 at 8:56 AM
To: Noe Madera <noe.madera@packsize.com>

Hi Noe,

The time for 6/15 - 6/18 is part of his waiting period before STD kicks in.  Will this time be leave without pay?  I recall Dusan wanting to save PTO for later but not sure what you agreed on.  Please make sure to update his timecard appropriately or let me know and I can.

Thanks.

Britt Zumwalt
Manager, Human Resources
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Noe Madera** <noe.madera@packsize.com>                                    Thu, Jun 11, 2020 at 9:11 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Hi Britt,

I spoke to him and he said that he filled out the paperwork for the COVID-19 allowance as far as days. Did he not?
I told him because he is not trained that there is no Administrative Assignment that he could perform.

Please let me know.

Thanks.
[Quoted text hidden]
--


Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com
[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                                    Thu, Jun 11, 2020 at 9:12 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Also, he was out on 6/5, and all of this week.

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                    Thu, Jun 11, 2020 at 9:48 AM
To: Noe Madera <noe.madera@packsize.com>

Yes, I did get that paperwork and he coded his time this week appropriately.  You want me to use the same for next week?

Britt Zumwalt
Manager, Human Resources
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                    Thu, Jun 11, 2020 at 9:56 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Please do.

[Quoted text hidden]



**Spanning Nabu <spanning.nabu@packsize.com>**

## Surgery
5 messages

**Noe Madera** <noe.madera@packsize.com>                                    Wed, Jul 15, 2020 at 10:02 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

Hey Dusan,

I tried calling you. Just hoping your surgery went well and you are recovering.

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

**Dusan Morgan** <dusan.morgan@packsize.com>                                Wed, Jul 15, 2020 at 11:20 AM
To: Noe Madera <noe.madera@packsize.com>

Hi Noe,

Nice to hear from you again. My phone is mostly off, but I monitor email.

The surgery was a long and risky affair, took almost three hours to complete. Going surgically into the central nervous system, there is always a 50-50 chance of success w. no guarantees. I am just transitioning to physical therapy, still under the care of the operating surgeon. If all goes well, he'll hand me over to the primary care provider after the therapy and the next checkup.

That said, here's an important question I need to ask you - any chance you'd have some lighter duties for me, if the therapy goes well? I am open to suggestions and scenarios, let me know what you think - completion of the multi-week formal training, perhaps?  There are 20 sessions the med. insurance covers, which should more or less coincide with the end of STD period. I am not particularly eager to transition to LTD, unless the lumbar condition leaves me no choice.

Let me know, thanks.
Dusan

On Wed, Jul 15, 2020 at 12:02 PM Noe Madera <noe.madera@packsize.com> wrote:
> Hey Dusan,
>
> I tried calling you. Just hoping your surgery went well and you are recovering.
>
> Noe Madera
> Manager, District Service
> Packsize International
> 3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
> +1-801-875-1571

Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International


ON DEMAND PACKAGING
Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

Noe Madera <noe.madera@packsize.com>                                 Wed, Jul 15, 2020 at 11:55 AM
To: Cody Hancey <cody.hancey@packsize.com>, Britt Zumwalt <britt.zumwalt@packsize.com>

FYI

---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Wed, Jul 15, 2020 at 1:20 PM
Subject: Re: Surgery
To: Noe Madera <noe.madera@packsize.com>

Hi Noe,

Nice to hear from you again. My phone is mostly off, but I monitor email.

The surgery was a long and risky affair, took almost three hours to complete. Going surgically into the central nervous system, there is always a 50-50 chance of success w. no guarantees. I am just transitioning to physical therapy, still under the care of the operating surgeon. If all goes well, he'll hand me over to the primary care provider after the therapy and the next checkup.

That said, here's an important question I need to ask you - any chance you'd have some lighter duties for me, if the therapy goes well? I am open to suggestions and scenarios, let me know what you think - completion of the multi-week formal training, perhaps?  There are 20 sessions the med. insurance covers, which should more or less coincide with the end of STD period. I am not particularly eager to transition to LTD, unless the lumbar condition leaves me no choice.

Let me know, thanks.
Dusan

On Wed, Jul 15, 2020 at 12:02 PM Noe Madera <noe.madera@packsize.com> wrote:
> Hey Dusan,
>
> I tried calling you. Just hoping your surgery went well and you are recovering.
>
> Noe Madera

Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                    Wed, Jul 15, 2020 at 11:59 AM
To: Noe Madera <noe.madera@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Noe,

For your response back to him regarding light duties, once he is released by his doctor to return to work, we would need a release form indicating any restrictions. We could then review and determine if we can make the accommodations.

Thanks.


Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104

**PACKSIZE**
ON DEMAND PACKAGING

Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.


On Wed, Jul 15, 2020 at 11:55 AM Noe Madera <noe.madera@packsize.com> wrote:

FYI

---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Wed, Jul 15, 2020 at 1:20 PM
Subject: Re: Surgery
To: Noe Madera <noe.madera@packsize.com>


Hi Noe,

Nice to hear from you again. My phone is mostly off, but I monitor email.

The surgery was a long and risky affair, took almost three hours to complete. Going surgically into the central nervous system, there is always a 50-50 chance of success w. no guarantees. I am just transitioning to physical therapy, still under the care of the operating surgeon. If all goes well, he'll hand me over to the primary care provider after the therapy and the next checkup.

That said, here's an important question I need to ask you - any chance you'd have some lighter duties for me, if the therapy goes well? I am open to suggestions and scenarios, let me know what you think - completion of the multi-week formal training, perhaps? There are 20 sessions the med. insurance covers, which should more or less coincide with the end of STD period. I am not particularly eager to transition to LTD, unless the lumbar condition leaves me no choice.

Let me know, thanks.
Dusan




On Wed, Jul 15, 2020 at 12:02 PM Noe Madera <noe.madera@packsize.com> wrote:

Hey Dusan,

I tried calling you. Just hoping your surgery went well and you are recovering.

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

**PACKSIZE**
ON DEMAND PACKAGING

Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International


ON DEMAND PACKAGING
Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571


ON DEMAND PACKAGING
Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                     Wed, Jul 15, 2020 at 12:43 PM
To: DM <dm@bestmail.us>

---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Wed, Jul 15, 2020 at 1:20 PM
Subject: Re: Surgery
To: Noe Madera <noe.madera@packsize.com>

Hi Noe,

Nice to hear from you again. My phone is mostly off, but I monitor email.

The surgery was a long and risky affair, took almost three hours to complete. Going surgically into the central nervous system, there is always a 50-50 chance of success w. no guarantees. I am just transitioning to physical therapy, still under the care of the operating

surgeon. If all goes well, he'll hand me over to the primary care provider after the therapy and the next checkup.

That said, here's an important question I need to ask you - any chance you'd have some lighter duties for me, if the therapy goes well? I am open to suggestions and scenarios, let me know what you think - completion of the multi-week formal training, perhaps?  There are 20 sessions the med. insurance covers, which should more or less coincide with the end of STD period. I am not particularly eager to transition to LTD, unless the lumbar condition leaves me no choice.

Let me know, thanks.
Dusan

On Wed, Jul 15, 2020 at 12:02 PM Noe Madera <noe.madera@packsize.com> wrote:
Hey Dusan,

I tried calling you. Just hoping your surgery went well and you are recovering.

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International

Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.



Spanning Nabu <spanning.nabu@packsize.com>

## Partial return to work after Sept 8

2 messages

---

**Dusan Morgan** <dusan.morgan@packsize.com>                    Wed, Aug 19, 2020 at 5:00 AM
To: Noe Madera <noe.madera@packsize.com>, Britt Zumwalt <britt.zumwalt@packsize.com>

Hi Noe,

A quick heads-up. On Sept 8, I have a follow-up w. the original surgeon, after which he hands me over to my PCP and - I hope - also clears me to partial return to work, albeit with likely restrictions. I will share his findings with you and Britt as soon as I have them.
--
Best,

Dusan Morgan
Engineer, Field Service
Packsize International


ON DEMAND PACKAGING

Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Noe Madera** <noe.madera@packsize.com>                    Wed, Aug 19, 2020 at 5:59 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Britt Zumwalt <britt.zumwalt@packsize.com>

Thanks for the update.

[Quoted text hidden]

**ORTHOPEDIC ASSOCIATES OF HARTFORD, P.C.**
31 SEYMOUR ST., SUITE 100, HARTFORD, CT 06106
(860) 549-3210

TO WHOM IT MAY CONCERN: _Dushan Morgan_
_____
NAME

☑ IS ABLE   ☐ IS UNABLE   ☑ TO RETURN TO WORK   ☐ ON   ☐ UNTIL _9/12/20_
DATE

☐ TO RETURN TO GYM

☐ TO RETURN TO ATHLETICS

☑ HE   ☐ SHE   ☑ IS ABLE TO RESUME   ☐ REGULAR   ☑ LIGHT WORK

☑ WITH   ☐ WITHOUT   RESTRICTIONS   ☐ NO BENDING

☐ NO REPETITIVE USE           ☑ NO LIFTING/CARRYING OVER _30 lbs_
☐ NO OVERHEAD ACTIVITY        ☐ NO PUSHING/PULLING OVER _____
☐ NO DRIVING                  _3 days a week_
☐ SEDENTARY DUTY              _6 hrs a day_
_no repetitive bending_        _no driving > 1 hr at a time_
_of back_

_____   _____ M.D.
NEXT APPOINTMENT DATE                    DATE   _9/9/20_



Spanning Nabu <spanning.nabu@packsize.com>

## (no subject)

13 messages

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                        Wed, Sep 9, 2020 at 7:47 AM
To: Dusan Morgan <dusan.morgan@packsize.com>, Noe Madera <noe.madera@packsize.com>

Good morning Dusan,

Just following up with you.  I know you had a scheduled follow-up with your doctor.  Have you been released to return to work? If so, please share with noe and myself your documented release.  This is required before you are able to work.  I received an update from Cigna that your benefit has ended as of September 4, 2020.

Thanks.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104

PACKSIZE®
ON DEMAND PACKAGING
Web: www.packsize.com

How many trees has
your business saved?
#RightSizedPackaging

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                        Wed, Sep 9, 2020 at 1:20 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Hi Britt,

I already emailed Noe about reintegration, albeit with restrictions. Yes, there was a follow-up w. the treating surgeon, today they are mailing the release to me, alas medical establishment does not want to email anything.   As soon as I have it, I scan it and share it with you but in a nutshell, the restrictions mandate only part time work 3 days a week, with no repetitive bending and so loading the spine, no lifting more than 30 Lbs and limit on length of driving when one sits on the butt in semi-prone position.  You'll see it all on the release.

So I will talk to Noe on the phone and try to see how and as of when he could fit me in. Alas, the in-house training is still off limits, which would be great if I could do in the upcoming weeks, but no such luck - still virtual learning only, of which most I have covered already,.

Best,
Dusan

.

[Quoted text hidden]
--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                    Wed, Sep 9, 2020 at 1:42 PM
To: Noe Madera <noe.madera@packsize.com>

Hi Noe,

Let's meet and talk about this.

Thanks.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104

 ON DEMAND PACKAGING

Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                    Thu, Sep 17, 2020 at 3:20 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Hi Britt,

Sorry for the delay, I got the return-to-work note only today in the mail - see attached.. So far, I received no word from Noe, were you able to reach him yourself?

I'd need to talk to you about a provision in the LTD policy that focuses on a specific period of 3 month prior to the policy coming to force, where no LTD benefits are payable if treatment for pre-existing conditions was received in the specified period, in my case Jan 1-March 30.  Mightily confusing, what is the stipulation trying to cover or prevent?  Knowing about pre-existing conditions or receiving treatment for it?  It goes obviously back years, to 2015 when it was diagnosed, but no treatment was received between July 2019 and June 2020 when the surgery was performed. Prior to that it was multiple radiofrequency rhizotomy injections repeated on annual basis, till the condition deteriorated to the degree surgery became unavoidable.

As it is, I currently have no earnings or benefits, as Cigna (once again) put everything on hold, while they investigate whether to enforce the stipulation. Another reason I would like to start working again, albeit with the limitations in the note. Who knows how long Cigna'll take to reach a verdict, which I'll have to appeal if it goes against me. The current restrictions allow three days per week @ 6hrs ea, since I talked the surgeon to expanding the allowed hours. If it was up to him, he would stipulate only 4 hrs per day, three days a week but I figured it may be an unworkable scenario in the current job, hence he relented and allowed the expansion. We'll see how it goes.

Please let me know when we can discuss the pre-existing condition stipulation.

Best,

Dusan Morgan


On Wed, Sep 9, 2020 at 9:48 AM Britt Zumwalt <britt.zumwalt@packsize.com> wrote:
[Quoted text hidden]

--

Dusan Morgan
Engineer, Field Service
Packsize International

**PACKSIZE**
ON DEMAND PACKAGING

Web: www.packsize.com

[Quoted text hidden]

---

📄 **Return to work note from OAH09172020 (1).pdf**
256K

---

**Dusan Morgan** <dusan.morgan@packsize.com>                    Thu, Sep 17, 2020 at 3:21 PM
To: DM <dm@bestmail.us>

---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Thu, Sep 17, 2020 at 5:20 PM
Subject: Re:
To: Britt Zumwalt <britt.zumwalt@packsize.com>

[Quoted text hidden]
[Quoted text hidden]

---

📄 **Return to work note from OAH09172020 (1).pdf**
256K

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                    Thu, Sep 17, 2020 at 5:57 PM
To: Noe Madera <noe.madera@packsize.com>, Cody Hancey <cody.hancey@packsize.com>

Hi Noe,

I have not heard back from you.  Dusan has finally received his release to return to work.  Review the restrictions below and let me know if we are able to accommodate them.  He is out of STD and they are currently reviewing his case for LTD but it isn't guaranteed. If there is work we could have him do on an hourly basis that would at least get him back and earning money and paying his premiums.  I will try and schedule a meeting for us tomorrow if you are available.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104

**PACKSIZE**
ON DEMAND PACKAGING

Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                    Thu, Sep 17, 2020 at 6:05 PM
To: Dusan Morgan <dusan.morgan@packsize.com>

Hi Dusan,

I am going to schedule a meeting with Noe and Cody tomorrow so we can discuss the accommodations.  As far as the coverage and pre-existing conditions, you will need to wait and see what their determination is.  We may need to ask our benefits broker to help us if you have to do an appeal.  It doesn't guarantee anything but sometimes Cigna is more responsive.  I will make sure either Noe or myself get back to you so you can plan for next week.

Thank you for updating me.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104

**PACKSIZE**
ON DEMAND PACKAGING

Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                    Fri, Sep 18, 2020 at 6:39 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Thanks Britt. When talking with Noe and Cody, bring this up please - I am aware it may be difficult to find "light duty" for someone like me that has not yet been fully trained. The pandemic hit just when I was about to go to KY for extended in-house training, and after all courses were turned to virtual ones only, not the best way to learn hands-on techniques necessary for Packsize equipment.  Prior to the disability departure,  Noe kept sending me mainly for installation or engineering changes implementation projects, to work alongside others.  I believe I can do it again, with the exception of M1 installations which is VERY labor-intensive and requires types of movement the doctor tries to prohibit. That I know only too well, since I did such installations twice already. But the rest I believe I can manage. To sum up, if they find lighter duty for me, great. If not, I'll go back to what I was doing before, minus the M1 installations and long distance driving. I am not asking for any special accomodation otherwise, aside from the shortened schedule.

Thanks for understanding,

Dusan

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                    Fri, Sep 18, 2020 at 8:24 AM
To: Noe Madera <noe.madera@packsize.com>, Cody Hancey <cody.hancey@packsize.com>

More information to review for our meeting today.

Thanks.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---------- Forwarded message ----------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Fri, Sep 18, 2020 at 6:39 AM
Subject: Re:
To: Britt Zumwalt <britt.zumwalt@packsize.com>

[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                                    Fri, Sep 18, 2020 at 8:45 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

I thought we have a call on this today?
[Quoted text hidden]
--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com
[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                    Fri, Sep 25, 2020 at 7:20 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>

Hello Dusan,

Just wanted to let you know I was able to meet with Noe, As you have already stated, it is difficult to find work based on your restrictions.  We are still working through the accommodations process and looking at what we can do. I am out of the office today but will follow-up next week when I am back.

Thank you.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                      Fri, Sep 25, 2020 at 12:09 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Britt,

I'll work with you and Noe, surely some sort of compromise can be found, even if it's not always in strict compliance with what the surgeon specified. Like e.g. the repetitive bending - it does not mean I can't bend my spine at all, what it implies is that getting down and up again and again would eventually cause problems. Which is precisely what we have to do during M1 installations, but to a much lesser extent with other types of equipment.

Prior to the surgery I was managing spinal discomfort with painkillers but Noe seemed uncomfortable with the idea. I tend to agree, but it is better now.  Moreover, M1 installations are not the only activities FSE are responsible for. Helping others during installations of other machines (minus the M1s), or doing preventive maintenance, or providing support onsite after installations - those are all tasks I can manage.  Above all, I would also like to finish the training that was cut short by the pandemic.

Mention all this to Noe, please - I wanted to brief him myself but he never called back.  Meanwhile LTD benefits are on hold while Cigna tries to establish whether to pay them, and so far I have no income, either.

Best,
Dusan

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                      Fri, Sep 25, 2020 at 12:11 PM
To: DM <dm@bestmail.us>


---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Fri, Sep 25, 2020 at 2:09 PM
Subject: Re:
To: Britt Zumwalt <britt.zumwalt@packsize.com>


[Quoted text hidden]
[Quoted text hidden]



**Spanning Nabu <spanning.nabu@packsize.com>**

## Reintegration back to work...
3 messages

---

**Dusan Morgan** <dusan.morgan@packsize.com>                         Wed, Sep 9, 2020 at 5:33 AM
To: Noe Madera <noe.madera@packsize.com>

Hi Noe, can we discuss gradual reintegration of my insignificant self back to FSE work activities with Packsize? Perhaps as early as next Monday, if you can organize it. Let me know, I'll call you (and give you some details of the imposed restrictions).

Thanks,

Dusan


Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Noe Madera** <noe.madera@packsize.com>                         Wed, Sep 9, 2020 at 7:55 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

Sounds good, talk to you then.
[Quoted text hidden]
--


Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

ON DEMAND PACKAGING
Web: www.packsize.com
[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                         Thu, Sep 10, 2020 at 8:04 AM
To: Noe Madera <noe.madera@packsize.com>

I tried to reach you Noe but your VM is full. Britt wants me to share restrictions notes from the surgeon with her before returning to work - which I have requested but the med establishment is loath to email anything, so they are mailing it instead. As soon as I have it, I'll scan & share it with Britt and we can talk about a starting date/place. I was hoping it could be as early as next Monday but now it hinges on the surgeon signature and snail mail then, sorry. Looking at the engineering calendar for wks of Sept 14 and 21, I wanted to discuss potential projects where I could rejoin, albeit on shortened hours and days - at least initially.  You'll see it all on the restrictions sheet, or call me and I will give you a scoop - my phone is on again.

Best,
Dusan
[Quoted text hidden]
--
[Quoted text hidden]

**Britt Zumwalt <britt.zumwalt@packsize.com>**

Sep 18, 2020, 8:25 AM  Reply

to Noe, me

More information to review for our meeting today.

Thanks.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Fri, Sep 18, 2020 at 6:39 AM
Subject: Re:
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Thanks Britt. When talking with Noe and Cody, bring this up please - I am aware it may be difficult to find "light duty" for someone like me that has not yet been fully trained. The pandemic hit just when I was about to go to KY for extended in-house training, and after all courses were turned to virtual ones only, not the best way to learn hands-on techniques necessary for Packsize equipment.  Prior to the disability departure,  Noe kept sending me mainly for installation or engineering changes implementation projects, to work alongside others.  I believe I can do it again, with the exception of M1 installations which is VERY labor-intensive and requires types of movement the doctor tries to prohibit. That I know only too well, since I did such installations twice already.

But the rest I believe I can manage. To sum up, if they find lighter duty for me, great. If not, I'll go back to what I was doing before, minus the M1 installations and long distance driving. I am not asking for any special accomodation otherwise, aside from the shortened schedule.

Thanks for understanding,

Dusan

On Thu, Sep 17, 2020 at 8:06 PM Britt Zumwalt <britt.zumwalt@packsize.com> wrote:
Hi Dusan,

I am going to schedule a meeting with Noe and Cody tomorrow so we can discuss the accommodations.  As far as the coverage and pre-existing conditions, you will need to wait and see what their determination is.  We may need to ask our benefits broker to help us if you have to do an appeal.  It doesn't guarantee anything but sometimes Cigna is more responsive.  I will make sure either Noe or myself get back to you so you can plan for next week.

Thank you for updating me.


Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com


**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.


On Thu, Sep 17, 2020 at 3:20 PM Dusan Morgan <dusan.morgan@packsize.com> wrote:
Hi Britt,

Sorry for the delay, I got the return-to-work note only today in the mail - see attached..
So far, I received no word from Noe, were you able to reach him yourself?

I'd need to talk to you about a provision in the LTD policy that focuses on a specific
period of 3 month prior to the policy coming to force, where no LTD benefits are payable
if treatment for pre-existing conditions was received in the specified period, in my case
Jan 1-March 30.  Mightily confusing, what is the stipulation trying to cover or
prevent?  Knowing about pre-existing conditions or receiving treatment for it?  It goes
obviously back years, to 2015 when it was diagnosed, but no treatment was received
between July 2019 and June 2020 when the surgery was performed. Prior to that it was
multiple radiofrequency rhizotomy injections repeated on annual basis, till the condition
deteriorated to the degree surgery became unavoidable.

As it is, I currently have no earnings or benefits, as Cigna (once again) put everything
on hold, while they investigate whether to enforce the stipulation. Another reason I
would like to start working again, albeit with the limitations in the note. Who knows how
long Cigna'll take to reach a verdict, which I'll have to appeal if it goes against me. The
current restrictions allow three days per week @ 6hrs ea, since I talked the surgeon to
expanding the allowed hours. If it was up to him, he would stipulate only 4 hrs per day,
three days a week but I figured it may be an unworkable scenario in the current job,
hence he relented and allowed the expansion. We'll see how it goes.

Please let me know when we can discuss the pre-existing condition stipulation.

Best,

Dusan Morgan

On Wed, Sep 9, 2020 at 9:48 AM Britt Zumwalt <britt.zumwalt@packsize.com> wrote:
Good morning Dusan,

Just following up with you.  I know you had a scheduled follow-up with your
doctor.  Have you been released to return to work? If so, please share with noe and
myself your documented release.  This is required before you are able to work.  I
received an update from Cigna that your benefit has ended as of September 4, 2020.

Thanks.

Britt Zumwalt
Director, HR & People Operations
Packsize International

3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



Spanning Nabu <spanning.nabu@packsize.com>

## No phone discussion on work options?
8 messages

---

**Dusan Morgan** <dusan.morgan@packsize.com>                           Sat, Sep 26, 2020 at 8:05 AM
To: Noe Madera <noe.madera@packsize.com>

Hi Noe,

I was hoping I could brief you over the phone but you never called back.  Can we connect next week, so that I don't have to communicate through Britt?
Surely some sort of compromise can be found, even if it's not always in strict compliance with the surgeon's restrictions.  E.g. the repetitive bending - it does not mean I can't bend my spine at all, what it implies is that getting down and up again and again may cause problems, particularly if lifting heavier stuff. Which is precisely what one has to do during M1 installations, but to a much lesser extent with other types of equipment.  Speaking of which, I have not seen any new M1s being sold around Hartford area anyway.  Hence helping others during installations or moving of other types of machines, or doing preventive maintenance or engineering changes, or providing support onsite after installations - those are all tasks I already did and can manage again.  Above all, I would also like to finish the training that was cut short by the pandemic.

So call me please, I hope it is not something else keeping you from doing so.

Dusan

--


Dusan Morgan
Engineer, Field Service
Packsize International


Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                           Sat, Sep 26, 2020 at 8:06 AM
To: DM <dm@bestmail.us>


---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Sat, Sep 26, 2020 at 10:05 AM
Subject: No phone discussion on work options?
To: Noe Madera <noe.madera@packsize.com>


Hi Noe,

I was hoping I could brief you over the phone but you never called back.  Can we connect next week, so that I don't have to communicate through Britt?
Surely some sort of compromise can be found, even if it's not always in strict compliance with the surgeon's restrictions.  E.g. the repetitive bending - it does not mean I can't bend my spine at all, what it implies is that getting down and up again and again may cause problems, particularly if lifting heavier stuff. Which is precisely what one has to do during M1 installations, but to a much lesser extent with other types of equipment.  Speaking of which, I have not seen any new M1s being sold around Hartford area anyway.  Hence helping others during installations or moving of other types of machines, or doing preventive maintenance or engineering changes, or providing support onsite after installations - those are all tasks I already did and can manage again.  Above all, I would also like to finish the training that was cut short by the pandemic.

So call me please, I hope it is not something else keeping you from doing so.

Dusan

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

**Noe Madera** <noe.madera@packsize.com>                           Sun, Sep 27, 2020 at 2:19 PM
To: Dusan Morgan <dusan.morgan@packsize.com>

I will call you tomorrow.

On Sat, Sep 26, 2020 at 10:05 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
> Hi Noe,
>
> I was hoping I could brief you over the phone but you never called back. Can we connect next week, so that I don't have to communicate through Britt?
> Surely some sort of compromise can be found, even if it's not always in strict compliance with the surgeon's restrictions. E.g. the repetitive bending - it does not mean I can't bend my spine at all, what it implies is that getting down and up again and again may cause problems, particularly if lifting heavier stuff. Which is precisely what one has to do during M1 installations, but to a much lesser extent with other types of equipment. Speaking of which, I have not seen any new M1s being sold around Hartford area anyway. Hence helping others during installations or moving of other types of machines, or doing preventive maintenance or engineering changes, or providing support onsite after installations - those are all tasks I already did and can manage again. Above all, I would also like to finish the training that was cut short by the pandemic.
>
> So call me please, I hope it is not something else keeping you from doing so.
>
> Dusan
>
> --
>
> Dusan Morgan
> Engineer, Field Service

Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                      Tue, Sep 29, 2020 at 6:58 AM
To: Noe Madera <noe.madera@packsize.com>

None attempted.  When exactly do you propose to connect directly, Noe?

On Sun, Sep 27, 2020 at 4:20 PM Noe Madera <noe.madera@packsize.com> wrote:
I will call you tomorrow.

On Sat, Sep 26, 2020 at 10:05 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
Hi Noe,

I was hoping I could brief you over the phone but you never called back.  Can we connect next week, so that I don't have to communicate through Britt?
Surely some sort of compromise can be found, even if it's not always in strict compliance with the surgeon's restrictions.  E.g. the repetitive bending - it does not mean I can't bend my spine at all, what it implies is that getting down and up again and again may cause problems, particularly if lifting heavier stuff. Which is precisely what one has to do during M1 installations, but to a much lesser extent with other types of equipment.  Speaking of which, I have not seen any new M1s being sold around Hartford area anyway.  Hence helping others during installations or moving of other types of machines, or doing preventive maintenance or engineering changes, or providing support onsite after installations - those are all tasks I already did and can manage again. Above all, I would also like to finish the training that was cut short by the pandemic.

So call me please, I hope it is not something else keeping you from doing so.

Dusan

--

Dusan Morgan
Engineer, Field Service
Packsize International

Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International
Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Noe Madera** <noe.madera@packsize.com>                                    Tue, Sep 29, 2020 at 7:02 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

Today.

On Tue, Sep 29, 2020 at 8:58 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
None attempted.  When exactly do you propose to connect directly, Noe?

On Sun, Sep 27, 2020 at 4:20 PM Noe Madera <noe.madera@packsize.com> wrote:
I will call you tomorrow.

On Sat, Sep 26, 2020 at 10:05 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
Hi Noe,

I was hoping I could brief you over the phone but you never called back.  Can we connect next week, so that I don't have to communicate through Britt?
Surely some sort of compromise can be found, even if it's not always in strict compliance with the surgeon's restrictions.  E.g. the repetitive bending - it does not mean I can't bend my spine at all, what it implies is that getting down and up again and again may

cause problems, particularly if lifting heavier stuff. Which is precisely what one has to do during M1 installations, but to a much lesser extent with other types of equipment.  Speaking of which, I have not seen any new M1s being sold around Hartford area anyway.  Hence helping others during installations or moving of other types of machines, or doing preventive maintenance or engineering changes, or providing support onsite after installations - those are all tasks I already did and can manage again. Above all, I would also like to finish the training that was cut short by the pandemic.

So call me please, I hope it is not something else keeping you from doing so.

Dusan

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

**PACKSIZE** ®
ON DEMAND PACKAGING

Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

**Dusan Morgan** <dusan.morgan@packsize.com>                    Tue, Sep 29, 2020 at 7:08 AM
To: Noe Madera <noe.madera@packsize.com>

You and me w/o Britt, please. I want to brief you and also want to hear your opinion. Thanks..

On Tue, Sep 29, 2020 at 9:02 AM Noe Madera <noe.madera@packsize.com> wrote:
Today.

On Tue, Sep 29, 2020 at 8:58 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
None attempted.  When exactly do you propose to connect directly, Noe?

On Sun, Sep 27, 2020 at 4:20 PM Noe Madera <noe.madera@packsize.com> wrote:
I will call you tomorrow.

On Sat, Sep 26, 2020 at 10:05 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
Hi Noe,

I was hoping I could brief you over the phone but you never called back.  Can we connect next week, so that I don't have to communicate through Britt?
Surely some sort of compromise can be found, even if it's not always in strict compliance with the surgeon's restrictions.  E.g. the repetitive bending - it does not mean I can't bend my spine at all, what it implies is that getting down and up again and again may cause problems, particularly if lifting heavier stuff. Which is precisely what one has to do during M1 installations, but to a much lesser extent with other types of equipment.  Speaking of which, I have not seen any new M1s being sold around Hartford area anyway.  Hence helping others during installations or moving of other types of machines, or doing preventive maintenance or engineering changes, or providing support onsite after installations - those are all tasks I already did and can manage again.  Above all, I would also like to finish the training that was cut short by the pandemic.

So call me please, I hope it is not something else keeping you from doing so.

Dusan

--

Dusan Morgan
Engineer, Field Service
Packsize International

**PACKSIZE** ®
ON DEMAND PACKAGING
Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this

transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571


Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International

Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan

Engineer, Field Service
Packsize International



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Noe Madera** <noe.madera@packsize.com>                                    Tue, Sep 29, 2020 at 7:44 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

Sounds good. Just working on expense reports, B&H invoices and KPIs. Busy morning.
I will call you once I catch a break.

On Tue, Sep 29, 2020 at 9:08 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
 You and me w/o Britt, please. I want to brief you and also want to hear your opinion. Thanks..

 On Tue, Sep 29, 2020 at 9:02 AM Noe Madera <noe.madera@packsize.com> wrote:
  Today.

 On Tue, Sep 29, 2020 at 8:58 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
  None attempted.  When exactly do you propose to connect directly, Noe?

  On Sun, Sep 27, 2020 at 4:20 PM Noe Madera <noe.madera@packsize.com> wrote:
   I will call you tomorrow.

   On Sat, Sep 26, 2020 at 10:05 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
    Hi Noe,

    I was hoping I could brief you over the phone but you never called back.  Can we connect next week, so that I don't have to
    communicate through Britt?
    Surely some sort of compromise can be found, even if it's not always in strict compliance with the surgeon's restrictions.
    E.g. the repetitive bending - it does not mean I can't bend my spine at all, what it implies is that getting down and up again
    and again may cause problems, particularly if lifting heavier stuff. Which is precisely what one has to do during M1
    installations, but to a much lesser extent with other types of equipment.  Speaking of which, I have not seen any new M1s
    being sold around Hartford area anyway.  Hence helping others during installations or moving of other types of machines, or
    doing preventive maintenance or engineering changes, or providing support onsite after installations - those are all tasks I
    already did and can manage again.  Above all, I would also like to finish the training that was cut short by the pandemic.

    So call me please, I hope it is not something else keeping you from doing so.

    Dusan

    --

    Dusan Morgan
    Engineer, Field Service
    Packsize International

    How many trees has
    your business saved?
    #RightSizedPackaging

    Web: www.packsize.com

    **Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                          Wed, Sep 30, 2020 at 7:51 AM
To: Noe Madera <noe.madera@packsize.com>

Noted, but nothing again.  Do you really want to engage in a direct discussion, or rather leave resolution to Britt, Noe? Personally I would rather leave HR out of it, but it is your choice so let me know and I'll stop bugging you.

> On Tue, Sep 29, 2020 at 9:44 AM Noe Madera <noe.madera@packsize.com> wrote:
>> Sounds good. Just working on expense reports, B&H invoices and KPIs. Busy morning.
>> I will call you once I catch a break.
>>
>> On Tue, Sep 29, 2020 at 9:08 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
>>> You and me w/o Britt, please. I want to brief you and also want to hear your opinion. Thanks..
>>>
>>> On Tue, Sep 29, 2020 at 9:02 AM Noe Madera <noe.madera@packsize.com> wrote:
>>>> Today.
>>>>
>>>> On Tue, Sep 29, 2020 at 8:58 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
>>>>> None attempted.  When exactly do you propose to connect directly, Noe?
>>>>>
>>>>> On Sun, Sep 27, 2020 at 4:20 PM Noe Madera <noe.madera@packsize.com> wrote:
>>>>>> I will call you tomorrow.
>>>>>>
>>>>>> On Sat, Sep 26, 2020 at 10:05 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
>>>>>>> Hi Noe,
>>>>>>>
>>>>>>> I was hoping I could brief you over the phone but you never called back.  Can we connect next week, so that I don't have to communicate through Britt?
>>>>>>> Surely some sort of compromise can be found, even if it's not always in strict compliance with the surgeon's restrictions. E.g. the repetitive bending - it does not mean I can't bend my spine at all, what it implies is that getting down and up again and again may cause problems, particularly if lifting heavier stuff. Which is precisely what one has to do during M1 installations, but to a much lesser extent with other types of equipment.  Speaking of which, I have not seen any new M1s being sold around Hartford area anyway.  Hence helping others during installations or moving of other types of machines, or doing preventive maintenance or engineering changes, or providing support onsite after installations - those are all tasks I already did and can manage again.  Above all, I would also like to finish the training that was cut short by the pandemic.

So call me please, I hope it is not something else keeping you from doing so.

Dusan

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International

Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera

Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.



Spanning Nabu <spanning.nabu@packsize.com>

## Dusan Morgan
11 messages

**Noe Madera** <noe.madera@packsize.com>
To: Britt Zumwalt <britt.zumwalt@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Britt,

Please see Dusan's message on Slack below,

 **dusan.morgan**  8:25 AM
Hi Noe, please talk to Cody but no rush now - I had an accident on Saturday and dislocated my upper thumb joint - completely.  Surgeon x-ray'd it and then yanked it back but I
moreover banged up after falling from cc 8ft, fortunately no other damage.  Damn it, I wanted to return to work asap, now I have to wait till the thumb heals as I am effectively o
but talk to Cody anyway and let me know.

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571


Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee telephone number listed above, or by reply to this transmission.

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                                          Mon, Oct 12, 2020 at 7:43 AM
To: Noe Madera <noe.madera@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Noe,

Last you and I talked he was returning the 5th.  Did this not happen?

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104

Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

**Noe Madera** <noe.madera@packsize.com>                                                          Mon, Oct 12, 2020 at 7:56 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

It did not. Cody was going to reach out to you for more details.

I am glad he did not. That accident could have been while working on one of our machines. He is really limited.
[Quoted text hidden]
--
[Quoted text hidden]

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                                          Mon, Oct 12, 2020 at 8:59 AM
To: Noe Madera <noe.madera@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Ok, not sure what other details are needed.  My email was pretty comprehensive.  Here's my problem, we are letting him drive what he's doing.  The fact of the matter is, he's out, he's out of STD coverage and currently waiting for LTD determination which has not yet happened.  Now he hurts himself on the weekend and is telling us he can't work.  We expected him back when his doctor released him to do the things he can do within his restrictions prescribed.  This should have happened back in September, however, the communication and responsiveness has really lacked here. We can just ignore him. We need to be responding as the employer and showing we are doing everything we can to accommodate (whatever that looks like) per the ADA.  So I would say now we need more documentation on the current situation.  I will request that from Dusan.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104

Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                                    Mon, Oct 12, 2020 at 9:00 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>, Cody Hancey <cody.hancey@packsize.com>

Hi Dusan,

Sorry to hear this.  Because we had expected you to return to work, we will now need further information regarding this latest incident.  Can you please provide us documentation from the doctor including when you will be able to return to work.

Thank you.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104
**PACKSIZE**
ON DEMAND PACKAGING
Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                                                          Tue, Oct 13, 2020 at 3:37 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Cody Hancey <cody.hancey@packsize.com>

Hi Dusan,

Please respond to Britt's request below. I tried calling you and left you a voicemail earlier today as well.
We need all of the information that you can provide pertaining to this latest incident including a Doctor's note indicating restrictions.

Please provide this information as soon as possible.
[Quoted text hidden]
--
[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                                    Tue, Oct 13, 2020 at 3:49 PM
To: Noe Madera <noe.madera@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Cody Hancey <cody.hancey@packsize.com>

Hi Noe,

Please see below.  I received this fax yesterday afternoon.

**ORTHOPEDIC ASSOCIATES OF HARTFORD, P.C.**
31 SEYMOUR ST., SUITE 100, HARTFORD, CT 06106
(860) 549-3210   f/801-993-7940

Attn: Britt
TO WHOM IT MAY CONCERN:   Dusan Morgan
☑ IS ABLE  ☐ IS UNABLE  ☑ TO RETURN TO WORK  ☑ ON  ☐ UNTIL 10/12/2020
                          ☐ TO RETURN TO GYM
① Hand injury    ☐ TO RETURN TO ATHLETICS

☑ HE  ☐ SHE  ☑ IS ABLE TO RESUME   ☐ REGULAR  ☑ LIGHT WORK
☑ WITH  ☐ WITHOUT   RESTRICTIONS  ☐ NO BENDING
☐ NO REPETITIVE USE              ☐ NO LIFTING/CARRYING OVER ____
☐ NO OVERHEAD ACTIVITY           ☐ NO PUSHING/PULLING OVER ____
☐ NO DRIVING                     ☑ No use L hand
☐ SEDENTARY DUTY                 ☐

10/29/2020                                    10/12/2020

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104
**PACKSIZE**
ON DEMAND PACKAGING
Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                              Tue, Oct 13, 2020 at 3:51 PM
To: Noe Madera <noe.madera@packsize.com>

The latest note was faxed to Britt yesterday, I have a copy. Attached is a summary of my ER visit FYI, the note just says no use the left hand..

Dushan
[Quoted text hidden]
--

Dusan Morgan
Engineer, Field Service
Packsize International

**PACKSIZE**
ON DEMAND PACKAGING

Web: www.packsize.com
[Quoted text hidden]

---

📄 **ER visit summary10132020.pdf**
579K

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                              Tue, Oct 13, 2020 at 3:54 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

That's the one, I have a copy. Attached is also summary of my ER visit and diagnosis.

Dushan
[Quoted text hidden]
--

Dusan Morgan
Engineer, Field Service
Packsize International

**PACKSIZE**
ON DEMAND PACKAGING

Web: www.packsize.com
[Quoted text hidden]

---

📄 **ER visit summary10132020.pdf**
579K

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                              Wed, Oct 14, 2020 at 6:09 AM
To: DM <dm@bestmail.us>

[Quoted text hidden]

---

📄 **ER visit summary10132020.pdf**
579K

---

**Noe Madera** <noe.madera@packsize.com>                                                   Wed, Oct 14, 2020 at 7:32 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

Thank you Dusan. I will give you a call this afternoon to discuss next steps.

[Quoted text hidden]

**Noe Madera <noe.madera@packsize.com>**

Tue, Oct 13, 2020, 3:37 PM, Reply

to Dusan, Britt, me

Hi Dusan,

Please respond to Britt's request below. I tried calling you and left you a voicemail earlier today as well.
We need all of the information that you can provide pertaining to this latest incident including a Doctor's note indicating restrictions.

Please provide this information as soon as possible.

On Mon, Oct 12, 2020 at 11:01 AM Britt Zumwalt <britt.zumwalt@packsize.com> wrote:
Hi Dusan,

Sorry to hear this.  Because we had expected you to return to work, we will now need further information regarding this latest incident.  Can you please provide us documentation from the doctor including when you will be able to return to work.

Thank you.


Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104
Web: www.packsize.com


**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.


---------- Forwarded message ---------
From: **Noe Madera** <noe.madera@packsize.com>
Date: Mon, Oct 12, 2020 at 7:32 AM
Subject: Dusan Morgan
To: Britt Zumwalt <britt.zumwalt@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Britt,

Please see Dusan's message on Slack below,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571
Web: www.packsize.com

---

**ORTHOPEDIC ASSOCIATES OF HARTFORD, P.C.**
31 SEYMOUR ST., SUITE 100, HARTFORD, CT 06106
(860) 549-3210   f/801-993-7940

Attn: Britt

TO WHOM IT MAY CONCERN: _Dusan Morgan_
                                          NAME

☒ IS ABLE   ☐ IS UNABLE  ☒ TO RETURN TO WORK  ☒ ON ☐ UNTIL _10/12/2020_
                                                                                            DATE
                                               ☐ TO RETURN TO GYM
① hand injury                         ☐ TO RETURN TO ATHLETICS

☒ HE   ☐ SHE    ☒ IS ABLE TO RESUME    ☐ REGULAR  ☒ LIGHT WORK
☒ WITH  ☐ WITHOUT   RESTRICTIONS  ☐ NO BENDING
         ☐ NO REPETITIVE USE          ☐ NO LIFTING/CARRYING OVER ____
         ☐ NO OVERHEAD ACTIVITY    ☐ NO PUSHING/PULLING OVER ____
         ☐ NO DRIVING                       ☒ No use ① hand.
         ☐ SEDENTARY DUTY            ☐

_10/29/2020_                                                         _10/12/2020_
NEXT APPOINTMENT DATE                                        DATE

**Dusan Morgan <dusan.morgan@packsize.com>**　　　Nov 2, 2020, 1:49 Re
　　　　　　　　　　　　　　　　　　　　　　　　　　　PM pl
to Britt, me　　　　　　　　　　　　　　　　　　　　　　　　y

Hi Britt,

Last week when the orthopedic staff at OAH removed the cast and stitches after the thumb injury, they set next checkup for Thursday Nov 12. That is by coincidence the same day I am going to see Dr Zhou, surgeon that did the spinal surgery in mid June.  Hence I should be wiser re current and/or ongoing restrictions, the thumb will heal in a few weeks (making me fully two-handed again, I hope ), the post-laminectomy limitations are likely to be trickier and longer lasting. I will also ask Dr. Zhou to update the restrictions note and then share it with you..

Meanwhile I am attaching the last updated note from my last week's checkup with Dr. Bonatempo (the hand surgeon) I saw on 10-29.

Regards,

Dusan Morgan
Engineer, Field Service
Packsize International
Web: www.packsize.com

# ORTHOPEDIC ASSOCIATES OF HARTFORD, P.C.
31 SEYMOUR ST., SUITE 100, HARTFORD, CT 06106
(860) 549-3210

TO WHOM IT MAY CONCERN: Dushan Morgan

NAME

☑ IS ABLE   ☐ IS UNABLE   ☑ TO RETURN TO WORK   ☑ ON ☐ UNTIL   10 29 2020

DATE

☐ TO RETURN TO GYM

☐ TO RETURN TO ATHLETICS

☑ HE   ☐ SHE   ☑ IS ABLE TO RESUME   ☐ REGULAR ☑ LIGHT WORK

☐ WITH   ☐ WITHOUT   RESTRICTIONS   ☐ NO BENDING

☐ NO REPETITIVE USE                   ☐ NO LIFTING/CARRYING OVER _____

☐ NO OVERHEAD ACTIVITY          ☐ NO PUSHING/PULLING OVER _____

☐ NO DRIVING                             ☑ No use (L) hand

☐ SEDENTARY DUTY                    ☐ _____

11 12 2020

NEXT APPOINTMENT DATE

_____ M.D.

DATE   10 29 2020

**Cody Hancey <cody.hancey@packsize.com>**  Tue, Nov 3, 2020, 2:45 PM Reply

to Dusan, Britt, Leigh, Cody

Dusan, thanks for the chat yesterday. I wanted to get a quick recap out to ensure we have a clear strategy for the next 30 days.

Due to injuries and the respective job restrictions, we do not have any field work currently scheduled. This will ensure your safety and hopefully assist in your recovery time. So for the time being, we have you scheduled for hotline support and need you to complete the assigned Bridge courses. Please confirm with Leigh as soon as those courses are completed. We estimate they should be easily completed this week and will plan on you supporting the hotline team as of next week, November 9th. The Engineering Calendar has been updated to reflect this schedule.

Will you please confirm what days you can be scheduled next week assuming Thursday needs to be cleared for your Dr visits? I will set up some time on Friday, the 13th for us to talk through the visits and any update in job restrictions. From there we can determine how to schedule for the remainder of November.

Please let me know if you have any questions.

Thanks,

Cody Hancey
Director, Customer Success/Field Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-243-6023
Web: www.packsize.com

**Cody Hancey <cody.hancey@packsize.com>**

Fri, Nov 13, 2020, 2:05 PM    Reply

to Dusan, Britt, Cody, bcc: Leigh

Dusan,

I left you a VM this morning around 9am. Getting you on the phone has proven to be quite difficult. Is there a better number I can use to reach you?

I need an update from your visits yesterday so Leigh can work on the schedule for next week. I also need a report for your hours this week. Please give me a call when you have a moment.

Also, you have not accepted our meeting on Monday morning. It is set up for 9:30am MST.

Thanks,

Cody Hancey
Director, Customer Success/Field Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-243-6023
Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

**Dusan Morgan <dusan.morgan@packsize.com>**

Fri, Nov 13, 2020, 2:57 PM    Reply

to me

Hi Cody,

Today I was off, just like yesterday, phone is off when I am off. Attaching the notes, FYI.

Yes, I know of the meeting, it's on my schedule.

Dusan

**Britt Zumwalt <britt.zumwalt@packsize.com>**

Nov 16, 2020, 7:21 AM

Re pl y

to me

Hi Cody,

Not sure if you received this or not.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104
Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Fri, Nov 13, 2020 at 9:58 AM
Subject: Updated notes / Cigna
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Hi Britt,

Attached pls see two pairs of notes, previous and updated ones from yesterday's visits, incl. contacts on both doctors.  Though independent of each other, I specifically asked each the same - to relax the restrictions previously imposed and abstain from putting me on "light duty", only writing what limits they see as essential.

Hence "no use of left hand" changed to "limited use of left hand" by Dr. Bonatempo (hand surgeon), incl. 30 Lbs lifting limit. Next checkup is Jan 31.  For Dr Zhou (spinal surgeon), he dismissed the driving limit and daily hours, specifying only "no repetitive bending" and likewise no repetitive lifting over 30 Lbs'. What he left in place are the 3

days per week, as I was asked if I tried the job in the field and whether I can cope, to which I truthfully replied I was not yet sent to any assignment. He encouraged me to try and come back when ready for next evaluation and possible further relaxation.  The date was kept open.  Both docs saw the official job description I shared with them.

I would also like to share their insights - the thumb injury is temporary and in time one regains full use of the left hand. The laminectomy or "decompression" causes permanent spine changes, it aims to relieve pain and restore vital movements but is not a magic bullet to fully heal the root cause, lumbar stenosis.  Still, the way I see it, there is nothing preventing me to shadow other FSEs in the field for now, a vital part of knowledge base one needs for hotline support duties. Every single one of TSRs and FSE's I talked to confirmed spending time in the field is essential for getting familiar with Packsize machinery, w/o which hotline support is a moot point.

Here's a link, FYI. https://www.healthgrades.com/right-care/spine-surgery/laminectomy

Hope it helps, let's discuss on Monday with Cody.   Also let me know if you managed to reach Cigna, as they so far refused to give me an official letter specifying why they denied the new short term benefits (after the hand injury). It is needed for one cumulative appeal I intend to submit for both denials.

Thank you,
Dusan


Dusan Morgan
Engineer, Field Service
Packsize International
+1-860-336-9032
Web: www.packsize.com

## ORTHOPEDIC ASSOCIATES OF HARTFORD, P.C.
31 SEYMOUR ST., SUITE 100, HARTFORD, CT 06106
(860) 549-3210

TO WHOM IT MAY CONCERN: _Dushan Morgan_
NAME

☑ IS ABLE   ☐ IS UNABLE ☑ TO RETURN TO WORK ☑ ON ☐ UNTIL _10/20/20_
DATE

☐ TO RETURN TO GYM

☐ TO RETURN TO ATHLETICS

☑ HE   ☐ SHE   ☑ IS ABLE TO RESUME   ☐ REGULAR ☑ LIGHT WORK

☑ WITH  ☐ WITHOUT   RESTRICTIONS   ☐ NO BENDING

☐ NO REPETITIVE USE            ☑ NO LIFTING/CARRYING OVER _30_ lb

☐ NO OVERHEAD ACTIVITY         ☐ NO PUSHING/PULLING OVER ____

☐ NO DRIVING                   ☑ 3 days a week

☐ SEDENTARY DUTY               ☑ 6 hrs a day
no repetitive bending of back    no driving > 1 hr at a time
                                                           M.D.

_01-26-21_
NEXT APPOINTMENT DATE

_10/20/20_
DATE

---

## ORTHOPEDIC ASSOCIATES OF HARTFORD, P.C.
31 SEYMOUR ST., SUITE 100, HARTFORD, CT 06106
(860) 549-3210

TO WHOM IT MAY CONCERN: _Morgan, Dushan_
NAME

☑ IS ABLE   ☐ IS UNABLE ☐ TO RETURN TO WORK ☐ ON ☐ UNTIL _11/12/20_
DATE

☐ TO RETURN TO GYM

☐ TO RETURN TO ATHLETICS

☑ HE   ☐ SHE   ☑ IS ABLE TO RESUME   ☐ REGULAR ☐ LIGHT WORK

☑ WITH  ☐ WITHOUT   RESTRICTIONS   ☑ NO BENDING

☐ NO REPETITIVE USE            ☑ NO LIFTING/CARRYING OVER _30 lbs_

☐ NO OVERHEAD ACTIVITY         ☐ NO PUSHING/PULLING OVER ____

☐ NO DRIVING                   → repetitively.

☐ SEDENTARY DUTY
                                                           M.D.

_11.12.20_
NEXT APPOINTMENT DATE            DATE

**Hanbing Zhou, M.D.**
**Jason DaCruz, PA-C**
Orthopedic Surgery
Adult Spinal Surgery

ORTHOPEDIC ASSOCIATES
OF HARTFORD, P.C.

**ORTHOPEDIC ASSOCIATES OF HARTFORD, P.C.**
31 SEYMOUR ST., SUITE 100, HARTFORD, CT 06106
(860) 549-3210

TO WHOM IT MAY CONCERN: _Dushan Morgan_
NAME

☒ IS ABLE   ☐ IS UNABLE  ☒ TO RETURN TO WORK  ☒ ON ☐ UNTIL _10/29/2020_
DATE
☐ TO RETURN TO GYM
☐ TO RETURN TO ATHLETICS

☒ HE   ☐ SHE   ☒ IS ABLE TO RESUME   ☐ REGULAR ☒ LIGHT WORK

☐ WITH  ☐ WITHOUT  RESTRICTIONS  ☐ NO BENDING
☐ NO REPETITIVE USE                    ☐ NO LIFTING/CARRYING OVER _____
☐ NO OVERHEAD ACTIVITY            ☐ NO PUSHING/PULLING OVER _____
☐ NO DRIVING                              ☒ No use ⊕ hand
☐ SEDENTARY DUTY                      ☐ _____

_11/12/2020_                              _____ M.D.
NEXT APPOINTMENT DATE               DATE _10/29/2020_

---

**ORTHOPEDIC ASSOCIATES OF HARTFORD, P.C.**
31 SEYMOUR ST., SUITE 100, HARTFORD, CT 06106
(860) 549-3210

TO WHOM IT MAY CONCERN: _DUSHAN MORGAN_
NAME

☒ IS ABLE   ☐ IS UNABLE  ☒ TO RETURN TO WORK  ☒ ON ☐ UNTIL _11/12/20_
DATE
☐ TO RETURN TO GYM
☐ TO RETURN TO ATHLETICS

☒ HE   ☐ SHE   ☒ ABLE TO RESUME   ☐ REGULAR ☐ LIGHT WORK
☒ WITH  ☐ WITHOUT  RESTRICTIONS  ☐ NO BENDING
☐ NO REPETITIVE USE                    ☒ NO LIFTING/CARRYING OVER _30 lbs_ ⊕ HAND
☐ NO OVERHEAD ACTIVITY            ☐ NO PUSHING/PULLING OVER _____
☐ NO DRIVING                              ☒ LIMITED USE LEFT HAND
☐ SEDENTARY DUTY                      ☐ _____

_12/31/20_  _10:15 am_              _____ M.D.
NEXT APPOINTMENT DATE               DATE _11/12/20_

_Nichola A. Bontempo, M.D._
Hand, Wrist and Elbow Surgery

ORTHOPEDIC ASSOCIATES
OF HARTFORD, P.C.                      Office: (860) 549-8282
31 SEYMOUR STREET, SUITE 100       Fax: (860) 244-8824

**Britt Zumwalt <britt.zumwalt@packsize.com>**

Dec 2,
2020, 4:15 Re
PM pl
y

to Dusan, me

Thanks for the information Dusan.  I have called and left a message for Ginny in hope
that we can connect tomorrow morning.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104
Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

On Tue, Dec 1, 2020 at 10:10 AM Dusan Morgan <dusan.morgan@packsize.com>
wrote:
Hi Cody,

I did as much I could, spoke with his office, outlined your questions and different job
profiles, it was taken up with him and the feedback I received was  the restrictions apply
to all jobs I may have, not to any particular one.  His assistant also invited the employer
to contact Dr Zou's office directly, they'd be happy to go over how these restrictions
work once issued.

The OAH number to Dr. Zou is 860 549 8261, Ginny is the assistant.

Hope it helps,
Dusan

On Tue, Dec 1, 2020 at 10:23 AM Cody Hancey <cody.hancey@packsize.com> wrote:
Hey Dusan, it has been a couple weeks. Have you heard from your Dr regarding an
update in restrictions?

On Mon, Nov 16, 2020 at 10:36 AM Cody Hancey <cody.hancey@packsize.com> wrote:
I will ask Leigh to work with Jonathon on the scheduling request. This week will be Wed-Fri and next week will be Mon-Wed. She will communicate specifics shortly.

On Mon, Nov 16, 2020 at 10:27 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:

Cody,

I'll do my best to get Dr. Zou's new and timely opinion based on the new job description.  I do not wish to delay the process more than is necessary, as like anyone else I also need income and livelihood. But that said, I doubt he'll get back to me too quickly, or that his office staff will be willing to answer the new job profile questions. Most likely I'll have to go and see him again, subject to his availability. I'll talk to his office and let you know.

So if it's OK,  I would like to continue with the hotline training meanwhile, the only thing I would ask for this week is to start Wednesday, as tomorrow morning they want to run some additional tests they called in only today (neurology, different med office).

Thank you,

Dusan Morgan
Engineer, Field Service
Packsize International
+1-860-336-9032
Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International
+1-860-336-9032
Web: www.packsize.com

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



December 9, 2020

Dr. Zhou, Orthopedic Associates – Glastonbury
345 Western Blvd
Glastonbury, CT 06033

RE:     Medical Inquiry Form Requested for Dusan Morgan

COMPLETED FORM MUST BE RETURNED TO EMPLOYER BY: <u>DECEMBER 16, 2020</u>

Dear Dr. Zhou:

Packsize LLC and Dusan Morgan are requesting that you provide information regarding two general issues: (a) whether Dusan has a physical or mental impairment that substantially limits one or more major life activities, including any functional limitations associated with such impairment(s), and (b) whether Dusan's impairment limits his ability to perform essential job functions  and suggested accommodations that would enable Dusan to perform the essential functions of his position, Field Service Engineer (see attached job description).

**Dusan's History**
After being released from his surgery and recovery in September, and after review of the restrictions and limits put in place, Packsize reviewed and determined we could accommodate Dusan and allow him to continue doing some required training for his position.  We also had Dusan train to help out in our Hotline group while he was still under restricted duty. To-date Dusan has not yet been released from restricted duty to be able to perform the essential functions of his position.

Please respond fully and completely to the questions below.  Do not provide information that is not related to the employee's ability to perform essential job functions.  Attach additional information if necessary.  In completing this form, you must provide your best medical judgment, based on current information.

Thank you for your assistance.  You can return the completed for me at fax: 801-993-7940.  If you have any questions, please call me at 801-842-4732.

Thank you.

Britt Zumwalt
Director, Human Resources

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



**LIMITED RELEASE OF MEDICAL INFORMATION**

My signature below indicates my limited release of medical information to my employer, Packsize LLC as requested in this letter and as is necessary to assess the availability of reasonable accommodation to me at work.

Signature

_____Date_____

Dusan Morgan

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



**IMPORTANT NOTICE ABOUT GINA**
The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. `Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1. Does the employee have a physical or mental impairment? [California employers should add the statement, "Please do not provide diagnosis."] Please evaluate the employee as if the medical condition was in an active state and without the benefits of medication or other mitigating measures, except ordinary eyeglasses or contact lenses.   ☐ Yes ☐ No

2. If yes, please list the impairment.

3. Does the impairment affect a major life activity?

   ☐ Yes
   ☐ No

4. If yes, check any major life activity or major bodily function that is affected:

| Major life activity: | | | | |
|---|---|---|---|---|
| ☐ Bending | ☐ Hearing | ☐ Reaching | ☐ Speaking | ☐ Other: |
| ☐ Breathing | ☐ Interacting With | ☐ Reading | ☐ Standing | (describe) |
| ☐ Caring For Self | Others | ☐ Seeing | ☐ Thinking | |
| ☐ Concentrating | ☐ Learning | ☐ Sitting | ☐ Walking | |
| ☐ Eating | ☐ Lifting | ☐ Sleeping | ☐ Working | |
| | ☐ Performing Manual | | | |
| | Tasks | | | |

| Major bodily functions: | | | |
|---|---|---|---|
| ☐ Bladder | ☐ Digestive | ☐ Lymphatic | ☐ Reproductive |
| ☐ Bowel | ☐ Endocrine | ☐ Musculoskeletal | ☐ Respiratory |
| ☐ Brain | ☐ Genitourinary | ☐ Neurological | ☐ Special Sense Organs & |
| ☐ Cardiovascular | ☐ Hemic | ☐ Normal Cell Growth | Skin |
| ☐ Circulatory | ☐ Immune | ☐ Operation of an | ☐ Other: (describe) |
| | | Organ | |

3

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



5. If yes, is the employee's ability to perform the major life activity or major bodily function substantially limited [California employers must delete "substantial"] by the impairment compared to an average person in the general population? Substantial limitation means that the employee is restricted as to the condition, manner, or duration under which [she/he] performs the activity.

   □ Yes
   □ No

6. Please indicate how long you anticipate this impairment will substantially limit the major life activity or major bodily function.

To help you better understand the employee's job, let me describe the position. Dusan was hired as a Field Service Engineer. Field Engineers will travel to customer locations to install, maintain and support Packsize equipment as well as build and maintain customer relationships by effectively servicing the equipment. This individual must understand the needs of the customer, work proactively and efficiently to meet those needs, and provides 5-Star customer service by proactively visiting or calling customers to ensure they are fully satisfied with the Packsize equipment, process flow, packaging designs, and service.

Please review the attached job description for a description of the essential functions of that position. Please contact me with any questions about the employee's job.

7. Does the employee's impairment substantially limit the ability to perform the essential job functions identified above and in the attached job description?

   □ Yes
   □ No

8. If yes, what essential job function(s) are substantially limited?

9. How does the impairment substantially limit the employee's ability to perform the essential job function(s)?



International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com

10. Can you identify a reasonable accommodation that may enable the employee to perform the essential job function(s)? (Examples of potential accommodation include restructuring a job, modification of work tools or equipment, a modified work schedule, or provision of qualified readers or interpreters.)

☐ Yes
☐ No

11. If yes, please provide specific examples of accommodations that may enable the employee to perform the essential job function(s), or that may overcome an identified barrier in the workplace associated with the impairment.

12. How will the accommodation assist the employee to perform the essential job function(s)?

13. How long do you anticipate the employee will need the accommodation?

Thank you for your professional attention to this matter. Please assist us further by signing below to indicate that you have personally evaluated the employee and reviewed the attached medical information and job description.

_____

Health Care Provider                    Date

_____

Print name and title



# JOB DESCRIPTION:  Field Service Engineer

**Job Summary:**
The field service engineer is responsible for building and maintaining customer relationships by effectively servicing equipment.  He/she travels to a customer location to install, maintain, and troubleshoot Packsize equipment.  He/she understands the needs of the customer and works proactively and efficiently to meet those needs.

**Essential Duties and Responsibilities:**
- Identify and diagnose problems with little information remotely and on location. Problem-solving tasks may include resolving mechanical/software issues; resolving operating system bugs; and reinstalling software or hardware.
- Utilize math skills (specifically geometry) to create packaging designs and efficient machine operation through simplifying the design matrix.
- Schedule and perform preventative maintenance on machinery as required; report back on issues, orders and parts needed.
- Enhance the customer's positive experience with Packsize by recognizing their needs and providing solutions that meet and often surpass those needs.
- Train customer on machine operation and lean principle implementation with the end goal of the Packsize equipment operating at optimum capacity for customer efficiency.
- Prioritize and manage own travel schedule, visiting customers in designated region. Make sure machinery is in great working order and that the customers have designs and software updates as needed.
- During some weeks, serve as the first to be deployed to address customer on-site emergencies; making it necessary to quickly reschedule previously planned work activity.
- Communicate effectively both internally and externally, utilizing CRM system to document actions and item performed, schedule future preventive maintenance needs, and other engineering functions.
- Update online database system in a timely manner to facilitate the flow of machine data and dashboard reporting.

**Experience and Education Required:**
- Bachelor's degree in a related discipline is preferred.
- Experience with servo drives, pneumatic systems, 480 3 phase power (knowledge of), and setup of machinery and corresponding accessories.
- Experience with Windows and PLCs. Ability to troubleshoot PC errors and PLC functions remotely and on location.
- Experience with Windows based computing.
- Excellent work ethic and time management skills, accessible via telephone, and promptly returns email and phone messages.
- Experience in lean manufacturing and batch production preferred.
- Must become familiar with the Packsize sales strategy.

Packsize International LLC 2012

**Physical Demands and Working Conditions:**

- Ability to lift 75 pounds frequently.
- 75% travel amongst a region of states is common and can be more or less.
- Must have a valid driver's license and clean driving record as company car is provided.

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



December 10, 2020


Dr. John Schiffendecker
Pro Health Physicians
Vernon, CT 06066

RE:     Medical Inquiry Form Requested for Dusan Morgan

COMPLETED FORM MUST BE RETURNED TO EMPLOYER BY: <u>DECEMBER 16, 2020</u>

Dear Dr. Schiffendecker:

Packsize LLC and Dusan Morgan are requesting that you provide information regarding two general issues: (a) whether Dusan has a physical or mental impairment that substantially limits one or more major life activities, including any functional limitations associated with such impairment(s), and (b) whether Dusan's impairment limits his ability to perform essential job functions  and suggested accommodations that would enable Dusan to perform the essential functions of his position, Field Service Engineer (see attached job description).

**Dusan's History**
After being released from his surgery and recovery in September, and after review of the restrictions and limits put in place, Packsize reviewed and determined we could accommodate Dusan and allow him to continue doing some required training for his position.  We also had Dusan train to help out in our Hotline group while he was still under restricted duty. To-date Dusan has not yet been released from restricted duty to be able to perform the essential functions of his position.

Please respond fully and completely to the questions below.  Do not provide information that is not related to the employee's ability to perform essential job functions.  Attach additional information if necessary.  In completing this form, you must provide your best medical judgment, based on current information.

Thank you for your assistance.  You can return the completed for to me at fax: 801-993-7940.  If you have any questions, please call me at 801-842-4732.

Thank you.

Britt Zumwalt
Director, Human Resources

1

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT  84104
+1 801.944.4814
Packsize.com



## LIMITED RELEASE OF MEDICAL INFORMATION

My signature below indicates my limited release of medical information to my employer,
Packsize LLC as requested in this letter and as is necessary to assess the availability of
reasonable accommodation to me at work.

Signature

_____Date_____
Dusan Morgan

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT  84104
+1 801.944.4814
Packsize.com



IMPORTANT NOTICE ABOUT GINA

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. `Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1.  Does the employee have a physical or mental impairment? [California employers should add the statement, "Please do not provide diagnosis."] Please evaluate the employee as if the medical condition was in an active state and without the benefits of medication or other mitigating measures, except ordinary eyeglasses or contact lenses.     ☐ Yes ☐ No

2.  If yes, please list the impairment.

3.  Does the impairment affect a major life activity?

    ☐ Yes
    ☐ No

4.  If yes, check any major life activity or major bodily function that is affected:

| Major life activity: | | | | | |
|---|---|---|---|---|---|
| ☐ Bending | ☐ Hearing | ☐ Reaching | ☐ Speaking | ☐ Other: |
| ☐ Breathing | ☐ Interacting With | ☐ Reading | ☐ Standing | (describe) |
| ☐ Caring For Self | Others | ☐ Seeing | ☐ Thinking | |
| ☐ Concentrating | ☐ Learning | ☐ Sitting | ☐ Walking | |
| ☐ Eating | ☐ Lifting | ☐ Sleeping | ☐ Working | |
| | ☐ Performing Manual | | | |
| | Tasks | | | |

| Major bodily functions: | | | |
|---|---|---|---|
| ☐ Bladder | ☐ Digestive | ☐ Lymphatic | ☐ Reproductive |
| ☐ Bowel | ☐ Endocrine | ☐ Musculoskeletal | ☐ Respiratory |
| ☐ Brain | ☐ Genitourinary | ☐ Neurological | ☐ Special Sense Organs & |
| ☐ Cardiovascular | ☐ Hemic | ☐ Normal Cell Growth | Skin |
| ☐ Circulatory | ☐ Immune | ☐ Operation of an | ☐ Other: (describe) |
| | | Organ | |

3

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT  84104
+1 801.944.4814
Packsize.com



5. If yes, is the employee's ability to perform the major life activity or major bodily function substantially limited [California employers must delete "substantial"] by the impairment compared to an average person in the general population? Substantial limitation means that the employee is restricted as to the condition, manner, or duration under which [she/he] performs the activity.

   ☐ Yes
   ☐ No

6. Please indicate how long you anticipate this impairment will substantially limit the major life activity or major bodily function.

To help you better understand the employee's job, let me describe the position. Dusan was hired as a Field Service Engineer. Field Engineers will travel to customer locations to install, maintain and support Packsize equipment as well as build and maintain customer relationships by effectively servicing the equipment.  This individual must understand the needs of the customer, work proactively and efficiently to meet those needs, and provides 5-Star customer service by proactively visiting or calling customers to ensure they are fully satisfied with the Packsize equipment, process flow, packaging designs, and service.

Please review the attached job description for a description of the essential functions of that position. Please contact me with any questions about the employee's job.

7. Does the employee's impairment substantially limit the ability to perform the essential job functions identified above and in the attached job description?

   ☐ Yes
   ☐ No

8. If yes, what essential job function(s) are substantially limited?

9. How does the impairment substantially limit the employee's ability to perform the essential job function(s)?

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT  84104
+1 801.944.4814
Packsize.com



10. Can you identify a reasonable accommodation that may enable the employee to perform the essential job function(s)? (Examples of potential accommodation include restructuring a job, modification of work tools or equipment, a modified work schedule, or provision of qualified readers or interpreters.)

☐ Yes
☐ No

11. If yes, please provide specific examples of accommodations that may enable the employee to perform the essential job function(s), or that may overcome an identified barrier in the workplace associated with the impairment.

12. How will the accommodation assist the employee to perform the essential job function(s)?

13. How long do you anticipate the employee will need the accommodation?

Thank you for your professional attention to this matter. Please assist us further by signing below to indicate that you have personally evaluated the employee and reviewed the attached medical information and job description.

_____
Health Care Provider                                                Date

_____
Print name and title



## JOB DESCRIPTION:  Field Service Engineer

**Job Summary:**
The field service engineer is responsible for building and maintaining customer relationships by effectively servicing equipment.  He/she travels to a customer location to install, maintain, and troubleshoot Packsize equipment.  He/she understands the needs of the customer and works proactively and efficiently to meet those needs.

**Essential Duties and Responsibilities:**
- Identify and diagnose problems with little information remotely and on location. Problem-solving tasks may include resolving mechanical/software issues; resolving operating system bugs; and reinstalling software or hardware.
- Utilize math skills (specifically geometry) to create packaging designs and efficient machine operation through simplifying the design matrix.
- Schedule and perform preventative maintenance on machinery as required; report back on issues, orders and parts needed.
- Enhance the customer's positive experience with Packsize by recognizing their needs and providing solutions that meet and often surpass those needs.
- Train customer on machine operation and lean principle implementation with the end goal of the Packsize equipment operating at optimum capacity for customer efficiency.
- Prioritize and manage own travel schedule, visiting customers in designated region. Make sure machinery is in great working order and that the customers have designs and software updates as needed.
- During some weeks, serve as the first to be deployed to address customer on-site emergencies; making it necessary to quickly reschedule previously planned work activity.
- Communicate effectively both internally and externally, utilizing CRM system to document actions and item performed, schedule future preventive maintenance needs, and other engineering functions.
- Update online database system in a timely manner to facilitate the flow of machine data and dashboard reporting.

**Experience and Education Required:**
- Bachelor's degree in a related discipline is preferred.
- Experience with servo drives, pneumatic systems, 480 3 phase power (knowledge of), and setup of machinery and corresponding accessories.
- Experience with Windows and PLCs. Ability to troubleshoot PC errors and PLC functions remotely and on location.
- Experience with Windows based computing.
- Excellent work ethic and time management skills, accessible via telephone, and promptly returns email and phone messages.
- Experience in lean manufacturing and batch production preferred.
- Must become familiar with the Packsize sales strategy.

**Physical Demands and Working Conditions:**
- Ability to lift 75 pounds frequently.
- 75% travel amongst a region of states is common and can be more or less.
- Must have a valid driver's license and clean driving record as company car is provided.



Britt Zumwalt <britt.zumwalt@packsize.com>

---

## Medical Inquiry Needed
14 messages

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                    Wed, Dec 9, 2020 at 3:42 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>
Bcc: Britt Zumwalt <britt.zumwalt@packsize.com>

Hello Dusan,

Please find the letter attached that we spoke about on the phone an hour ago.  Please note this letter includes a *Limited Release of Medical Information* you will need to sign (page 2). The following pages are questions Dr. Zhou will need to complete and sign (pages 3-5) and the job description for the position you were hired for (pages 6-7).  Please provide your provider with the full packet and not the date listed the **completed form must be returned to us by December 16, 2020.**

Thank you.


Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

📄 **Morgan, Dusan - Medical Inquiry 120920.pdf**
299K

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                    Thu, Dec 10, 2020 at 7:03 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Hi Britt,

I'll have the letter and attached questionnaire reviewed, then I'll promptly get it to several doctors, not just to Dr Zhou. But I noticed that the attached job profile is missing a crucial line or two - the back-breaking labors happen mainly during Packsize machinery installations, not so much during preventive maintenance or servicing.  I experienced it firsthand during double M1 installations I did back in April and May before the surgery. It required heavy loads lifting, repetitive ladder climbing, innumerable bending or getting down on knees & back up - precisely the type of activities the surgeon wants me to avoid. .  Can you add it there, or make an annotation?  Since the questionnaire is referring to the attached job profile, it should be included therein.

Thank you.

Dusan
[Quoted text hidden]
--


Dusan Morgan
Engineer, Field Service
Packsize International
+1-860-336-9032



Web: www.packsize.com

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                      Thu, Dec 10, 2020 at 7:55 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Hi Dusan,

This is our job description so please use as is.  This doesn't need to go to several doctors, just Dr. Zhou who it is addressed to.

Thanks.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                      Thu, Dec 10, 2020 at 1:09 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Dr Zou is an orthopedic surgeon at OAH but doesn't know about other limiting ailments. Please prepare one more letter addressed to Dr. Schiffendecker, who is my PCP and where copies from others congregate, incl. Dr Zou's. I'll supplement the job description myself as it does not fully cover reality and doctors need to see what is typically required from an FSE.

Dr, John Schiffendecker
Pro Health Physicians
Vernon, CT 06066
P 860 875 6700; Fax 860 870 6140

Best,

Dusan

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                      Thu, Dec 10, 2020 at 1:44 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Dusan,

This is the first I am hearing about an additional Dr.  We have not seen any restrictions or notes from your Dr. Schiffendecker that I'm aware of.  We are currently looking for more information from Dr. Zhou who currently has you released on restricted duty.

Thanks.

Britt Zumwalt
Director, HR & People Operations

Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                        Thu, Dec 10, 2020 at 1:55 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

You didn't hear from Dr Schiffendecker because he didn't do the spinal surgery, but he's the main PCP and gets copies from other med professionals, incl. Dr Zou's. I could have easily asked him to issue the restrictions under his own authority, but at that time it was more convenient to ask directly Dr Zou with whom I had scheduled follow-ups. Please prepare the 2nd letter, I already talked to Dr Schiffedecker's office and can drop it off there tomorrow.   It's just a minor alteration.

Thanks,

Dusan

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                        Thu, Dec 10, 2020 at 3:20 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Please see attached.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

📄 **Medical Inquiry Form 2 - Dusan Morgan.pdf**
246K

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                        Tue, Dec 15, 2020 at 5:03 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Britt,

Both inquiries were shared with the resp. medical offices. On Monday I verified they both received them. Both promised to complete & send them directly back, but on their own schedule, typically 10-14 days. Neither would commit to any specific date, because of covid and upcoming holidays.

I am off but will occasionally peek at emails, let me know when you receive one or both.

Thanks,
Dusan

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                    Thu, Dec 17, 2020 at 11:02 AM
To: Cody Hancey <cody.hancey@packsize.com>

See below

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                    Thu, Dec 17, 2020 at 5:07 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>
Bcc: Kellen Frey <kellen.frey@packsize.com>

Hello  Dusan,

I am just following up, we have not yet received the information back from your doctors.  We did ask for this to be returned to us by December 16, 2020. We have continued to ask you for updated information from your doctor on when you will be released to do the essential functions of your job and have not received it.  We are at the point where we need to make a determination on the continuance of your accommodation. Please follow-up with your doctors and request they fax the information to me asap.  If we do not receive the requested information, we will review and make the determination based on what we currently have.

Thank you.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                      Sat, Dec 19, 2020 at 7:44 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

I do not have any authority over the medical staff in either office, Britt.  If you think we can push them to do it faster, let me know how but I have already done all I could. The rest is in their hands - both promised to send the docs directly back to you, not through me.  Which means you'll receive the info you seek based on their own schedule they typically follow to process such requests.

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                      Mon, Dec 21, 2020 at 10:04 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Thanks.  I'll keep an eye out for their return fax.


Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104

**PACKSIZE®**
ON DEMAND PACKAGING

Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                      Sat, Dec 26, 2020 at 7:17 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

I did follow up again with both offices, just before Christmas. Neither has completed it yet, despite promising so. The docs have been assigned to specific MD assistants though. They will do it but both Covid and holidays play a role in their priorities, I was told.

Dusan

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                      Mon, Dec 28, 2020 at 7:49 AM
To: Cody Hancey <cody.hancey@packsize.com>

FYI

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104

**PACKSIZE®**
ON DEMAND PACKAGING

Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Sat, Dec 26, 2020 at 7:17 AM
Subject: Re: Medical Inquiry Needed
To: Britt Zumwalt <britt.zumwalt@packsize.com>


[Quoted text hidden]



Britt Zumwalt <britt.zumwalt@packsize.com>

---

**Documents following phone call**

---

**DM Gmail** <d1191962@gmail.com>                          Wed, Dec 30, 2020 at 3:24 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

I am missing an official termination notice, Britt. When, why. Unemployment office will ask for it when filing a claim, moreover in according to CT labor law you are obliged to provide one.

Dushan

[Quoted text hidden]

---

 Virus-free. www.avast.com

---

 **2014-R-0032-3.pdf**
112K



Britt Zumwalt <britt.zumwalt@packsize.com>

---

**Documents following phone call**

---

**DM Gmail** <d1191962@gmail.com>                                      Thu, Dec 31, 2020 at 1:44 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Britt,

I was asking about a separate, official termination letter or notice of the type CT law calls for (see attached).  You sent an employee yesterday to trespass ambush-style on my property and I could have chased him away or called cops on him.  Instead I eventually complied and sent him on his way with the company car Cody was so weepy about. So do me a favor and write a letter that you terminated the employment for such and such reason. That's the least you can do, had I known yesterday about your procrastination to produce one,  Lakin would be waiting here till you did.

[Quoted text hidden]

---

 **2014-R-0032-3.pdf**
112K



Britt Zumwalt <britt.zumwalt@packsize.com>

---

## Documents following phone call

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                    Thu, Dec 31, 2020 at 8:03 AM
To: DM Gmail <d1191962@gmail.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Hello,

We typically complete the forms when the unemployment agencies send them to us, however, I am happy to help you expedite the process and will complete the form and return to you later this morning.

Thank you.

Britt Zumwalt
801-842-4732
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]



Britt Zumwalt <britt.zumwalt@packsize.com>

---

## Documents following phone call

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                      Thu, Dec 31, 2020 at 9:21 AM
To: DM Gmail <d1191962@gmail.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Hello Dusan,

Please see attached packet attached, the full blank document, and the UC-61 completed document.

Thank you.

Britt Zumwalt
801-842-4732
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**2 attachments**



**CT Unemployment UC61.jpg**
3451K

**UC-62TwithBabel3-2020.pdf**
1112K

---------- Forwarded message ---------
From: **DM Gmail** <d1191962@gmail.com>
Date: Thu, Dec 31, 2020 at 1:44 PM
Subject: RE: Documents following phone call
To: Britt Zumwalt <britt.zumwalt@packsize.com>
CC: Cody Hancey <cody.hancey@packsize.com>

Britt,

I was asking about a separate, official termination letter or notice of the type CT law calls for (see attached). You sent an employee yesterday to trespass ambush-style on my property and I could have chased him away or called cops on him. Instead I eventually complied and sent him on his way with the company car Cody was so weepy about. So do me a favor and write a letter that you terminated the employment for such and such reason. That's the least you can do, had I known yesterday about your procrastination to produce one,  Lakin would be waiting here till you did.

Dushan

**From:** Britt Zumwalt [mailto:britt.zumwalt@packsize.com]
**Sent:** Thursday, December 31, 2020 10:03 AM
**To:** DM Gmail
**Cc:** Cody Hancey
**Subject:** Re: Documents following phone call

Hello,

We typically complete the forms when the unemployment agencies send them to us, however, I am happy to help you expedite the process and will complete the form and return to you later this morning.

Thank you.

Britt Zumwalt
801-842-4732
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104
Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

On Wed, Dec 30, 2020 at 3:24 PM DM Gmail <d1191962@gmail.com> wrote:
I am missing an official termination notice, Britt. When, why. Unemployment office will ask for it when filing a claim, moreover in according to CT labor law you are obliged to provide one.


Dushan


**From:** Britt Zumwalt [mailto:britt.zumwalt@packsize.com]
**Sent:** Wednesday, December 30, 2020 4:14 PM
**To:** d1191962@gmail.com
**Cc:** Cody Hancey
**Subject:** Documents following phone call

Hello Dusan,

Here are the documents as a follow-up to our call.  Please review and let me know if you have any questions.
1. Paycheck for 12/31 will be deposited as normal.  It includes all hours worked and any eligible PTO.
2. Separation Agreement - Take up to 21 days to review. Signed document to be sent to britt.zumwalt@packsize.com
3. Benefits at Departure - This talks through what happens with your benefits at departure. COBRA paperwork will be sent from APA Benefits in the mail usually within 7-10 days.
4. Key Contact Information for Insurance Carriers
5. 2021 Benefits Rates (for COBRA it would be full monthly premium plus a 3% administrative fee)
6. Signed Confidentiality, Non-compete, Inventions Agreements (these are the agreements you signed when hired)

Thank you.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104
Web: www.packsize.com



Britt Zumwalt <britt.zumwalt@packsize.com>

## Returning Packsize Asetts / Collection Modus Operandi

**DM Gmail** <d1191962@gmail.com>                                                    Thu, Jan 21, 2021 at 1:09 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>
Cc: Laurie Davis <laurie.davis@packsize.com>, hanko.kiessner@packsize.com, lakin.odusami@packsize.com,
tyrek.parham@packsize.com, leigh.schuckert@packsize.com

Attn: Britt Zumwalt, Packsize llc HR Manager


Britt:


21  days passed today, your attached offer of  *"silence money"* for terminating a physically handicapped person was not taken up.
Hence please communicate to the Packsize management employee below he's hardly in a position to issue any further commands
or time limits. The remaining assets will be returned whenever the company wants them and can arrange pickup, but in line with
the firm's management-demonstrated modus operandi, it'll be handed over to a Packsize employee of your choice who can collect
the lot at my residence. This time, hopefully, without illegally trespassing on my property, i.e. unannounced and ambush-style,
which transpired when the below mentioned individual dispatched two company goons to collect an initial batch of items on Jan
30, around 3PM.


A note: The below mentioned employee is apparently so short on foresight that it never occurred to him the two intruders could
have gotten hurt during their illegal entry and trespassing, should I have chosen to defend my house against two masked men that
drove up unexpected and unannounced to my house in the woods, in unmarked car, using a long and private driveway.  Hence
please let me know who will be specifically dispatched next time and when,  so that I know of his/her arrival beforehand and can
have the remaining assets ready to be handed over. My contact is below.


Regards,


Dushan Morgan

d1191962@gmail.com

Cell:  860 849 5030



------------------------------------------------------------------------------------------------------------------------------------------------
----------------------------------------------------------

**From:** Cody Hancey [mailto:cody.hancey@packsize.com]
**Sent:** Thursday, January 07, 2021 3:58 PM
**To:** d1191962@gmail.com
**Cc:** Britt Zumwalt; Cody Hancey
**Subject:** Packsize Assets Return Label


Dusan,

I have not yet received your Packsize laptop and cell phone returned to HQ. I have included a UPS label that can be used to send back these items. These items should be sufficiently wrapped to protect from damage during transit and the spec'd box size allows for some protective material to be used.

Please initiate the shipment by next Wednesday, the 13th.

Thanks,

Cody Hancey

Packsize International

3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA

+1-801-243-6023



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

   Virus-free. www.avast.com

 **Termination Letter.pdf**
600K



Britt Zumwalt <britt.zumwalt@packsize.com>

---

## Checking in
1 message

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                    Thu, Jan 21, 2021 at 8:55 AM
To: DM Gmail <d1191962@gmail.com>

Good morning,

Just checking in to see if you had any questions or follow-up.

Thanks.


Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



**IMPORTANT NOTICE ABOUT GINA**

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1. Does the employee have a physical or mental impairment? [California employers should add the statement, "Please do not provide diagnosis."] Please evaluate the employee as if the medical condition was in an active state and without the benefits of medication or other mitigating measures, except ordinary eyeglasses or contact lenses.   ☐ Yes ☐ No

2. If yes, please list the impairment.

   *low back pain*

3. Does the impairment affect a major life activity?

   ☒ Yes
   ☐ No

4. If yes, check any major life activity or major bodily function that is affected:

| Major life activity: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Bending | ☐ Hearing | | ☐ Reaching | | ☐ Speaking | | ☐ Other: |
| ☐ Breathing | ☐ Interacting With | | ☐ Reading | | ☐ Standing | | (describe) |
| ☐ Caring For Self | Others | | ☐ Seeing | | ☐ Thinking | | |
| ☐ Concentrating | ☐ Learning | | ☐ Sitting | | ☐ Walking | | |
| ☐ Eating | ☒ Lifting | | ☐ Sleeping | | ☐ Working | | |
| | ☐ Performing Manual | | | | | | |
| | Tasks | | | | | | |

| Major bodily functions: | | | | | |
|---|---|---|---|---|---|
| ☐ Bladder | ☐ Digestive | ☐ Lymphatic | ☐ Reproductive |
| ☐ Bowel | ☐ Endocrine | ☐ Musculoskeletal | ☐ Respiratory |
| ☐ Brain | ☐ Genitourinary | ☐ Neurological | ☐ Special Sense Organs & |
| ☐ Cardiovascular | ☐ Hemic | ☐ Normal Cell Growth | Skin |
| ☐ Circulatory | ☐ Immune | ☐ Operation of an | ☐ Other: (describe) |
| | | Organ | |

3

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



5. If yes, is the employee's ability to perform the major life activity or major bodily function substantially limited [California employers must delete "substantial"] by the impairment compared to an average person in the general population? Substantial limitation means that the employee is restricted as to the condition, manner, or duration under which [she/he] performs the activity.

☒ Yes
☐ No

6. Please indicate how long you anticipate this impairment will substantially limit the major life activity or major bodily function.

    unknown -will follow up in 3 months

To help you better understand the employee's job, let me describe the position. Dusan was hired as a Field Service Engineer. Field Engineers will travel to customer locations to install, maintain and support Packsize equipment as well as build and maintain customer relationships by effectively servicing the equipment. This individual must understand the needs of the customer, work proactively and efficiently to meet those needs, and provides 5-Star customer service by proactively visiting or calling customers to ensure they are fully satisfied with the Packsize equipment, process flow, packaging designs, and service.

Please review the attached job description for a description of the essential functions of that position. Please contact me with any questions about the employee's job.

7. Does the employee's impairment substantially limit the ability to perform the essential job functions identified above and in the attached job description?

☒ Yes
☐ No

8. If yes, what essential job function(s) are substantially limited?

    no lifting over 50 lbs

9. How does the impairment substantially limit the employee's ability to perform the essential job function(s)?

    only lifting restricting - no lifting over 50 lbs

4



International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com

10. Can you identify a reasonable accommodation that may enable the employee to perform the essential job function(s)? (Examples of potential accommodation include restructuring a job, modification of work tools or equipment, a modified work schedule, or provision of qualified readers or interpreters.)

☑ Yes
☐ No

11. If yes, please provide specific examples of accommodations that may enable the employee to perform the essential job function(s), or that may overcome an identified barrier in the workplace associated with the impairment.

*ability to lift 50 lbs frequently*

12. How will the accommodation assist the employee to perform the essential job function(s)?

*pt only has restrictions with lifting*

13. How long do you anticipate the employee will need the accommodation?

*pt will follow up in 3 months*

Thank you for your professional attention to this matter. Please assist us further by signing below to indicate that you have personally evaluated the employee and reviewed the attached medical information and job description.

_____          1-4-21
Health Care Provider                              Date

*Dr Zhou*
Print name and title

5



## JOB DESCRIPTION:  Field Service Engineer

**Job Summary:**
The field service engineer is responsible for building and maintaining customer relationships by effectively servicing equipment. He/she travels to a customer location to install, maintain, and troubleshoot Packsize equipment. He/she understands the needs of the customer and works proactively and efficiently to meet those needs.

**Essential Duties and Responsibilities:**
- Identify and diagnose problems with little information remotely and on location. Problem-solving tasks may include resolving mechanical/software issues; resolving operating system bugs; and reinstalling software or hardware.
- Utilize math skills (specifically geometry) to create packaging designs and efficient machine operation through simplifying the design matrix.
- Schedule and perform preventative maintenance on machinery as required; report back on issues, orders and parts needed.
- Enhance the customer's positive experience with Packsize by recognizing their needs and providing solutions that meet and often surpass those needs.
- Train customer on machine operation and lean principle implementation with the end goal of the Packsize equipment operating at optimum capacity for customer efficiency.
- Prioritize and manage own travel schedule, visiting customers in designated region. Make sure machinery is in great working order and that the customers have designs and software updates as needed.
- During some weeks, serve as the first to be deployed to address customer on-site emergencies; making it necessary to quickly reschedule previously planned work activity.
- Communicate effectively both internally and externally, utilizing CRM system to document actions and item performed, schedule future preventive maintenance needs, and other engineering functions.
- Update online database system in a timely manner to facilitate the flow of machine data and dashboard reporting.

**Experience and Education Required:**
- Bachelor's degree in a related discipline is preferred.
- Experience with servo drives, pneumatic systems, 480 3 phase power (knowledge of), and setup of machinery and corresponding accessories.
- Experience with Windows and PLCs. Ability to troubleshoot PC errors and PLC functions remotely and on location.
- Experience with Windows based computing.
- Excellent work ethic and time management skills, accessible via telephone, and promptly returns email and phone messages.
- Experience in lean manufacturing and batch production preferred.
- Must become familiar with the Packsize sales strategy.

Packsize International LLC 2012

**Physical Demands and Working Conditions:**

- Ability to lift 75 pounds frequently.
- 75% travel amongst a region of states is common and can be more or less.
- Must have a valid driver's license and clean driving record as company car is provided.

Packsize International LLC 2012

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



## LIMITED RELEASE OF MEDICAL INFORMATION

My signature below indicates my limited release of medical information to my employer, Packsize LLC as requested in this letter and as is necessary to assess the availability of reasonable accommodation to me at work.

Signature _____ Date 12-11-2020

Dusan Morgan

2



Britt Zumwalt <britt.zumwalt@packsize.com>

## P.S.
8 messages

**DM Gmail** <d1191962@gmail.com>                                    Mon, Jan 4, 2021 at 1:19 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

P.S. Britt – when ready, we need to have a follow-up telecon re the separation. I also need a link for Cobra enrollment asap, it is almost certainly online to speed things up, instead of a paper signup.


Dushan


------------------------------------------------------------------------------------

Britt,


I was asking about a separate, official termination letter or notice of the type CT law calls for (see attached).  You sent an employee yesterday to trespass ambush-style on my property and I could have chased him away or called cops on him.  Instead I eventually complied and sent him on his way with the company car Cody was so weepy about. So do me a favor and write a letter that you terminated the employment for such and such reason. That's the least you can do, had I known yesterday about your procrastination to produce one,  Lakin would be waiting here till you did.


Dushan




**From:** Britt Zumwalt [mailto:britt.zumwalt@packsize.com]
**Sent:** Thursday, December 31, 2020 10:03 AM
**To:** DM Gmail
**Cc:** Cody Hancey
**Subject:** Re: Documents following phone call


Hello,


We typically complete the forms when the unemployment agencies send them to us, however, I am happy to help you expedite the process and will complete the form and return to you later this morning.


Thank you.


Britt Zumwalt

801-842-4732

Director, HR & People Operations

Packsize International

3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

---

 Virus-free. www.avast.com

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                    Mon, Jan 4, 2021 at 3:04 PM
To: DM Gmail <d1191962@gmail.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Hi Dusan,

APA Benefits are the ones that handle COBRA for us as noted in the Benefits at the Time of Departure.  I have requested an electronic copy of the COBRA form be sent to you at this email as soon as they have it generated.  You can contact them directly with questions at 801-561-4980.

Let me know what other questions you have. I can schedule a time for a call if needed. Would 1:00 pm your time tomorrow work?

Thank you.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

![How many trees has your business saved? #RightSizedPackaging]

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**DM Gmail** <d1191962@gmail.com>                    Mon, Jan 4, 2021 at 6:16 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

The letter, please!

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                    Tue, Jan 5, 2021 at 11:59 AM
To: DM Gmail <d1191962@gmail.com>

Hi Dusan,

Please see attached.

Thanks.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1-801-842-4732



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

📄 **scan - 2021-01-05T114850.087.pdf**
244K

---

**DM Gmail** <d1191962@gmail.com>                                           Wed, Jan 6, 2021 at 12:14 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Thanks for the letter. I'll review and then we can schedule a time.

Dushan

**From:** Britt Zumwalt [mailto:britt.zumwalt@packsize.com]
**Sent:** Tuesday, January 05, 2021 2:00 PM
**To:** DM Gmail
**Subject:** Re: P.S.

Hi Dusan,

Please see attached.

Thanks.

Britt Zumwalt

Director, HR & People Operations

Packsize International

3760 W. Smart Pack Way
Salt Lake City, UT 84104

+1-801-842-4732



Web: www.packsize.com

**Error! Filename not specified.**

[Quoted text hidden]

[Quoted text hidden]

---

**DM Gmail** <d1191962@gmail.com>                                       Thu, Jan 7, 2021 at 11:36 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Tomorrow at 12 Noon EST i.e. 10AM your time would be feasible?

**From:** Britt Zumwalt [mailto:britt.zumwalt@packsize.com]
**Sent:** Monday, January 04, 2021 5:04 PM
**To:** DM Gmail

Let me know what other questions you have. I can schedule a time for a call if needed. Would 1:00 pm your time tomorrow work?

Thank you.

Britt Zumwalt

Director, HR & People Operations

Packsize International

3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



   Virus-free. www.avast.com

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                          Thu, Jan 7, 2021 at 11:46 AM

To: DM Gmail <d1191962@gmail.com>

Hello,

Yes that time works for me.  Please let me know what number to call you on or if you would prefer to call me you can call 801-842-4732.

Thanks.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**DM Gmail** <d1191962@gmail.com>                                              Thu, Jan 7, 2021 at 11:59 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

I will call you.

**From:** Britt Zumwalt [mailto:britt.zumwalt@packsize.com]
**Sent:** Thursday, January 07, 2021 1:47 PM
**To:** DM Gmail
**Subject:** Re: P.S.

Hello,

[Quoted text hidden]
[Quoted text hidden]



Britt Zumwalt <britt.zumwalt@packsize.com>

## P.S.
8 messages

**DM Gmail** <d1191962@gmail.com>                                      Mon, Jan 4, 2021 at 1:19 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>


P.S. Britt – when ready, we need to have a follow-up telecon re the separation. I also need a link for Cobra enrollment asap, it is almost certainly online to speed things up, instead of a paper signup.


Dushan


------------------------------------------------------------------------------------------

Britt,


I was asking about a separate, official termination letter or notice of the type CT law calls for (see attached).  You sent an employee yesterday to trespass ambush-style on my property and I could have chased him away or called cops on him.  Instead I eventually complied and sent him on his way with the company car Cody was so weepy about. So do me a favor and write a letter that you terminated the employment for such and such reason. That's the least you can do, had I known yesterday about your procrastination to produce one,  Lakin would be waiting here till you did.


Dushan




**From:** Britt Zumwalt [mailto:britt.zumwalt@packsize.com]
**Sent:** Thursday, December 31, 2020 10:03 AM
**To:** DM Gmail
**Cc:** Cody Hancey
**Subject:** Re: Documents following phone call


Hello,


We typically complete the forms when the unemployment agencies send them to us, however, I am happy to help you expedite the process and will complete the form and return to you later this morning.


Thank you.


Britt Zumwalt

801-842-4732

Director, HR & People Operations

Packsize International

3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

---

 Virus-free. www.avast.com

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                                 Mon, Jan 4, 2021 at 3:04 PM
To: DM Gmail <d1191962@gmail.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Hi Dusan,

APA Benefits are the ones that handle COBRA for us as noted in the Benefits at the Time of Departure.  I have requested an electronic copy of the COBRA form be sent to you at this email as soon as they have it generated.  You can contact them directly with questions at 801-561-4980.

Let me know what other questions you have. I can schedule a time for a call if needed. Would 1:00 pm your time tomorrow work?

Thank you.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**DM Gmail** <d1191962@gmail.com>                                                              Mon, Jan 4, 2021 at 6:16 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

The letter, please!

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                                 Tue, Jan 5, 2021 at 11:59 AM
To: DM Gmail <d1191962@gmail.com>

Hi Dusan,

Please see attached.

Thanks.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1-801-842-4732



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

📄 **scan - 2021-01-05T114850.087.pdf**
244K

---

**DM Gmail** <d1191962@gmail.com>                                                      Wed, Jan 6, 2021 at 12:14 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>


Thanks for the letter. I'll review and then we can schedule a time.


Dushan




**From:** Britt Zumwalt [mailto:britt.zumwalt@packsize.com]
**Sent:** Tuesday, January 05, 2021 2:00 PM
**To:** DM Gmail
**Subject:** Re: P.S.


Hi Dusan,


Please see attached.


Thanks.

Britt Zumwalt

Director, HR & People Operations

Packsize International

3760 W. Smart Pack Way
Salt Lake City, UT 84104

+1-801-842-4732



Web: www.packsize.com

**Error! Filename not specified.**

[Quoted text hidden]

[Quoted text hidden]

---

**DM Gmail** <d1191962@gmail.com>                                Thu, Jan 7, 2021 at 11:36 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Tomorrow at 12 Noon EST i.e. 10AM your time would be feasible?

**From:** Britt Zumwalt [mailto:britt.zumwalt@packsize.com]
**Sent:** Monday, January 04, 2021 5:04 PM
**To:** DM Gmail

Let me know what other questions you have. I can schedule a time for a call if needed. Would 1:00 pm your time tomorrow work?

Thank you.

Britt Zumwalt

Director, HR & People Operations

Packsize International

3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



   Virus-free. www.avast.com

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                   Thu, Jan 7, 2021 at 11:46 AM

To: DM Gmail <d1191962@gmail.com>

Hello,

Yes that time works for me.  Please let me know what number to call you on or if you would prefer to call me you can call 801-842-4732.

Thanks.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**DM Gmail** <d1191962@gmail.com>                                                                Thu, Jan 7, 2021 at 11:59 AM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

I will call you.

**From:** Britt Zumwalt [mailto:britt.zumwalt@packsize.com]
**Sent:** Thursday, January 07, 2021 1:47 PM
**To:** DM Gmail
**Subject:** Re: P.S.

Hello,

[Quoted text hidden]
[Quoted text hidden]



ProHealthMD.com

# Vernon Family Medicine
## 554 Talcottville Road, Vernon, CT 06066
## Facsimile Transmission Cover Letter

*John Schifferdecker, MD; James Kelly, APRN; Preston Briggs, APRN*
*Phone: 860-875-6700 Fax: 860-870-6140*

| TO: | Brett Zumwalt | FROM: | |
|---|---|---|---|
| COMPANY: | Packsize LLC | DATE: | 1/5/2021 |
| FAX #: | 1-801-993-7940 | PAGES(INCLUDING COVER SHEET): | |
| SUBJECT: | Dushan Morgan | | |

**Message:**   Medical Inquiry Form

**Confidentiality Notice:**

The documents accompanying this facsimile transmission contain confidential information. The information is intended only for the use of the individual(s) or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this facsimile information is not permissible. If you have received this facsimile in error, please immediately notify us by telephone. Thank you.

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



December 10, 2020

Dr. John Schiffendecker
Pro Health Physicians
Vernon, CT 06066

RE:    Medical Inquiry Form Requested for Dusan Morgan

COMPLETED FORM MUST BE RETURNED TO EMPLOYER BY: <u>DECEMBER 16, 2020</u>

Dear Dr. Schiffendecker:

Packsize LLC and Dusan Morgan are requesting that you provide information regarding two
general issues: (a) whether Dusan has a physical or mental impairment that substantially limits
one or more major life activities, including any functional limitations associated with such
impairment(s), and (b) whether Dusan's impairment limits his ability to perform essential job
functions and suggested accommodations that would enable Dusan to perform the essential
functions of his position, Field Service Engineer (see attached job description).

**Dusan's History**
After being released from his surgery and recovery in September, and after review of the
restrictions and limits put in place, Packsize reviewed and determined we could accommodate
Dusan and allow him to continue doing some required training for his position. We also had
Dusan train to help out in our Hotline group while he was still under restricted duty. To-date
Dusan has not yet been released from restricted duty to be able to perform the essential
functions of his position.

Please respond fully and completely to the questions below. Do not provide information that is
not related to the employee's ability to perform essential job functions. Attach additional
information if necessary. In completing this form, you must provide your best medical
judgment, based on current information.

Thank you for your assistance. You can return the completed for to me at fax: 801-993-7940. If
you have any questions, please call me at 801-842-4732.

Thank you,

Britt Zumwalt
Director, Human Resources

1

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



## LIMITED RELEASE OF MEDICAL INFORMATION

My signature below indicates my limited release of medical information to my employer, Packsize LLC as requested in this letter and as is necessary to assess the availability of reasonable accommodation to me at work.

Signature

Dusan Morgan

Date 12-11-20

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



IMPORTANT NOTICE ABOUT GINA

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

1. Does the employee have a physical or mental impairment? [California employers should add the statement, "Please do not provide diagnosis."] Please evaluate the employee as if the medical condition was in an active state and without the benefits of medication or other mitigating measures, except ordinary eyeglasses or contact lenses.     ☒ Yes ☐ No

2. If yes, please list the impairment.

    *Recent spinal surgery with occasional pain*

3. Does the impairment affect a major life activity?

    ☒ Yes
    ☐ No     *Q.*

4. If yes, check any major life activity or major bodily function that is affected:

| Major life activity: | | | | |
|---|---|---|---|---|
| ☒ Bending | ☐ Hearing | ☐ Reaching | ☐ Speaking | ☐ Other: |
| ☐ Breathing | ☐ Interacting With Others | ☐ Reading | ☐ Standing | (describe) |
| ☐ Caring For Self | | ☐ Seeing | ☐ Thinking | |
| ☐ Concentrating | ☐ Learning | ☐ Sitting | ☐ Walking | |
| ☐ Eating | ☒ Lifting | ☐ Sleeping | ☐ Working | |
| | ☐ Performing Manual Tasks | | | |

| Major bodily functions: | | | | |
|---|---|---|---|---|
| ☐ Bladder | ☐ Digestive | ☐ Lymphatic | ☐ Reproductive | |
| ☐ Bowel | ☐ Endocrine | ☐ Musculoskeletal | ☐ Respiratory | |
| ☐ Brain | ☐ Genitourinary | ☐ Neurological | ☐ Special Sense Organs & Skin | |
| ☐ Cardiovascular | ☐ Hemic | ☐ Normal Cell Growth | | |
| ☐ Circulatory | ☐ Immune | ☐ Operation of an Organ | ☐ Other: (describe) | |

Case 3:21-cv-01496-SRU   Document 1   Filed 11/09/21   Page 192 of 288

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com



5. If yes, is the employee's ability to perform the major life activity or major bodily function substantially limited [California employers must delete "substantial"] by the impairment compared to an average person in the general population? Substantial limitation means that the employee is restricted as to the condition, manner, or duration under which [she/he] performs the activity.

☐ Yes
☑ No

6. Please indicate how long you anticipate this impairment will substantially limit the major life activity or major bodily function.

To help you better understand the employee's job, let me describe the position. Dusan was hired as a Field Service Engineer. Field Engineers will travel to customer locations to install, maintain and support Packsize equipment as well as build and maintain customer relationships by effectively servicing the equipment. This individual must understand the needs of the customer, work proactively and efficiently to meet those needs, and provides 5-Star customer service by proactively visiting or calling customers to ensure they are fully satisfied with the Packsize equipment, process flow, packaging designs, and service.

Please review the attached job description for a description of the essential functions of that position. Please contact me with any questions about the employee's job.

7. Does the employee's impairment substantially limit the ability to perform the essential job functions identified above and in the attached job description?

☐ Yes     *Patient can only lift and carry 25 kg up to 20 feet*
☐ No       *and only accasimally get up and down on his knees*

8. If yes, what essential job function(s) are substantially limited?

*As above*

9. How does the impairment substantially limit the employee's ability to perform the essential job function(s)?

*As above*

4

International Headquarters
3760 W. Smart Pack Way
Salt Lake City, UT 84104
+1 801.944.4814
Packsize.com


**PACKSIZE®**
ON DEMAND PACKAGING

10. Can you identify a reasonable accommodation that may enable the employee to perform the essential job function(s)? (Examples of potential accommodation include restructuring a job, modification of work tools or equipment, a modified work schedule, or provision of qualified readers or interpreters.)

☐ Yes    *The alternate light duty Job (TSR)*
☐ No    *does not need accommodation*

11. If yes, please provide specific examples of accommodations that may enable the employee to perform the essential job function(s), or that may overcome an identified barrier in the workplace associated with the impairment.

*Accommodations are no lifting over 28 lbs or carry of leg more than 10 feet. He can only occasionally get up and down on knees*

12. How will the accommodation assist the employee to perform the essential job function(s)?

13. How long do you anticipate the employee will need the accommodation?

*permenant condition*

Thank you for your professional attention to this matter. Please assist us further by signing below to indicate that you have personally evaluated the employee and reviewed the attached medical information and job description.

_____    1/5/21
Health Care Provider           Date

*John Schifferdecker MD*
Print name and title

5

**Britt Zumwalt <britt.zumwalt@packsize.com>**                    Thu, Jan
                                                                   21, 1:29 PM Re
                                                                   pl
                                                                   y

to Kellen, me

Please see the email from Dusan below.  Not sure why he sent it to the people he
did.  Just a heads up.


Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104
Web: www.packsize.com


**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.


---------- Forwarded message ---------
From: **DM Gmail** <d1191962@gmail.com>
Date: Thu, Jan 21, 2021 at 1:09 PM
Subject: Returning Packsize Asetts / Collection Modus Operandi
To: Britt Zumwalt <britt.zumwalt@packsize.com>
Cc: Laurie Davis <laurie.davis@packsize.com>, <hanko.kiessner@packsize.com>,
<lakin.odusami@packsize.com>, <tyrek.parham@packsize.com>,
<leigh.schuckert@packsize.com>


Attn: Britt Zumwalt, Packsize llc HR Manager

Britt:

21  days passed today, your attached offer of  *"silence money"* for terminating a physically handicapped
person was not taken up.  Hence please communicate to the Packsize management employee below
he's hardly in a position to issue any further commands or time limits. The remaining assets will be
returned whenever the company wants them and can arrange pickup, but in line with the firm's
management-demonstrated modus operandi, it'll be handed over to a Packsize employee of your choice
who can collect the lot at my residence. This time, hopefully, without illegally trespassing on my
property, i.e. unannounced and ambush-style, which transpired when the below mentioned individual
dispatched two company goons to collect an initial batch of items on Jan 30, around 3PM.

A note: The below mentioned employee is apparently so short on foresight that it never occurred to him the two intruders could have gotten hurt during their illegal entry and trespassing, should I have chosen to defend my house against two masked men that drove up unexpected and unannounced to my house in the woods, in unmarked car, using a long and private driveway.  Hence please let me know who will be specifically dispatched next time and when,  so that I know of his/her arrival beforehand and can have the remaining assets ready to be handed over. My contact is below.

Regards,

Dushan Morgan

d1191962@gmail.com

Cell:  860 849 5030


--------------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------

**From:** Cody Hancey [mailto:cody.hancey@packsize.com]
**Sent:** Thursday, January 07, 2021 3:58 PM
**To:** d1191962@gmail.com
**Cc:** Britt Zumwalt; Cody Hancey
**Subject:** Packsize Assets Return Label

Dusan,

I have not yet received your Packsize laptop and cell phone returned to HQ. I have included a UPS label that can be used to send back these items. These items should be sufficiently wrapped to protect from damage during transit and the spec'd box size allows for some protective material to be used.

Please initiate the shipment by next Wednesday, the 13th.


Thanks,

Cody Hancey
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-243-6023
Web: www.packsize.com

# EXHIBIT C



**Field Service Engineer**

<u>**Job Overview:**</u>
The Field Service Engineer must understand the needs of the customer, work proactively and efficiently to meet those needs and providing 5-Star customer service by proactively visiting and/or calling customers to ensure they are happy with the Packsize equipment, process flow, packaging designs, and service.

<u>**Essential Duties and Responsibilities:**</u>

- Identify and diagnose problems with limited information remotely and on location.
- Problem-solving tasks may include resolving mechanical/software issues, reporting operating system bugs, reinstalling software, or replacing hardware.
- Utilize math skills (specifically geometry) to create packaging designs and to ensure efficient machine operation through modification of existing designs as needed.
- Schedule and perform preventative maintenance on equipment as required; report back on issues, orders, and parts needed.
- Install software and equipment, including machines and accessories.
- Train customer on machine operation and lean principle implementation with the end goal of the Packsize equipment operating at optimum capacity for customer efficiency.
- Prioritize and manage own travel schedule, visiting customers in designated region.
- Enhance the customer's positive experience with Packsize by recognizing their needs and providing solutions that meet and often surpass those needs.
- Occasionally serve as first to be deployed to address customer on-site emergencies, requiring quick rescheduling of previously planned work activity.
- Communicate effectively both internally and externally, utilizing a CRM system to document actions performed, schedule future preventive maintenance needs, and other engineering functions.
- Update online database system in a timely manner to facilitate the flow of machine data and dashboard reporting.
- Meet all field service metrics including on time preventative maintenance, hotline calls per region, support hours per region, uptime, and customer satisfaction

<u>**Qualifications:**</u>
- Bachelor's degree in a related discipline is preferred
- Experience with servo drives, pneumatic systems, knowledge of 480 3-phase power, and setup of machinery and corresponding accessories is preferred
- Previous experience working with machinery and a strong technical background needed
- Ability to troubleshoot PC errors and PLC functions remotely and on location a must
- Must have previous experience with Windows based computing and have experience troubleshooting software
- Experience in lean manufacturing and batch production preferred.
- Excellent work ethic and time management skills needed
- Must be accessible via telephone, and promptly return email and phone messages

© 2019 Packsize LLC

- Excellent verbal and written communication skills.
- Ability to manage an independent schedule while serving the needs of our customers.

## Competencies:

| | | |
|---|---|---|
| • Analytical Skills | • Customer Focus | • Communication |
| • Organization & Planning | • Work Ethic | • Ability to work at a fast pace |
| • Communication | • Competencies | |

## Physical Demands and Working Conditions:

- Ability to lift 75 pounds frequently.
- 75% travel amongst a region of states is common and can be more or less.
- Must have a valid driver's license and clean driving record as company car is provided

Packsize is an Equal Opportunity employer and is committed to diversity in its workforce. In compliance with applicable federal and state laws, Packsize policy of equal employment opportunity prohibits discrimination on the basis of race or ethnicity, religion, color, national origin, sex, age, sexual orientation, gender identity/expression, veteran's status, status as a qualified person with a disability, or genetic information. Individuals from historically underrepresented groups, such as minorities, women, qualified persons with disabilities, and protected veterans are strongly encouraged to apply. Reasonable accommodations in the application process will be provided to qualified individuals with disabilities.

© 2019 Packsize LLC

# EXHIBIT D



Spanning Nabu <spanning.nabu@packsize.com>

## E-course training for 3/3-4/3/2020
4 messages

**Steffin Lentz** <steffin.lentz@packsize.com>                                    Mon, Mar 30, 2020 at 6:10 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Randy Azzam <randy.azzam@packsize.com>, Noe Madera <noe.madera@packsize.com>

Good Morning Dusan and Randy,

I hope you guys are doing well and want to thank you guys for your patients and understanding during the current climate, I know its a very difficult time to be starting a new job and I assure you that things would be much different if it were not for current health and safety restrictions preventing travel for you guys.

For the time being, I have assigned some more independent e-courses for the two of you to do this week. It's called the FSE PM Program and says its 46 steps.

But Finish up the neo and corporate software program before doing the FSE PM program.





**1 Neo and Corporate Software 2020**
Next step Health and Safety #2 Medical  /  Course due in 2 days  /  Takes about 24 minutes

**2 FSE PM Program**
Next step Preventative Maintenance 101  /  No due date  /  Takes about 25 minutes







Of those 46 steps, the first three steps are programs that require a lot of reading and have exam questions.

1. Preventative Maintenance 101
2. Standardized Em7 PM Process
3. Customer Visit 101



After those three the courses are split up by the following machine types.

- EM6
- EM7
- iQ Fusion
- GL2B Auto gluer

Each of those sections is set up in the same way, which I'll describe with the EM6 courses as an example,  the EM6 courses are called EM6-maintenance and reference followed by a section of the machine, for example.

- EM6-maintenance and reference Infeed
- EM6-maintenance and reference Belts and roller



Each of the courses titled maintenance and reference is a video course with no quiz questions in them, so they're pretty easy to complete. After each set of maintenance and reference courses is an exam and two self check off for the PM's you've completed in the field.



For now, do not worry about taking any of the exams or doing the self-check offs. Just do the first three e-courses and as many of the maintenance and reference e-courses as you can.

- Preventative Maintenance 101
- Standardized Em7 PM Process
- Customer Visit 101

To skip the exams you can click on the title of the program in "My Learning" and then scroll down on the page that opens to choose which e-course to do next.







Please do as many of these e-courses as you can  Noe asks you to stop working on them and do something else.

--

Steffin Lentz
Representative, Enterprise Technical Support
Packsize International
2671 Technology Drive Suite 108
Louisville, KY 40299

Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                              Mon, Mar 30, 2020 at 6:52 AM
To: Steffin Lentz <steffin.lentz@packsize.com>
Cc: Randy Azzam <randy.azzam@packsize.com>, Noe Madera <noe.madera@packsize.com>

Steffin, are there any hard copies of course materials you can share?   Some of the quiz questions are pretty sneaky and one needs to re-read the topics. Doing so only online  is cumbersome and not very effective, to say nothing about time consuming. Surely there must be some training non-virtual training manuals, at this point I would particularly appreciate those on Packnet and Packsize Suite.

Dusan

[Quoted text hidden]
--

Dusan Morgan
Packsize International

Web: www.packsize.com

[Quoted text hidden]

---

**Steffin Lentz** <steffin.lentz@packsize.com>                                      Mon, Mar 30, 2020 at 9:50 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>, Randy Azzam <randy.azzam@packsize.com>

Dusan,

The software E-courses do intend that they go hand and hand with instructor lead training, and I please remember that what is happening now is not our normal training process.

But with that said this syllabus contains a section called document reference and contains links to all of the documents used in the software training week.

# Packsize Software ILT Guide

This document is designed to let anyone attending the Packsize software ILT know the agenda, documents used and Bridge courses involved.

Index:...................................................................................................................

Daily Agenda…………………..……………………...………………….……..Page 2

Document Reference ……………………………………………………….Page 7

Bridge Course Reference ……………………………………………………..Page 9

However, I have removed the Software e-courses program from your learning for the time being. So please focus on the Neo and corporate e-courses and FSE pm e-courses.

Thank you

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                      Mon, Mar 30, 2020 at 10:42 AM
To: Steffin Lentz <steffin.lentz@packsize.com>

I remember but I am struggling mainly with the final ILT exam, it seems to encompass all software segments frm Pack Net, Server, Suite etc. Wish I could review the topics in a  book, rather than laboriously looking for them online in individual courses.
[Quoted text hidden]



Spanning Nabu <spanning.nabu@packsize.com>

## Bridge courses
4 messages

**Noe Madera** <noe.madera@packsize.com>                    Tue, Mar 31, 2020 at 8:33 AM
To: Randy Azzam <randy.azzam@packsize.com>, Dusan Morgan <dusan.morgan@packsize.com>
Cc: Steffin Lentz <steffin.lentz@packsize.com>

Guys,

Thank you for being patient during this crisis. Hopefully this gets resolved and we can send you to training real soon. I consulted our Training Team and they are looking into options to do the SW training remotely.
In the meantime please continue to complete the courses that were assigned to you.



Thanks,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

**Randy Azzam** <randy.azzam@packsize.com>                    Tue, Mar 31, 2020 at 8:52 AM
To: Noe Madera <noe.madera@packsize.com>

No problem, I'll look to finish those courses today.
[Quoted text hidden]
--

Randy Azzam
Field Service Engineer
Packsize International
+1-732-810-2893



Web: www.packsize.com
[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                      Tue, Mar 31, 2020 at 9:25 AM
To: Noe Madera <noe.madera@packsize.com>

What does the graph represent, speed and number of consumed courses?
[Quoted text hidden]
--


Dusan Morgan
Packsize International

Web: www.packsize.com
[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                                          Tue, Mar 31, 2020 at 9:37 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

Good question!
Progress made in relation to the courses assigned. Out of 74, you completed 44 for a 59% completion rate.
[Quoted text hidden]
--
[Quoted text hidden]



Spanning Nabu <spanning.nabu@packsize.com>

## This week

7 messages

---

**Noe Madera** <noe.madera@packsize.com>                          Tue, Apr 7, 2020 at 8:15 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Lakin Odusami <lakin.odusami@packsize.com>, Tyrek Parham <tyrek.parham@packsize.com>

Hi Dusan,

Lakin and Tyrek are installing a machine at Stanley Black and Decker in Holliston, MA.
Please sync up with them so you can shadow them the rest of this week and assist them with the install.

Their contact information is below,

Lakin Odusami
631-703-6928

Tyrek Parham
717-480-1567

Stanley
106 Lowland Street
Holliston, Massachusetts 01746

Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                      Tue, Apr 7, 2020 at 8:29 AM
To: DM <dm@bestmail.us>

[Quoted text hidden]
https://goo.gl/maps/hVmtEMiPuFkZg9NFA

---

**Dusan Morgan** <dusan.morgan@packsize.com>                      Tue, Apr 7, 2020 at 8:48 AM
Cc: Lakin Odusami <lakin.odusami@packsize.com>, Tyrek Parham <tyrek.parham@packsize.com>

Hi Lakin and Tyrek,

I just left a VM on your cells, I am based in Tolland, CT, little over an hour from Holliston, MA. Let me know your schedule for this week, I would like to tag along and help w. the installation.  Do not have my tools yet, with the company for about three weeks. But already did a deinstallation / installation in Fox Group in Landsdale, PA, together with Laurie Davis.

Call me or email me when you have a moment, thanks.

Dusan Morgan
860 849 5030.

[Quoted text hidden]
--

Dusan Morgan
Packsize International

Web: www.packsize.com
[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                    Tue, Apr 7, 2020 at 10:49 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Tyrek Parham <tyrek.parham@packsize.com>

As we spoke on the phone, I have sent you a text on our daily schedule.  See you tomorrow.

Thanks
[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                    Tue, Apr 7, 2020 at 11:31 AM
To: Lakin Odusami <lakin.odusami@packsize.com>

Got your text.  No vest yet, steel toe  shoes should come today, glasses are no problem.  Any problem w/o the vest??


[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                    Tue, Apr 7, 2020 at 2:55 PM
To: Noe Madera <noe.madera@packsize.com>

Hi Noe,
I connected with Lakin and will meet them both tomorrow morning at Stanley.  Good thing my steel toe work shoes arrived today, I hope
I can break them in quickly.

Dusan

On Tue, Apr 7, 2020 at 10:15 AM Noe Madera <noe.madera@packsize.com> wrote:
[Quoted text hidden]


--

Dusan Morgan
Packsize International

Web: www.packsize.com
[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                    Tue, Apr 7, 2020 at 5:47 PM
To: Dusan Morgan <dusan.morgan@packsize.com>

Great, thanks for the update.
[Quoted text hidden]
--
[Quoted text hidden]



Spanning Nabu <spanning.nabu@packsize.com>

## M1 support at SBD, MA

5 messages

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                    Wed, Apr 15, 2020 at 6:46 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>

Hi Dusan,

You are scheduled to be at SBD for the M1 post installation support Thursday 04/16/2020  8am to 3pm and Friday 04/17/2020 8am to 12noon

Thank you

Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com

On Tue, Apr 7, 2020, 1:32 PM Dusan Morgan <dusan.morgan@packsize.com> wrote:
  Got your text.  No vest yet, steel toe  shoes should come today, glasses are no problem.  Any problem w/o the vest??


  On Tue, Apr 7, 2020 at 12:49 PM Lakin Odusami <lakin.odusami@packsize.com> wrote:
    As we spoke on the phone, I have sent you a text on our daily schedule.  See you tomorrow.

  Thanks

  On Tue, Apr 7, 2020, 10:48 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:

    Hi Lakin and Tyrek,

    I just left a VM on your cells, I am based in Tolland, CT, little over an hour from Holliston, MA. Let me know your schedule for this week, I would like to tag along and help w. the installation.  Do not have my tools yet, with the company for about three weeks. But already did a deinstallation / installation in Fox Group in Landsdale, PA, together with Laurie Davis.

    Call me or email me when you have a moment, thanks.

    Dusan Morgan
    860 849 5030.


    On Tue, Apr 7, 2020 at 10:15 AM Noe Madera <noe.madera@packsize.com> wrote:
      Hi Dusan,

      Lakin and Tyrek are installing a machine at Stanley Black and Decker in Holliston, MA.
      Please sync up with them so you can shadow them the rest of this week and assist them with the install.

      Their contact information is below,

      Lakin Odusami
      631-703-6928

      Tyrek Parham
      717-480-1567

      Stanley
      106 Lowland Street
      Holliston, Massachusetts 01746

      Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Packsize International



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Packsize International



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                              Thu, Apr 16, 2020 at 6:55 AM
To: Lakin Odusami <lakin.odusami@packsize.com>

That's tomorrow Lakim, same location we were last week? Just me or anyone else...

Dusan
[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                              Thu, Apr 16, 2020 at 7:33 AM
To: Lakin Odusami <lakin.odusami@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>

Good morning Dusan,

Did you ever get this message? Lakin tried calling you yesterday.
[Quoted text hidden]
--
[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                              Thu, Apr 16, 2020 at 7:36 AM
To: Noe Madera <noe.madera@packsize.com>
Cc: Lakin Odusami <lakin.odusami@packsize.com>

Yes, I did only today, though. On the way there..
[Quoted text hidden]

**Noe Madera** <noe.madera@packsize.com>                                    Thu, Apr 16, 2020 at 7:38 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Lakin Odusami <lakin.odusami@packsize.com>

Great, thanks!
[Quoted text hidden]



Spanning Nabu <spanning.nabu@packsize.com>

---

## Laddawn Sterling M1 Installation - case #: 00110631

11 messages

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                    Tue, Apr 21, 2020 at 6:10 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>

Dear Dusan,

The M1 installation case number is 00110631, you can use the case to book your appointment and record your hours.

Thank you

--

Lakin Odusami
Engineer, Field Service
Packsize International
+1-631-703-6928



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                     Tue, Apr 21, 2020 at 7:07 PM
To: Lakin Odusami <lakin.odusami@packsize.com>

Hi Lakim,

Book it where? I have not been using SalesForce yet, there was no need to in this crazy cart-before-horse training phase.  Just recording hours in the time cards for Noe.

Anyone else there on Monday or just the two of us? The location is about 53 min from my home base, so I won't be staying in a hotel.

Dusan
[Quoted text hidden]
--

Dusan Morgan
Packsize International



Web: www.packsize.com
[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                    Tue, Apr 21, 2020 at 7:10 PM
To: Dusan Morgan <dusan.morgan@packsize.com>

I will show you how to book appointment etc. On Monday. For now it's just the 2 of us doing the installation things might change, also note that it is recommended for you to be on site earlier to supervise the machine off loading

Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                    Wed, Apr 22, 2020 at 5:51 AM
To: Lakin Odusami <lakin.odusami@packsize.com>

Where are you getting your mask Lakin ? I saved a few from Stanley BDK, they are pretty flimsy but will have to do. Stores availability - no way and no end in sight.

Also, who's the trucking/delivery contact?

Best, Dusan

[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                   Wed, Apr 22, 2020 at 6:12 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

Good morning,

I have the ones from Stanley as well but I already bought a reusable mask. And for the machine delivery, I have sent out an email to the transportation team so watchout for their response which will guide use on when the machine should be expected on site.

[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                   Wed, Apr 22, 2020 at 1:18 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>

Hi, Dusan,

Please upon your arrival at Laddawn on the 27th, kindly handle the following tasks pending when I get there;

1. Take pictures of the M1 machine and the gluer GL2 - 4' in the truck as much as you can
2. Once off loaded, take another clear set of pictures of all sides of the M1 machine, gluer and hardware crates for our records to determine if there are any damages
3. Endeavour to make sure the riggers position the machine at the spot where it will be installed
4. If I have not arrived you can start uncrating the hardwares, spreading and sorting them out like for like, see attached pictures, I am sure I will definitely meet you during the uncrating

Feel free to reach out if you have any concerns.









Regards
[Quoted text hidden]

---

**M1- Installation Manual (1).pdf**
8380K

**Dusan Morgan** <dusan.morgan@packsize.com>                    Wed, Apr 22, 2020 at 1:31 PM
To: Lakin Odusami <lakin.odusami@packsize.com>

I'll do my best but do me a favor and stop copying Noe on every bit of communication...

[Quoted text hidden]
--

Dusan Morgan
Packsize International

Web: www.packsize.com
[Quoted text hidden]

**Lakin Odusami** <lakin.odusami@packsize.com>                  Wed, Apr 22, 2020 at 1:46 PM
To: Dusan Morgan <dusan.morgan@packsize.com>

Copying of my DSM for certain emails are required per directives to keep him in the know.

Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com
[Quoted text hidden]

**Lakin Odusami** <lakin.odusami@packsize.com>                  Wed, Apr 22, 2020 at 1:49 PM
To: Dusan Morgan <dusan.morgan@packsize.com>

See attached screenshot, this is not for you but I get this or other similar communications when I write without him been copied.

Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com
[Quoted text hidden]

  **Screenshot_20200422-154726_Messages.jpg**
78K

**Dusan Morgan** <dusan.morgan@packsize.com>                    Wed, Apr 22, 2020 at 2:52 PM
To: Lakin Odusami <lakin.odusami@packsize.com>

OK. I generally try to cc others only when really necessary, clogs other people (and my) inboxes...
[Quoted text hidden]

**Lakin Odusami** <lakin.odusami@packsize.com>                  Thu, Apr 23, 2020 at 7:59 AM
To: Noe Madera <noe.madera@packsize.com>

Please advise on below emai from Dusan.

Thanks

Lakin Odusami
Field Service Engineer

Packsize International

Web: www.packsize.com
[Quoted text hidden]



Spanning Nabu <spanning.nabu@packsize.com>

## Laddawn Sterling Packsize Machine Installation

12 messages

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                                    Wed, Apr 22, 2020 at 4:50 AM
To: AMontgomery@laddawn.com
Cc: elongo@laddawn.com, kgrey@laddawn.com, Noe Madera <noe.madera@packsize.com>, Dusan Morgan
<dusan.morgan@packsize.com>

Dear Andrew,

My name is Lakin Odusami, Packsize Field Service Engineer. Myself and my colleague Dusan Morgan will be installing the
Packsize machine M1 during the week of 27th April 2020. I will arrive at your site around 12 noon on 27th of April 2020
while Dusan will arrive 8am to support the machine offloading. The plan is to dedicate the first 3 to 4 days to the
assembly and setup of the machine and corrugate hardware while the rest of the days of the week will be for the
machine calibration and testing.  Please ensure Air, Power, and Network drops are available prior to the 27th April 2020
morning.  We may find it necessary to use a pallet jack and one or two 6' step ladders A type.

If you have any questions, concerns, or comments, please do not hesitate to contact me prior to the installation.  I will
do my best to ensure I answer all your questions in a timely manner.  I look forward to working with you and your team
and to make this installation as smooth and efficient as possible.

In addition, we have received and reviewed your covid 19 policy, we will provide our own masks which will be worn at all
times while on your premises in addition to adhering to other policies.

Best regards,

Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com

---

**Eric J. Longo** <elongo@laddawn.com>                                                    Wed, Apr 22, 2020 at 6:21 AM
To: Lakin Odusami <lakin.odusami@packsize.com>, "Andrew G. Montgomery" <AMontgomery@laddawn.com>, Corey Costello
<ccostello@laddawn.com>
Cc: Keon Grey <KGrey@laddawn.com>, Noe Madera <noe.madera@packsize.com>, Dusan Morgan <dusan.morgan@packsize.com>,
Chris Paul <chris.paul@packsize.com>

Hi,


We look forward to your visit and starting our journey with the Packsize Machine.  All air, power, and network drops are ready for
your installation.


I added Corey Costello our Production Manager to the email as he will be your point of contact for the visit.  Please ask for him
upon your arrival.


Thanks,

Eric

[Quoted text hidden]

**Berry Global Health & Safety Statement:**

With our number one value of Safety in mind, and in an effort to ensure a healthy environment, Berry respectfully requests that individuals not visit our facilities if they have:

• Any flu like symptoms – i.e. a fever, sore throat, headache, runny nose, etc.

• Been in contact with someone who is suspected or confirmed as having COVID-19 in the last 14 days.

• In the past 14 days travelled to or from a geographic region that has an elevated threat of COVID-19, such as China, Taiwan, Hong Kong, Singapore, South Korea, Japan, Thailand, Iran, and Northern Italy.

If you are planning a visit to one of our facilities, and are experiencing one or more of the aforementioned symptoms, we ask that you please contact your host regarding: rescheduling the visit, sending an alternate, or participating in any meetings via phone or online if possible.

**Disclaimer**

This email has been scanned for viruses and malware. The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

---

**Lakin Odusami** <lakin.odusami@packsize.com>                           Wed, Apr 22, 2020 at 6:22 AM
To: "Eric J. Longo" <elongo@laddawn.com>
Cc: "Andrew G. Montgomery" <AMontgomery@laddawn.com>, Corey Costello <ccostello@laddawn.com>, Keon Grey <KGrey@laddawn.com>, Noe Madera <noe.madera@packsize.com>, Dusan Morgan <dusan.morgan@packsize.com>, Chris Paul <chris.paul@packsize.com>

Thank you

[Quoted text hidden]

--

Lakin Odusami
Engineer, Field Service
Packsize International
+1-631-703-6928

Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Andrew G. Montgomery** <AMontgomery@laddawn.com>                       Wed, Apr 22, 2020 at 6:31 AM
To: Lakin Odusami <lakin.odusami@packsize.com>
Cc: "Eric J. Longo" <elongo@laddawn.com>, Keon Grey <KGrey@laddawn.com>, Noe Madera <noe.madera@packsize.com>, Dusan Morgan <dusan.morgan@packsize.com>

Good Morning Lakin,

Thank you for reaching out. I'm happy to support you if you need anything.


Regards,


Andrew



**Andrew G. Montgomery**

**Multi-Site EHS Manager**

**p** 978.563.6045 | 800.446.3639 x6045

**c** 616-840-2019

2 Northeast Blvd., Sterling, MA  01564

Laddawn.com

**From:** Lakin Odusami <lakin.odusami@packsize.com>
**Sent:** Wednesday, April 22, 2020 6:50 AM
**To:** Andrew G. Montgomery <AMontgomery@laddawn.com>
**Cc:** Eric J. Longo <elongo@laddawn.com>; Keon Grey <KGrey@laddawn.com>; Noe Madera <noe.madera@packsize.com>;
Dusan Morgan <dusan.morgan@packsize.com>
**Subject:** Laddawn Sterling Packsize Machine Installation


Dear Andrew,

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                Wed, Apr 22, 2020 at 7:15 AM
To: "Andrew G. Montgomery" <AMontgomery@laddawn.com>
Cc: "Eric J. Longo" <elongo@laddawn.com>, Keon Grey <kgrey@laddawn.com>, Noe Madera <noe.madera@packsize.com>, Dusan
Morgan <dusan.morgan@packsize.com>

Thank you
[Quoted text hidden]

**2 attachments**

 **image001.png**
5K

 **image001.png**
5K

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                Fri, Apr 24, 2020 at 6:50 AM
To: "Eric J. Longo" <elongo@laddawn.com>
Cc: "Andrew G. Montgomery" <AMontgomery@laddawn.com>, Corey Costello <ccostello@laddawn.com>, Keon Grey
<KGrey@laddawn.com>

Hi Eric / Corey,

I am coming from CT, about 1 hr away, hence I'll be at the plant first on Monday morning (Lakin arrives around Noon, driving much
longer distance).  May I have a tel contact on Corey or yourself, so that I can call when I arrive? I need to survey the packages on the
truck before it gets unloaded, in case something got damaged enroute. Then we can unload and move everything to the desired
location where I can start unpacking and sorting.

Let me know, thank you.

Dushan Morgan
FSE Packsize
Tolland, CT
860 849 5030


On Wed, Apr 22, 2020 at 8:21 AM Eric J. Longo <elongo@laddawn.com> wrote:
[Quoted text hidden]

--

Dusan Morgan
Packsize International

Web: www.packsize.com
[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                Mon, Apr 27, 2020 at 8:55 AM
To: Chris Paul <chris.paul@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Noe Madera <noe.madera@packsize.com>

Dear Chris,

This is to inform you that upon arrival on site and inspection of machine position spot, we noticed the provided space wasn't adequate for 4 tracks and we enquire from the site contact (Corey) and he confirmed and insisted that we only setup 3 tracks , please kindly confirm this is correct so we can all be on same page.

Thank you

Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com
[Quoted text hidden]

---

**Chris Paul** <chris.paul@packsize.com>                                       Mon, Apr 27, 2020 at 9:08 AM
To: Lakin Odusami <lakin.odusami@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Noe Madera <noe.madera@packsize.com>, John Strobel
<john.strobel@packsize.com>

Hey,

My plan was to have all of the framework erected but only use three rows.  Will that work?

LMK

CP
[Quoted text hidden]
--

Chris Paul
Engineer, Solutions
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-585-402-2394

Web: www.packsize.com

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                Mon, Apr 27, 2020 at 9:10 AM
To: Chris Paul <chris.paul@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Noe Madera <noe.madera@packsize.com>, John Strobel
<john.strobel@packsize.com>

That's my opinion as well, but it's your call to communicate that to the customer so they can make more provisions for the last track, but as it stands we only have room to erect 3 tracks and customer doesn't give room for conversion.

Regards

Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com
[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                Mon, Apr 27, 2020 at 9:24 AM
To: Chris Paul <chris.paul@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Noe Madera <noe.madera@packsize.com>, John Strobel
<john.strobel@packsize.com>

I will just install all the frame work anyway,  and we will take it from there, as I took the measurements of provided space it is 9meters
including outfield table,, if they don't use the 4th row they will be fine


Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com
[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                Thu, May 7, 2020 at 5:20 AM
To: Corey Costello <ccostello@laddawn.com>
Cc: Noe Madera <noe.madera@packsize.com>

Dear Corey,

Below are important credentials for the newly installed packsize machine for your records,

Login details:

1. Admin
Username: Admin
Password: packsize123

2. Operator
Username: Operator
Password: operator

*Case sensitive characters

As agreed, we will commense the operator, maintenance and admin training today starting from 9am.

Regards

Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com
[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                Fri, May 8, 2020 at 10:31 AM
To: Corey Costello <ccostello@laddawn.com>
Cc: Noe Madera <noe.madera@packsize.com>, Dusan Morgan <dusan.morgan@packsize.com>

Dear Corey,
🖼 20200507_142240.jpg
🖼 20200508_105118.jpg
🖼 20200507_142220.jpg
🖼 20200507_142230.jpg

Please find attached for your information and records signed forms for individuals trained on the machine and gluer,
In summary the administrators, maintenance and operators were trained on startup and shut down, hardware and software of the
machines, how to make boxes and create articles, replacing corrugate, how to contact our support center via phone and packassist
application on the M1 machine, basic maintenance for both machines, safety requirements and general machine features.

It was a pleasure working with you and your team.

Thank you
[Quoted text hidden]
--


Lakin Odusami
Engineer, Field Service
Packsize International
+1-631-703-6928


Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**8 attachments**



**20200507_142240.jpg**
2253K



**20200507_142230.jpg**
2301K



**20200507_142220.jpg**
2368K



**20200508_105118.jpg**
3000K



**20200507_142240.jpg**
2253K



**20200507_142230.jpg**
2301K



**20200507_142220.jpg**
2368K



**20200508_105118.jpg**
3000K



Spanning Nabu <spanning.nabu@packsize.com>

## Next week
9 messages

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                         Fri, May 1, 2020 at 6:09 AM
To: Lakin Odusami <lakin.odusami@packsize.com>

Hi Lakin,

It looks we will have to finish the M1 at Laddawn together, per Noe. Pls share a traffic dept update on the new delivery (on Monday?), if
you have it.

Best
Dusan

--

Dusan Morgan
Packsize International



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                      Fri, May 1, 2020 at 6:14 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

Hello,

Per last week's conversation the machine should be on site by 8am Monday and this time it will most likely arrive on time.

Regards

Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com
[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                         Fri, May 1, 2020 at 6:20 AM
To: Lakin Odusami <lakin.odusami@packsize.com>

The local contact manager claims his experience is no delivery truck ever arrives before 10AM, when was asking about the last one.
Contact on the driver would thus be highly desirable, could we get it from Packsize Traffic?
[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                     Fri, May 1, 2020 at 10:30 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Bcc: noe.madera@packsize.com

Please refer to the slack message,  the truck is scheduled to arrive on dite by 8am, let me know if you can't be there by 8am so I can
leave my home by 3:30am to take the delivery,

Thank you
[Quoted text hidden]

**Dusan Morgan** <dusan.morgan@packsize.com>                    Fri, May 1, 2020 at 10:46 AM
To: Lakin Odusami <lakin.odusami@packsize.com>

Trust but verify.  It would be rather silly to leave so early and then wait in vain, don't you think?  I mentioned so to Noe and he agrees we should get a contact on the truck driver, this time around.
[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                    Fri, May 1, 2020 at 11:50 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

I leave the rest to you to handle your way.

See you on Monday


Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com
[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                    Fri, May 1, 2020 at 1:26 PM
To: Lakin Odusami <lakin.odusami@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>

I spoke to Traffic. Machine is on-time scheduled to arrive at 8:00 am.

On Fri, May 1, 2020 at 12:30 PM Lakin Odusami <lakin.odusami@packsize.com> wrote:
[Quoted text hidden]


--


Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com
[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                    Fri, May 1, 2020 at 1:38 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>

Dear Dusan,

Based on the below delivery update, can you please confirm if you can be on site by 8am on 05/04/2020 to receive the machine or not?

Thank you

Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com
[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                    Fri, May 1, 2020 at 4:19 PM
To: Lakin Odusami <lakin.odusami@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>

Dusan,

The machine delivery seems to be on-time. Please be onsite at, or before, 8:00 am on Monday to greet the driver and start the unloading of the machine.

Thank you.

[Quoted text hidden]



Spanning Nabu <spanning.nabu@packsize.com>

## Re: Packsize Welcome | Install | MC Packaging

14 messages

---

**Lakin Odusami** <lakin.odusami@packsize.com>                                          Wed, May 27, 2020 at 11:47 AM
To: jclair@mcpkg.com
Cc: Liza Antolick <liza.antolick@packsize.com>, Christopher Paul <chris.paul@packsize.com>, dramonas@mcpkg.com, Dusan Morgan <dusan.morgan@packsize.com>, Bill Benn <bill.benn@packsize.com>

Hi, Jonathan,

My name is Lakin, Packsize field service Engineer who will be leading the uninstallation and installation along with my colleagues Dusan and Bill, our arrival time on Monday will be between 9-10am.

Thank you


Lakin Odusami
Field Service Engineer
Packsize International

Web: www.packsize.com

On Wed, May 27, 2020, 1:37 PM Install Team US <install.team-us@packsize.com> wrote:
> Okay! Perfect! Have a great day!
>
> Lizz Parker
> Install Team US
> Packsize International
> 3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
>
>
> Web: www.packsize.com
>
> **Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.
>
>
> On Wed, May 27, 2020 at 11:30 AM Jonathan Clair <jclair@mcpkg.com> wrote:
>> We have corrugated on hand and another order coming on Friday.
>>
>>
>> Jonathan Clair
>>
>> VP Of Manufacturing
>>
>> MC Packaging Corporation
>>
>> 200 Adams Blvd.
>>
>> Farmingdale, NY. 11735
>>
>> Main: 631-694-3012
>>
>> Direct: 631-393-4715
>>
>> Cell: 630-888-8985
>>
>> Email: jclair@mcpkg.com
>>
>>
>> **From:** lizz.parker@packsize.com <lizz.parker@packsize.com> **On Behalf Of** Install Team US
>> **Sent:** Wednesday, May 27, 2020 1:29 PM

**To:** Jonathan Clair <jclair@mcpkg.com>
**Cc:** Dianna A. Ramonas <dramonas@mcpkg.com>; Liza Antolick <liza.antolick@packsize.com>; Christopher Paul <chris.paul@packsize.com>; Lakin Odusami <lakin.odusami@packsize.com>
**Subject:** Re: Packsize Welcome | Install | MC Packaging

Hi Jonathan,

The machine will arrive tomorrow around 8:00 AM. Are you going to be placing an order for corrugate?

Please let me know if you need anything else.

Thank you,

Lizz Parker

Install Team US

Packsize International

3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

On Wed, May 27, 2020 at 10:56 AM Jonathan Clair <jclair@mcpkg.com> wrote:

> Lizz,
> We're all set, do you have an ETA for the machine arrival tomorrow?
> Thanks,
>
>
> Jonathan Clair
> VP Of Manufacturing
> MC Packaging Corporation
> 200 Adams Blvd.
> Farmingdale, NY. 11735
> Main: 631-694-3012
> Direct: 631-393-4715
> Cell: 630-888-8985
> Email: jclair@mcpkg.com
>
> ─────────────────────────────
>
> **From:** Install Team US <install.team-us@packsize.com>
> **Sent:** Wednesday, May 27, 2020 10:27 AM
> **To:** Dianna A. Ramonas; Jonathan Clair
> **Cc:** Liza Antolick; Christopher Paul; Lakin Odusami
> **Subject:** Packsize Welcome | Install | MC Packaging



100129a1K1T000004yWko

My name is Lizz Parker and I would like to welcome you back to the Packsize family. I coordinate the delivery of your new On-Demand Packaging® system(s) and ensure your facility's installation readiness. Please review the following information closely so that we can assure you of a seamless installation process.

**Introducing Packsize Supply** 

It is time to prepare for your installation by ordering an initial supply of corrugated z-Fold®. To meet your installation timeline, it is imperative that you place this order no later than:

## 5/29/2020

To get started visit Packsize
Supply, our online ordering portal,
by clicking the link below:

## [supply.packsize.com](supply.packsize.com)

**Packsize z-Fold® Delivery** 

### Packsize Delivery

PPD & ADD (FOB Delivery): Packsize will manage and arrange transportation of the corrugated z-Fold® bales with our freight provider and invoice you for freight.

***Please provide receiving contact(s) and hours.***

**Packsize System Delivery** 

**When:**          **5/28/2020**

              200 Adams Boulevard

**Where:** Farmingdale, New York 11735

              United States

| What: | Description | Serial # | Qty |
|-------|-------------|----------|-----|
| | EM735 V2 | | 1 |
| | AGL4 2500_3500 | 204189 | 1 |

Please review all information for accuracy. If you have questions on how to use Packsize Supply or any other questions about the planned Packsize install, please contact me at your convenience.

Thank you for your commitment to packaging sustainability,



Lizz Parker

801.993.7903                                         a1K1T000004yWko

Install Team US

Packsize International

3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Jonathan Clair** <jclair@mcpkg.com>                                         Wed, May 27, 2020 at 11:49 AM
To: Lakin Odusami <lakin.odusami@packsize.com>
Cc: Liza Antolick <liza.antolick@packsize.com>, Christopher Paul <chris.paul@packsize.com>, "Dianna A. Ramonas"
<dramonas@mcpkg.com>, Dusan Morgan <dusan.morgan@packsize.com>, Bill Benn <bill.benn@packsize.com>

Looking forward to it.
Thank you,

Jonathan Clair
VP Of Manufacturing
MC Packaging Corporation

200 Adams Blvd.
Farmingdale, NY. 11735
Main: 631-694-3012
Direct: 631-393-4715
Cell: 630-888-8985
Email: jclair@mcpkg.com


**From:** Lakin Odusami <lakin.odusami@packsize.com>
**Sent:** Wednesday, May 27, 2020 1:48 PM
**To:** Jonathan Clair
**Cc:** Liza Antolick; Christopher Paul; Dianna A. Ramonas; Dusan Morgan; Bill Benn
[Quoted text hidden]
[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                    Wed, May 27, 2020 at 6:50 PM
To: Lakin Odusami <lakin.odusami@packsize.com>

I'll not make it before 12 Lakin,pre-surgery appointment in Hartford 8-9am on Monday June 1, the 1st morning one they have available.
Then I drive to MC Packaging, a 3 hr drive.
[Quoted text hidden]
--


Dusan Morgan
Field Service Engineer
Packsize International
+1-860-336-9032



Web: www.packsize.com



[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                    Wed, May 27, 2020 at 6:58 PM
To: Dusan Morgan <dusan.morgan@packsize.com>

Noted and be well
[Quoted text hidden]

---

**Lakin Odusami** <lakin.odusami@packsize.com>                    Wed, May 27, 2020 at 6:59 PM
To: Noe Madera <noe.madera@packsize.com>

Below email for your information.
[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                    Thu, Jun 4, 2020 at 8:00 AM
To: Noe Madera <noe.madera@packsize.com>

Just FYI below, Noe. That's why it is so perplexing why Lakin would complain to anyone.
Also, send me the link to Salesforce tutorial, thanks.

Dusan


---------- Forwarded message ----------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Wed, May 27, 2020 at 8:50 PM

Subject: Re: Packsize Welcome | Install | MC Packaging
To: Lakin Odusami <lakin.odusami@packsize.com>

I'll not make it before 12 Lakin,pre-surgery appointment in Hartford 8-9am on Monday June 1, the 1st morning one they have available. Then I drive to MC Packaging, a 3 hr drive.

[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                                          Thu, Jun 4, 2020 at 8:05 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

Thank you Dusan.

I added you to the NE Drive. You should have gotten an email with a link. The SF courses are in there.

[Quoted text hidden]

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                       Thu, Jun 4, 2020 at 8:42 AM
To: Noe Madera <noe.madera@packsize.com>

Thanks Noe. From Okta I went to Google Drive, then Shared Drive, NE Region and then Training. It looks the SF training docs are here:

https://drive.google.com/drive/u/0/folders/1ThI1Na7i_sxOyCAzAnLgII8c0tKsgwih

Also, there is wealth of other info on the drive, what's e.g. the B&H folder about?? There are FSE names that do not ring a bell at all.

[Quoted text hidden]

--

Dusan Morgan
Engineer, Field Service
Packsize International

Web: www.packsize.com

[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                                          Thu, Jun 4, 2020 at 8:47 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

Some info has to be updated.

Thank you,

Noé Madera
Northeast District Service Manager
(801) 875-1571 Cell
(801) 944-4814 Ext. 3 Phone

[Quoted text hidden]

---

**Chris Paul** <chris.paul@packsize.com>                                           Tue, Jun 9, 2020 at 7:50 AM
To: Noe Madera <noe.madera@packsize.com>

Hey,

We just installed at MC Packaging and they are having some issues with the gluer.  They are asking questions about the size of the glue flap and the position of the box during the glue cycle.  I'm going to direct them to reach out to the Hotline but wanted to see if you had any other ideas here.  I thought about getting them in touch with the product expert but, honestly, I don;t know who that would be.  Do you have a new Senior FSE that might  be able to help?

Let me know what you think.

Thanks!

CP

---------- Forwarded message ---------
From: **Jonathan Clair** <jclair@mcpkg.com>
Date: Mon, Jun 8, 2020 at 2:51 PM
Subject: RE: Packsize Welcome | Install | MC Packaging
To: Chris Paul <chris.paul@packsize.com>


Chris,

Provide me with a phone number for the right person to discuss the issue we spoke about please?


Thanks,


Jonathan Clair

VP Of Manufacturing

MC Packaging Corporation

200 Adams Blvd.

Farmingdale, NY. 11735

Main: 631-694-3012

Direct: 631-393-4715

Cell: 630-888-8985

Email: jclair@mcpkg.com


**From:** Chris Paul <chris.paul@packsize.com>
**Sent:** Monday, June 08, 2020 11:53 AM
**To:** Jonathan Clair <jclair@mcpkg.com>
**Cc:** Dianna A. Ramonas <dramonas@mcpkg.com>; Liza Antolick <liza.antolick@packsize.com>
**Subject:** Re: Packsize Welcome | Install | MC Packaging


Hi Jonathan,


**dropping the Install Team & Lakin as their involvement ended after the installation**


I looked through all of the documentation that we have for your account and I believe the 30-inch material was added to reduce your scrap percentage. The attached Excel file is the Raw Data for the last two weeks.  This shows that roughly half of the boxes made could have been made from 30-inch material.  This would have reduced your trim.  If this is representative of the sizes that you normally produce, then it might be worth ordering some of the 30-inch (four bale minimum).  You can watch the Trim Percentage and Bale Usage in Packnet.Report to see if it really is being used and having an impact.  If not, you can drop the widths.


I hope this helps.  Let us know if you have any questions.

Regards,


Chris


On Mon, Jun 8, 2020 at 8:26 AM Jonathan Clair <jclair@mcpkg.com> wrote:

> Chris,
>
> We will be placing a new PO within a week, and I wanted to make sure that the new size breakdown is accurate. I'm probably going
> to stay away from the 44 ECT at this time as the requirement is unpredictable from that customer. The 53" & 42" widths make sense,
> I'm not so sure about the 30" which is on 6%.
>
> Thoughts?
>
>
> Thanks,
>
>
> Jonathan Clair
>
> VP Of Manufacturing
>
> MC Packaging Corporation
>
> 200 Adams Blvd.
>
> Farmingdale, NY. 11735
>
> Main: 631-694-3012
>
> Direct: 631-393-4715
>
> Cell: 630-888-8985
>
> Email: jclair@mcpkg.com
>
>
> **From:** Chris Paul <chris.paul@packsize.com>
> **Sent:** Wednesday, May 27, 2020 8:04 PM
> **To:** Jonathan Clair <jclair@mcpkg.com>
> **Cc:** Install Team US <install.team-us@packsize.com>; Dianna A. Ramonas <dramonas@mcpkg.com>; Liza Antolick
> <liza.antolick@packsize.com>; Lakin Odusami <lakin.odusami@packsize.com>
> **Subject:** Re: Packsize Welcome | Install | MC Packaging
>
>
> Hi Jonathan,
>
>
> There were some new bale widths (below) to go with the new machine.  I believe these have been added to your Online Ordering
> account.
>
>
> The machine is already configured for 53, 42 & 30-inch widths.  The 53 inch represents 49% of your volume.  We can have the FSE
> add your old widths so you can run those out but you'll want t change over soon to gain the trim/scrap benefits.
>
>
> New widths:

**Z-Fold Optimization Results**                    New Z-Fold Optimization Result

| Action | Result Number | Option Number | Size | Percent | Grade |
|--------|---------------|---------------|------|---------|-------|
| Edit \| Del | ZFR-14461 | | 30.0000 | 6% | US - 44C |
| Edit \| Del | ZFR-14462 | | 53.0000 | 6% | US - 44C |
| Edit \| Del | ZFR-14463 | | 42.0000 | 35% | US - 32C |
| Edit \| Del | ZFR-14464 | | 30.0000 | 4% | US - 32C |
| Edit \| Del | ZFR-14465 | | 53.0000 | 49% | US - 32C |

Old widths:

| | |
|---|---|
| | 26.125" 32ECT C-Flute |
| | 41.625" 32ECT C-Flute |
| | 33.000" 32ECT C-Flute |
| 5 | Pallets |

Let us know if you have any questions.

Regards,

Chris

On Wed, May 27, 2020 at 1:30 PM Jonathan Clair <jclair@mcpkg.com> wrote:

We have corrugated on hand and another order coming on Friday.

Jonathan Clair

VP Of Manufacturing

MC Packaging Corporation

200 Adams Blvd.

Farmingdale, NY. 11735

Main: 631-694-3012

Direct: 631-393-4715

Cell: 630-888-8985

Email: jclair@mcpkg.com

**From:** lizz.parker@packsize.com <lizz.parker@packsize.com> **On Behalf Of** Install Team US
**Sent:** Wednesday, May 27, 2020 1:29 PM
**To:** Jonathan Clair <jclair@mcpkg.com>
**Cc:** Dianna A. Ramonas <dramonas@mcpkg.com>; Liza Antolick <liza.antolick@packsize.com>; Christopher Paul
<chris.paul@packsize.com>; Lakin Odusami <lakin.odusami@packsize.com>
**Subject:** Re: Packsize Welcome | Install | MC Packaging

Hi Jonathan,

The machine will arrive tomorrow around 8:00 AM. Are you going to be placing an order for corrugate?

Please let me know if you need anything else.

Thank you,

Lizz Parker

Install Team US

Packsize International

3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

On Wed, May 27, 2020 at 10:56 AM Jonathan Clair <jclair@mcpkg.com> wrote:

[Quoted text hidden]



100129a1K1T000004yWko

My name is Lizz Parker and I would like to welcome you back to the Packsize family. I coordinate the delivery of your new On-Demand Packaging® system(s) and ensure your facility's installation readiness. Please review the following information closely so that we can assure you of a seamless installation process.

**Introducing Packsize Supply**   

It is time to prepare for your installation by ordering an initial supply of corrugated z-Fold®. To meet your installation timeline, it is imperative that you place this order no later than:

**5/29/2020**

To get started visit Packsize Supply, our online ordering portal, by clicking the link below:

**supply.packsize.com**

**Packsize z-Fold® Delivery**

## Packsize Delivery

PPD & ADD (FOB Delivery): Packsize will manage and arrange transportation of the corrugated z-Fold® bales with our freight provider and invoice you for freight.

***Please provide receiving contact(s) and hours.***

**Packsize System Delivery** 

| | |
|---|---|
| **When:** | **5/28/2020** |

| | |
|---|---|
| | 200 Adams Boulevard |
| **Where:** | Farmingdale, New York 11735 |
| | United States |

| What: | Description | Serial # | Qty |
|---|---|---|---|
| | EM735 V2 | | 1 |
| | AGL4 2500_3500 | 204189 | 1 |

Please review all information for accuracy. If you have questions on how to use Packsize Supply or any other questions about the planned Packsize install, please contact me at your convenience.

Thank you for your commitment to packaging sustainability,



Lizz Parker

801.993.7903                          a1K1T000004yWko

Install Team US

Packsize International

3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Chris Paul

Engineer, Solutions

Packsize International

3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA

+1-585-402-2394



Web: www.packsize.com

--

Chris Paul

Engineer, Solutions

Packsize International

3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA

+1-585-402-2394



Web: www.packsize.com

--

Chris Paul
Engineer, Solutions
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-585-402-2394



Web: www.packsize.com

---

**Noe Madera** <noe.madera@packsize.com>                                      Tue, Jun 9, 2020 at 7:57 AM
To: Chris Paul <chris.paul@packsize.com>

Have them call the Hotline while I get someone to work with them.

[Quoted text hidden]
--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



[Quoted text hidden]

---

**Chris Paul** <chris.paul@packsize.com>                                      Tue, Jun 9, 2020 at 8:04 AM
To: Jonathan Clair <jclair@mcpkg.com>
Cc: Noe Madera <noe.madera@packsize.com>, Liza Antolick <liza.antolick@packsize.com>

Hi Jonathan,

I did reach out to the District Service Manager for his suggestions on how to proceed with this.  We'd like to begin this process by having
you reach out to the Hotline so they can enter a Case to get the ball rolling (there is a sticker on the front of the machine with the phone
number).  They may be able to provide additional information/suggestions regarding the functionality of the AGL4.  As mentioned, I
recall there being a way to use a reduced glue flap size but believe that there will be some mechanical adjustment of the gluer required.
The hotline may be able to assist here.

If we are unable to resolve this issue through the hotline, or progress becomes stalled, they will elevate the issue up to a more senior
level.  After that, we would be looking to dispatch an engineer for support.

I will watch to see the case opened and will monitor the progress.

I hope this helps.

Regards,

Chris
[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                                      Tue, Jun 9, 2020 at 8:19 AM
To: Chris Paul <chris.paul@packsize.com>

Great email! Thanks.

[Quoted text hidden]
--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

[Quoted text hidden]

---

**Jonathan Clair** <jclair@mcpkg.com>                                    Thu, Jun 11, 2020 at 10:39 AM
To: Chris Paul <chris.paul@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>, Liza Antolick <liza.antolick@packsize.com>

Chris,

Just an update what we've done to improve the operation.

We clamped a piece of 2x4 to have a side guide to assure the cartons are put in square. We too some cutting die rubber and adhered it to the point where the glue tab meets the stop to reduce the depth slightly.

This has improved things somewhat. I'd like to move forward with swapping out this gluer for a 4' machine ASAP, it will obviously cycle faster. We would like to have it supplied with the foot switch as well.

[Quoted text hidden]



Spanning Nabu <spanning.nabu@packsize.com>

---

## Our call

10 messages

---

**Noe Madera** <noe.madera@packsize.com>                                    Mon, Jun 8, 2020 at 8:48 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Bcc: Cody Hancey <cody.hancey@packsize.com>

Good morning Dusan,

This is to follow-up on the conversation that we had last week regarding negative feedback that I have received from your peers regarding punctuality and overall effort.
As you know, because of COVID-19, the Training for new FSEs has been put on pause so you need to take every opportunity when you go out there on the field with a seasoned FSE as a learning opportunity.
This means that you should be onsite at the agreed time or earlier to get the most out of your day. As you know, late arrivals were the main point of our conversation.
Another complaint was that you spend time on your laptop and do not pay attention or assist unless instructed otherwise. Remember that when you are out with an FSE that is assigned to an install or a case, he is in charge of the tasks at hand and you should inform them if you have to use your laptop for any purpose as they might need your assistance in something else.

Finally, after our conversation, I had the chance to talk to another FSE that was out on the field with you previously and I also received negative feedback. The complaints were quite similar.

Moving forward, please adhere to the points of our conversation and make sure that you communicate, especially with me, if you are not going to be on-time or if you have appointments or other types of situations that are going to prevent you from doing your job as you should.

Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                 Mon, Jun 8, 2020 at 10:49 AM
To: Noe Madera <noe.madera@packsize.com>

Hi Noe,

Tried to call you to recap the below, no luck.  So here's my written scoop - at my age and existing physical disability, I am  surprised I was accused of "not keeping up" and "slowing others down", as voiced by one of the senior  peers.  "Spending time on computer" means retrieving and studying installation and software procedures I am not familiar with, I prefer not to do it on a smart phone and I wasn't properly trained in them yet.  Plus I would never point to or complain  when others spend too much time on their smartphones or PCs. None of my business.

Even so, I  did my best during the multiple M1 quite laborious installations, which aggravated the existing handicap, contributing to the upcoming surgery that had to be accelerated. I wish it was all taken into consideration, plus that I didn't ask for any special accomodation, rather gritting my teeth with discomfort, swallowing daily painkillers and trying to do my best...What pains me most is that  the same senior  peer knew I was not entirely physically OK, could see my struggle, yet still complained over your head to a higher

up first, which resulted in our Friday talk and the above mentioned reprimand.   That's my 5 cent contribution, for what it is worth, there is always a flip side to each coin.... I wish all this could have been discussed and resolved face to face, in the presence of those that voiced fair or undeserved complaint(s).   Apparently they were not brave enough to ask my side of the story first.

Dusan

On Mon, Jun 8, 2020 at 10:48 AM Noe Madera <noe.madera@packsize.com> wrote:

Good morning Dusan,

This is to follow-up on the conversation that we had last week regarding negative feedback that I have received from your peers regarding punctuality and overall effort.
As you know, because of COVID-19, the Training for new FSEs has been put on pause so you need to take every opportunity when you go out there on the field with a seasoned FSE as a learning opportunity.
This means that you should be onsite at the agreed time or earlier to get the most out of your day. As you know, late arrivals were the main point of our conversation.
Another complaint was that you spend time on your laptop and do not pay attention or assist unless instructed otherwise. Remember that when you are out with an FSE that is assigned to an install or a case, he is in charge of the tasks at hand and you should inform them if you have to use your laptop for any purpose as they might need your assistance in something else.

Finally, after our conversation, I had the chance to talk to another FSE that was out on the field with you previously and I also received negative feedback. The complaints were quite similar.

Moving forward, please adhere to the points of our conversation and make sure that you communicate, especially with me, if you are not going to be on-time or if you have appointments or other types of situations that are going to prevent you from doing your job as you should.

Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International

Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please

notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                    Mon, Jun 8, 2020 at 10:50 AM
To: DM <dm@bestmail.us>

---------- Forwarded message ---------
From: **Noe Madera** <noe.madera@packsize.com>
Date: Mon, Jun 8, 2020 at 10:48 AM
Subject: Our call
To: Dusan Morgan <dusan.morgan@packsize.com>

Good morning Dusan,

This is to follow-up on the conversation that we had last week regarding negative feedback that I have received from your peers regarding punctuality and overall effort.
As you know, because of COVID-19, the Training for new FSEs has been put on pause so you need to take every opportunity when you go out there on the field with a seasoned FSE as a learning opportunity.
This means that you should be onsite at the agreed time or earlier to get the most out of your day. As you know, late arrivals were the main point of our conversation.
Another complaint was that you spend time on your laptop and do not pay attention or assist unless instructed otherwise. Remember that when you are out with an FSE that is assigned to an install or a case, he is in charge of the tasks at hand and you should inform them if you have to use your laptop for any purpose as they might need your assistance in something else.

Finally, after our conversation, I had the chance to talk to another FSE that was out on the field with you previously and I also received negative feedback. The complaints were quite similar.

Moving forward, please adhere to the points of our conversation and make sure that you communicate, especially with me, if you are not going to be on-time or if you have appointments or other types of situations that are going to prevent you from doing your job as you should.

Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

**Dusan Morgan** <dusan.morgan@packsize.com>                                    Mon, Jun 8, 2020 at 10:54 AM
To: DM <dm@bestmail.us>

---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Mon, Jun 8, 2020 at 12:49 PM
Subject: Re: Our call
To: Noe Madera <noe.madera@packsize.com>

Hi Noe,

Tried to call you to recap the below, no luck.  So here's my written scoop - at my age and existing physical disability, I am  surprised I was accused of "not keeping up" and "slowing others down", as voiced by one of the senior  peers.  "Spending time on computer" means retrieving and studying installation and software procedures I am not familiar with, I prefer not to do it on a smart phone and I wasn't properly trained in them yet.  Plus I would never point to or complain  when others spend too much time on their smartphones or PCs. None of my business.

Even so, I  did my best during the multiple M1 quite laborious installations, which aggravated the existing handicap, contributing to the upcoming surgery that had to be accelerated. I wish it was all taken into consideration, plus that I didn't ask for any special accomodation, rather gritting my teeth with discomfort, swallowing daily painkillers and trying to do my best...What pains me most is that  the same senior  peer knew I was not entirely physically OK, could see my struggle, yet still complained over your head to a higher up first, which resulted in our Friday talk and the above mentioned reprimand.   That's my 5 cent contribution, for what it is worth, there is always a flip side to each coin.... I wish all this could have been discussed and resolved face to face, in the presence of those that voiced fair or undeserved complaint(s).   Apparently they were not brave enough to ask my side of the story first.

Dusan

On Mon, Jun 8, 2020 at 10:48 AM Noe Madera <noe.madera@packsize.com> wrote:
> Good morning Dusan,
>
> This is to follow-up on the conversation that we had last week regarding negative feedback that I have received from your peers regarding punctuality and overall effort.
> As you know, because of COVID-19, the Training for new FSEs has been put on pause so you need to take every opportunity when you go out there on the field with a seasoned FSE as a learning opportunity.
> This means that you should be onsite at the agreed time or earlier to get the most out of your day. As you know, late arrivals were the main point of our conversation.
> Another complaint was that you spend time on your laptop and do not pay attention or assist unless instructed otherwise. Remember that when you are out with an FSE that is assigned to an install or a case, he is in charge of the tasks at hand and you should inform them if you have to use your laptop for any purpose as they might need your assistance in something else.
>
> Finally, after our conversation, I had the chance to talk to another FSE that was out on the field with you previously and I also received negative feedback. The complaints were quite similar.
>
> Moving forward, please adhere to the points of our conversation and make sure that you communicate, especially with me, if you are not going to be on-time or if you have appointments or other types of situations that are going to prevent you from doing your job as you should.
>
> Thank you,
>
> Noe Madera
> Manager, District Service
> Packsize International
> 3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
> +1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

**Noe Madera** <noe.madera@packsize.com>                                        Mon, Jun 8, 2020 at 11:45 AM
To: Dusan Morgan <dusan.morgan@packsize.com>

Dusan,

I have a few calls this morning. I will call you this afternoon.

On Mon, Jun 8, 2020 at 12:49 PM Dusan Morgan <dusan.morgan@packsize.com> wrote:

Hi Noe,

Tried to call you to recap the below, no luck.  So here's my written scoop - at my age and existing physical disability, I am  surprised I was accused of "not keeping up" and "slowing others down", as voiced by one of the senior  peers.  "Spending time on computer" means retrieving and studying installation and software procedures I am not familiar with, I prefer not to do it on a smart phone and I wasn't properly trained in them yet.  Plus I would never point to or complain  when others spend too much time on their smartphones or PCs. None of my business.

Even so, I  did my best during the multiple M1 quite laborious installations, which aggravated the existing handicap, contributing to the upcoming surgery that had to be accelerated. I wish it was all taken into consideration, plus that I didn't ask for any special accomodation, rather gritting my teeth with discomfort, swallowing daily painkillers and trying to do my best...What pains me most is that  the same senior  peer knew I was not entirely physically OK, could see my struggle, yet still complained over your head to a higher up first, which resulted in our Friday talk and the above mentioned reprimand.   That's my 5 cent contribution, for what it is worth, there is always a flip side to each coin.... I wish all this could have been discussed and resolved face to face, in the presence of those that voiced fair or undeserved complaint(s).   Apparently they were not brave enough to ask my side of the story first.

Dusan

On Mon, Jun 8, 2020 at 10:48 AM Noe Madera <noe.madera@packsize.com> wrote:

Good morning Dusan,

This is to follow-up on the conversation that we had last week regarding negative feedback that I have received from your peers regarding punctuality and overall effort.
As you know, because of COVID-19, the Training for new FSEs has been put on pause so you need to take every opportunity when you go out there on the field with a seasoned FSE as a learning opportunity.
This means that you should be onsite at the agreed time or earlier to get the most out of your day. As you know, late arrivals were the main point of our conversation.
Another complaint was that you spend time on your laptop and do not pay attention or assist unless instructed otherwise. Remember that when you are out with an FSE that is assigned to an install or a case, he is in charge of the tasks at hand and you should inform them if you have to use your laptop for any purpose as they might need your assistance in something else.

Finally, after our conversation, I had the chance to talk to another FSE that was out on the field with you previously and I also received negative feedback. The complaints were quite similar.

Moving forward, please adhere to the points of our conversation and make sure that you communicate, especially with me, if you are not going to be on-time or if you have appointments or other types of situations that are going to prevent you from doing your job as you should.

Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Noe Madera** <noe.madera@packsize.com>                                    Mon, Jun 8, 2020 at 2:12 PM
To: Cody Hancey <cody.hancey@packsize.com>

FYI

---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Mon, Jun 8, 2020 at 12:49 PM
Subject: Re: Our call
To: Noe Madera <noe.madera@packsize.com>

Hi Noe,

Tried to call you to recap the below, no luck.  So here's my written scoop - at my age and existing physical disability, I am  surprised I was accused of "not keeping up" and "slowing others down", as voiced by one of the senior  peers.  "Spending time on computer" means retrieving and studying installation and software procedures I am not familiar with, I prefer not to do it on a smart phone and I wasn't properly trained in them yet.  Plus I would never point to or complain  when others spend too much time on their smartphones or PCs. None of my business.

Even so, I  did my best during the multiple M1 quite laborious installations, which aggravated the existing handicap, contributing to the upcoming surgery that had to be accelerated. I wish it was all taken into consideration, plus that I didn't ask for any special accomodation, rather gritting my teeth with discomfort, swallowing daily painkillers and trying to do my best...What pains me most is that  the same senior  peer knew I was not entirely physically OK, could see my struggle, yet still complained over your head to a higher up first, which resulted in our Friday talk and the above mentioned reprimand.   That's my 5 cent contribution, for what it is worth, there is always a flip side to each coin.... I wish all this could have been discussed and resolved face to face, in the presence of those that voiced fair or undeserved complaint(s).   Apparently they were not brave enough to ask my side of the story first.

Dusan

On Mon, Jun 8, 2020 at 10:48 AM Noe Madera <noe.madera@packsize.com> wrote:

Good morning Dusan,

This is to follow-up on the conversation that we had last week regarding negative feedback that I have received from your peers regarding punctuality and overall effort.
As you know, because of COVID-19, the Training for new FSEs has been put on pause so you need to take every opportunity when you go out there on the field with a seasoned FSE as a learning opportunity.
This means that you should be onsite at the agreed time or earlier to get the most out of your day. As you know, late arrivals were the main point of our conversation.
Another complaint was that you spend time on your laptop and do not pay attention or assist unless instructed otherwise. Remember that when you are out with an FSE that is assigned to an install or a case, he is in charge of the tasks at hand and you should inform them if you have to use your laptop for any purpose as they might need your assistance in something else.

Finally, after our conversation, I had the chance to talk to another FSE that was out on the field with you previously and I also received negative feedback. The complaints were quite similar.

Moving forward, please adhere to the points of our conversation and make sure that you communicate, especially with me, if you are not going to be on-time or if you have appointments or other types of situations that are going to prevent you from doing your job as you should.

Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International

Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera

Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Noe Madera** <noe.madera@packsize.com>                                            Mon, Jun 8, 2020 at 3:40 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Bcc: Cody Hancey <cody.hancey@packsize.com>

Dusan,

I have to say that I am a bit disappointed with the details of your response. Before you started, we had interviews and talks and even a field interview where I adamantly explained the physicality of the job. As an FSE, I remember explaining, you would be installing and uninstalling machines, performing repairs, installing parts (some heavy) and making upgrades to machines. All of this takes a lot of physical effort, There is bending down, picking up heavy equipment and other very physical tasks involved as you have seen shadowing your peers on the field.
I wish you would have informed me ahead of time on our interviews that you had an existing physical disability that would prevent you from performing the job satisfactorily. Unfortunately the job is not going to change. The physical demand is there and you will need to be fully able to perform the tasks that I outlined above.
No other FSE has requested Special Accommodations to perform the work. I need an FSE that can go out there and perform an install, PM or a repair unassisted.
We do not want you to be consuming pills either just to try to keep up as that might become a danger as well.

As far as the feedback from the FSEs, it is normal for us to request feedback every time they go out to train new FSEs. Every single one of them was new at some point and either I or another Manager asked their Leads about their performance.
If the feedback would have been positive I would make sure to share it as well.

Let's pick up this conversation after your surgery. I hope everything goes well without complications.


Talk to you soon.


On Mon, Jun 8, 2020 at 12:49 PM Dusan Morgan <dusan.morgan@packsize.com> wrote:
> Hi Noe,
>
> Tried to call you to recap the below, no luck.  So here's my written scoop - at my age and existing physical disability, I am  surprised I
> was accused of "not keeping up" and "slowing others down", as voiced by one of the senior  peers.  "Spending time on computer"
> means retrieving and studying installation and software procedures I am not familiar with, I prefer not to do it on a smart phone and I
> wasn't properly trained in them yet.  Plus I would never point to or complain  when others spend too much time on their smartphones
> or PCs. None of my business.
>
> Even so, I  did my best during the multiple M1 quite laborious installations, which aggravated the existing handicap, contributing to the
> upcoming surgery that had to be accelerated. I wish it was all taken into consideration, plus that I didn't ask for any special
> accomodation, rather gritting my teeth with discomfort, swallowing daily painkillers and trying to do my best...What pains me most is
> that  the same senior  peer knew I was not entirely physically OK, could see my struggle, yet still complained over your head to a
> higher up first, which resulted in our Friday talk and the above mentioned reprimand.   That's my 5 cent contribution, for what it is
> worth, there is always a flip side to each coin.... I wish all this could have been discussed and resolved face to face, in the presence of
> those that voiced fair or undeserved complaint(s).   Apparently they were not brave enough to ask my side of the story first.
>
> Dusan
>
> On Mon, Jun 8, 2020 at 10:48 AM Noe Madera <noe.madera@packsize.com> wrote:
> > Good morning Dusan,

This is to follow-up on the conversation that we had last week regarding negative feedback that I have received from your peers regarding punctuality and overall effort.

As you know, because of COVID-19, the Training for new FSEs has been put on pause so you need to take every opportunity when you go out there on the field with a seasoned FSE as a learning opportunity.

This means that you should be onsite at the agreed time or earlier to get the most out of your day. As you know, late arrivals were the main point of our conversation.

Another complaint was that you spend time on your laptop and do not pay attention or assist unless instructed otherwise. Remember that when you are out with an FSE that is assigned to an install or a case, he is in charge of the tasks at hand and you should inform them if you have to use your laptop for any purpose as they might need your assistance in something else.

Finally, after our conversation, I had the chance to talk to another FSE that was out on the field with you previously and I also received negative feedback. The complaints were quite similar.

Moving forward, please adhere to the points of our conversation and make sure that you communicate, especially with me, if you are not going to be on-time or if you have appointments or other types of situations that are going to prevent you from doing your job as you should.

Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International

3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

**Noe Madera** <noe.madera@packsize.com>                                          Mon, Jun 8, 2020 at 3:53 PM
To: Mark Subido <mark.subido@packsize.com>

FYI

---------- Forwarded message ---------
From: **Noe Madera** <noe.madera@packsize.com>
Date: Mon, Jun 8, 2020 at 5:40 PM
Subject: Re: Our call
To: Dusan Morgan <dusan.morgan@packsize.com>


Dusan,

I have to say that I am a bit disappointed with the details of your response. Before you started, we had interviews and talks and even a field interview where I adamantly explained the physicality of the job. As an FSE, I remember explaining, you would be installing and uninstalling machines, performing repairs, installing parts (some heavy) and making upgrades to machines. All of this takes a lot of physical effort, There is bending down, picking up heavy equipment and other very physical tasks involved as you have seen shadowing your peers on the field.
I wish you would have informed me ahead of time on our interviews that you had an existing physical disability that would prevent you from performing the job satisfactorily. Unfortunately the job is not going to change. The physical demand is there and you will need to be fully able to perform the tasks that I outlined above.
No other FSE has requested Special Accommodations to perform the work. I need an FSE that can go out there and perform an install, PM or a repair unassisted.
We do not want you to be consuming pills either just to try to keep up as that might become a danger as well.

As far as the feedback from the FSEs, it is normal for us to request feedback every time they go out to train new FSEs. Every single one of them was new at some point and either I or another Manager asked their Leads about their performance.
If the feedback would have been positive I would make sure to share it as well.

Let's pick up this conversation after your surgery. I hope everything goes well without complications.


Talk to you soon.


On Mon, Jun 8, 2020 at 12:49 PM Dusan Morgan <dusan.morgan@packsize.com> wrote:
> Hi Noe,
>
> Tried to call you to recap the below, no luck.  So here's my written scoop - at my age and existing physical disability, I am  surprised I was accused of "not keeping up" and "slowing others down", as voiced by one of the senior  peers.  "Spending time on computer" means retrieving and studying installation and software procedures I am not familiar with, I prefer not to do it on a smart phone and I wasn't properly trained in them yet.  Plus I would never point to or complain  when others spend too much time on their smartphones or PCs. None of my business.
>
> Even so, I  did my best during the multiple M1 quite laborious installations, which aggravated the existing handicap, contributing to the upcoming surgery that had to be accelerated. I wish it was all taken into consideration, plus that I didn't ask for any special accomodation, rather gritting my teeth with discomfort, swallowing daily painkillers and trying to do my best...What pains me most is that  the same senior  peer knew I was not entirely physically OK, could see my struggle, yet still complained over your head to a higher up first, which resulted in our Friday talk and the above mentioned reprimand.   That's my 5 cent contribution, for what it is worth, there is always a flip side to each coin.... I wish all this could have been discussed and resolved face to face, in the presence of those that voiced fair or undeserved complaint(s).   Apparently they were not brave enough to ask my side of the story first.

Dusan

On Mon, Jun 8, 2020 at 10:48 AM Noe Madera <noe.madera@packsize.com> wrote:

Good morning Dusan,

This is to follow-up on the conversation that we had last week regarding negative feedback that I have received from your peers regarding punctuality and overall effort.
As you know, because of COVID-19, the Training for new FSEs has been put on pause so you need to take every opportunity when you go out there on the field with a seasoned FSE as a learning opportunity.
This means that you should be onsite at the agreed time or earlier to get the most out of your day. As you know, late arrivals were the main point of our conversation.
Another complaint was that you spend time on your laptop and do not pay attention or assist unless instructed otherwise. Remember that when you are out with an FSE that is assigned to an install or a case, he is in charge of the tasks at hand and you should inform them if you have to use your laptop for any purpose as they might need your assistance in something else.

Finally, after our conversation, I had the chance to talk to another FSE that was out on the field with you previously and I also received negative feedback. The complaints were quite similar.

Moving forward, please adhere to the points of our conversation and make sure that you communicate, especially with me, if you are not going to be on-time or if you have appointments or other types of situations that are going to prevent you from doing your job as you should.

Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                    Mon, Jun 15, 2020 at 7:03 PM
To: Noe Madera <noe.madera@packsize.com>

Hi Noe,

A bit of update so that you are in the loop, as promised.  I am out of surgery, recovering, on STD leave for now. Insofar I know it went well but there will be multiple follow-ups and only gradual easing of restrictions they placed on me, in terms of what I can or can't do.  It was a fairly complex procedure, took the team over three hours to complete while I was under. I underestimated what they'd have to do, not as routine  as I originally thought (and the surgeon made me believe). You can google "bilateral laminotomy", if you want to see what they actually did and what I have to recover from.

So forget about any disappointments for now, purpose of all this was to correct my physical limitation(s), or at least improve them, not to use the handicap for special considerations or "reasonable accommodation" companies are required to provide.  Also timing was out of my hands.

Let's follow up via phone but give me a few days, right now I am still quite sore and full of narcotics, only yesterday I could barely walk.

Dusan

P.S. Even though I am on STD and getting much less comp, I plan to use at least some time I am off for more training.  Already requested SalesForce training assistance from Todd Follmer (who, as it turns out, also went through similar spinal correction recently -

his was easier, though).

On Mon, Jun 8, 2020 at 5:40 PM Noe Madera <noe.madera@packsize.com> wrote:
> Dusan,
>
> I have to say that I am a bit disappointed with the details of your response. Before you started, we had interviews and talks and even a field interview where I adamantly explained the physicality of the job. As an FSE, I remember explaining, you would be installing and uninstalling machines, performing repairs, installing parts (some heavy) and making upgrades to machines. All of this takes a lot of physical effort, There is bending down, picking up heavy equipment and other very physical tasks involved as you have seen shadowing your peers on the field.
> I wish you would have informed me ahead of time on our interviews that you had an existing physical disability that would prevent you from performing the job satisfactorily. Unfortunately the job is not going to change. The physical demand is there and you will need to be fully able to perform the tasks that I outlined above.
> No other FSE has requested Special Accommodations to perform the work. I need an FSE that can go out there and perform an install, PM or a repair unassisted.
> We do not want you to be consuming pills either just to try to keep up as that might become a danger as well.
>
> As far as the feedback from the FSEs, it is normal for us to request feedback every time they go out to train new FSEs. Every single one of them was new at some point and either I or another Manager asked their Leads about their performance.
> If the feedback would have been positive I would make sure to share it as well.
>
> Let's pick up this conversation after your surgery. I hope everything goes well without complications.
>
>
> Talk to you soon.
>
>
> On Mon, Jun 8, 2020 at 12:49 PM Dusan Morgan <dusan.morgan@packsize.com> wrote:
>> Hi Noe,
>>
>> Tried to call you to recap the below, no luck.  So here's my written scoop - at my age and existing physical disability, I am  surprised I was accused of "not keeping up" and "slowing others down", as voiced by one of the senior  peers.  "Spending time on computer" means retrieving and studying installation and software procedures I am not familiar with, I prefer not to do it on a smart phone and I wasn't properly trained in them yet.  Plus I would never point to or complain  when others spend too much time on their smartphones or PCs. None of my business.
>>
>> Even so, I  did my best during the multiple M1 quite laborious installations, which aggravated the existing handicap, contributing to the upcoming surgery that had to be accelerated. I wish it was all taken into consideration, plus that I didn't ask for any special accomodation, rather gritting my teeth with discomfort, swallowing daily painkillers and trying to do my best...What pains me most is that  the same senior  peer knew I was not entirely physically OK, could see my struggle, yet still complained over your head to a higher up first, which resulted in our Friday talk and the above mentioned reprimand.   That's my 5 cent contribution, for what it is worth, there is always a flip side to each coin.... I wish all this could have been discussed and resolved face to face, in the presence of those that voiced fair or undeserved complaint(s).   Apparently they were not brave enough to ask my side of the story first.
>>
>>
>> Dusan
>>
>> On Mon, Jun 8, 2020 at 10:48 AM Noe Madera <noe.madera@packsize.com> wrote:
>>> Good morning Dusan,
>>>
>>> This is to follow-up on the conversation that we had last week regarding negative feedback that I have received from your peers regarding punctuality and overall effort.
>>> As you know, because of COVID-19, the Training for new FSEs has been put on pause so you need to take every opportunity when you go out there on the field with a seasoned FSE as a learning opportunity.
>>> This means that you should be onsite at the agreed time or earlier to get the most out of your day. As you know, late arrivals were the main point of our conversation.
>>> Another complaint was that you spend time on your laptop and do not pay attention or assist unless instructed otherwise. Remember that when you are out with an FSE that is assigned to an install or a case, he is in charge of the tasks at hand and you should inform them if you have to use your laptop for any purpose as they might need your assistance in something else.
>>>
>>> Finally, after our conversation, I had the chance to talk to another FSE that was out on the field with you previously and I also received negative feedback. The complaints were quite similar.
>>>
>>> Moving forward, please adhere to the points of our conversation and make sure that you communicate, especially with me, if you are not going to be on-time or if you have appointments or other types of situations that are going to prevent you from doing your job as you should.
>>>
>>> Thank you,
>>>
>>> Noe Madera
>>> Manager, District Service
>>> Packsize International

3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Noe Madera** <noe.madera@packsize.com>                                      Tue, Jun 16, 2020 at 6:52 AM
To: Cody Hancey <cody.hancey@packsize.com>, Britt Zumwalt <britt.zumwalt@packsize.com>

FYI

Thank you,

Noé Madera
Northeast District Service Manager
(801) 875-1571 Cell
(801) 944-4814 Ext. 3 Phone

---------- Forwarded message ---------
From: **Dusan Morgan** <dusan.morgan@packsize.com>
Date: Mon, Jun 15, 2020, 9:03 PM
Subject: Re: Our call
To: Noe Madera <noe.madera@packsize.com>


Hi Noe,

A bit of update so that you are in the loop, as promised.  I am out of surgery, recovering, on STD leave for now. Insofar I know it went well but there will be multiple follow-ups and only gradual easing of restrictions they placed on me, in terms of what I can or can't do.  It was a fairly complex procedure, took the team over three hours to complete while I was under. I underestimated what they'd have to do, not as routine  as I originally thought (and the surgeon made me believe). You can google "bilateral laminotomy", if you want to see what they actually did and what I have to recover from.

So forget about any disappointments for now, purpose of all this was to correct my physical limitation(s), or at least improve them, not to use the handicap for special considerations or "reasonable accommodation" companies are required to provide.  Also timing was out of my hands.

Let's follow up via phone but give me a few days, right now I am still quite sore and full of narcotics, only yesterday I could barely walk.

Dusan

P.S. Even though I am on STD and getting much less comp, I plan to use at least some time I am off for more training.  Already requested SalesForce training assistance from Todd Follmer (who, as it turns out, also went through similar spinal correction recently - his was easier, though).

On Mon, Jun 8, 2020 at 5:40 PM Noe Madera <noe.madera@packsize.com> wrote:

Dusan,

I have to say that I am a bit disappointed with the details of your response. Before you started, we had interviews and talks and even a field interview where I adamantly explained the physicality of the job. As an FSE, I remember explaining, you would be installing and uninstalling machines, performing repairs, installing parts (some heavy) and making upgrades to machines. All of this takes a lot of physical effort, There is bending down, picking up heavy equipment and other very physical tasks involved as you have seen shadowing your peers on the field.
I wish you would have informed me ahead of time on our interviews that you had an existing physical disability that would prevent you from performing the job satisfactorily. Unfortunately the job is not going to change. The physical demand is there and you will need to be fully able to perform the tasks that I outlined above.

No other FSE has requested Special Accommodations to perform the work. I need an FSE that can go out there and perform an install, PM or a repair unassisted.
We do not want you to be consuming pills either just to try to keep up as that might become a danger as well.

As far as the feedback from the FSEs, it is normal for us to request feedback every time they go out to train new FSEs. Every single one of them was new at some point and either I or another Manager asked their Leads about their performance.
If the feedback would have been positive I would make sure to share it as well.

Let's pick up this conversation after your surgery. I hope everything goes well without complications.


Talk to you soon.


On Mon, Jun 8, 2020 at 12:49 PM Dusan Morgan <dusan.morgan@packsize.com> wrote:

Hi Noe,

Tried to call you to recap the below, no luck.  So here's my written scoop - at my age and existing physical disability, I am  surprised I was accused of "not keeping up" and "slowing others down", as voiced by one of the senior  peers.  "Spending time on computer" means retrieving and studying installation and software procedures I am not familiar with, I prefer not to do it on a smart phone and I wasn't properly trained in them yet.  Plus I would never point to or complain  when others spend too much time on their smartphones or PCs. None of my business.

Even so, I  did my best during the multiple M1 quite laborious installations, which aggravated the existing handicap, contributing to the upcoming surgery that had to be accelerated. I wish it was all taken into consideration, plus that I didn't ask for any special accomodation, rather gritting my teeth with discomfort, swallowing daily painkillers and trying to do my best...What pains me most is that  the same senior  peer knew I was not entirely physically OK, could see my struggle, yet still complained over your head to a higher up first, which resulted in our Friday talk and the above mentioned reprimand.   That's my 5 cent contribution, for what it is worth, there is always a flip side to each coin.... I wish all this could have been discussed and resolved face to face, in the presence of those that voiced fair or undeserved complaint(s).   Apparently they were not brave enough to ask my side of the story first.


Dusan

On Mon, Jun 8, 2020 at 10:48 AM Noe Madera <noe.madera@packsize.com> wrote:

Good morning Dusan,

This is to follow-up on the conversation that we had last week regarding negative feedback that I have received from your peers regarding punctuality and overall effort.
As you know, because of COVID-19, the Training for new FSEs has been put on pause so you need to take every opportunity when you go out there on the field with a seasoned FSE as a learning opportunity.
This means that you should be onsite at the agreed time or earlier to get the most out of your day. As you know, late arrivals were the main point of our conversation.
Another complaint was that you spend time on your laptop and do not pay attention or assist unless instructed otherwise. Remember that when you are out with an FSE that is assigned to an install or a case, he is in charge of the tasks at hand and you should inform them if you have to use your laptop for any purpose as they might need your assistance in something else.

Finally, after our conversation, I had the chance to talk to another FSE that was out on the field with you previously and I also received negative feedback. The complaints were quite similar.

Moving forward, please adhere to the points of our conversation and make sure that you communicate, especially with me, if you are not going to be on-time or if you have appointments or other types of situations that are going to prevent you from doing your job as you should.

Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International

Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.



Spanning Nabu <spanning.nabu@packsize.com>

## Dusan Morgan
2 messages

---

**Noe Madera** <noe.madera@packsize.com>                                     Wed, Oct 14, 2020 at 2:00 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

Hi Britt,

I am planning to have Dusan take the Hotline-related courses on Bridge and, once he is done, Laurie Davis will spend a day tutoring him remotely in the Hotline process. Once he is done I am planning on adding him to the Hotline schedule during the day time where he can have extra support should he run into any issues.

Bridge registers the time utilized to complete the courses and so does the Hotline system so we will have clear data as far as the hours he works.

Please let me know if it is ok to move forward with this plan.

Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                     Wed, Oct 14, 2020 at 2:38 PM
To: Noe Madera <noe.madera@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>

This sounds like a great plan.  Thanks!

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]



**Spanning Nabu <spanning.nabu@packsize.com>**

## You've been enrolled in Shadow Hotline Completed
2 messages

**Bridge PackU** <notifications@packsize.bridgeapp.com>                    Wed, Oct 14, 2020 at 11:50 AM
Reply-To: michael.lamph@packsize.com
To: dusan.morgan@packsize.com



Dusan Morgan, you have been enrolled in a checkpoint.

_____

### Shadow Hotline Completed

This will be approved by your manager acknowledging completion of shadowing another TSR. When submitting for approval make sure to give a brief description of what you learned and your experience during the shadow week.

Requires Approval by Noe Madera

VIEW CHECKPOINT

You have received this email because Packsize International, LLC uses Bridge.

.::. BRIDGE

**Dusan Morgan** <dusan.morgan@packsize.com>                    Sat, Oct 17, 2020 at 9:08 AM
To: Noe Madera <noe.madera@packsize.com>

Hi Noe, when talking with Laurie and figuring out how best to plug me into the hotline support, please discuss if there is a way for me to do a few hands-on dry runs before going live. There is only so much one can learn and remember from the online courses, no matter how well constructed they are.

All of the hotline-related ones I could find were otherwise completed.

Thanks,
Dusan

[Quoted text hidden]
--

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.



Spanning Nabu <spanning.nabu@packsize.com>

---

## Work plan
7 messages

---

**Noe Madera** <noe.madera@packsize.com>                                    Thu, Oct 15, 2020 at 6:45 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Britt Zumwalt <britt.zumwalt@packsize.com>, Laurie Davis <laurie.davis@packsize.com>, Cody Hancey
<cody.hancey@packsize.com>

Hi Dusan,

As per our conversation yesterday, we will incorporate you into the Hotline rotation next week. For this to happen please make sure that
you log into Bridge and take all of the necessary Hotline training courses starting today. Once you are finished with the courses I will
schedule an additional training session between you and Laurie Davis, most likely for tomorrow, so she can walk you through the log-in
process and coach you regarding best-practices. She should be able to answer any questions that you might have regarding the
process.
You will be on the daytime rotation until you get a bit of experience being that there is plenty of support should you run into any issues.
Once it is determined that you are ready and that you have familiarized yourself with the process we will transition you into the nights
and weekends rotation.

Please let me know if you have any questions.

Thank you,

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination,
distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please
notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                    Thu, Oct 15, 2020 at 7:19 AM
To: Noe Madera <noe.madera@packsize.com>, Britt Zumwalt <britt.zumwalt@packsize.com>, Laurie Davis <laurie.davis@packsize.com>

Hi Noe,

Thanks for arranging it.  A few observations and notes:

-There are 10 hotline courses, two of which I already took yesterday (below). The hotline shadow course  has multiple sub-courses, so
there are in reality around 20. I will try to take as many as I can but my experience tells me one has to go over them repeatedly, so as to
gain any meaningful benefit from the posted material.  Isn't early Monday too tight to start the support?

- I will be logging my hours into the Timecard we all used previously and submitting every two weeks (or weekly, if you wish so). The
bridge learning has its own login/logout time monitoring, hence so as long as I do just learning and courses, you should see correlation
between them:

https://docs.google.com/spreadsheets/u/0/?tgif=d

- I would also need Salesforce training - to date I have not really used it and it is necessary for the hotline support. I found very little of it
in bridge learning, though. Any materials you or Lauries can share?

Finally, I still have scheduled medical follow-ups, which vary - some weeks are free of them, some  with multiple ones, eg next week
there are two, on Tuesday and Wednesday.  Typically they take about two-three hours, incl driving - one hr roundtrip driving plus about

one-two hours spent in the medical facilities. I usually try to schedule them for morning hours, so that by Noon I am back home. Just FYI when you do the scheduling.

Let me know about the Salesforce, thanks.

Dusan



[Quoted text hidden]

--

Dusan Morgan
Engineer, Field Service
Packsize International

**PACKSIZE**
ON DEMAND PACKAGING

Web: www.packsize.com
[Quoted text hidden]

---

**Noe Madera** <noe.madera@packsize.com>                                Thu, Oct 15, 2020 at 7:28 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Britt Zumwalt <britt.zumwalt@packsize.com>, Laurie Davis <laurie.davis@packsize.com>

Dusan,

They are short courses but please take them at your own pace so you can make sure that you can get a grasp on the material.
Use today and tomorrow to complete the courses and I will schedule Laurie's call at a later date.

As far as the Salesforce courses they were mandatory and were assigned to you by the training team at the time of hire. They should have been completed by now.
You also had access to our NE shared drive where we have training courses on SF. Having said that, I will make sure that Laurie spends some time with you going over Sf as well.

Lastly, can you schedule your Doctor's appointments around your work schedule? We need a predetermined schedule for Hotline coverage so we can adjust resources.

[Quoted text hidden]
--
[Quoted text hidden]

---

**Laurie Davis** <laurie.davis@packsize.com>                                    Fri, Oct 16, 2020 at 6:51 AM
To: Noe Madera <noe.madera@packsize.com>
Cc: Britt Zumwalt <britt.zumwalt@packsize.com>, Cody Hancey <cody.hancey@packsize.com>

I always enjoy the prospect and challenges with training new employees on doing the job of FSE for Packsize. There are multiple areas one needs to have some mastery to be efficient and effective in the position. Sadly the majority of the challenge comes from the lack of reference materials or the training courses that do not fully cover all the "need to know" portions.

I have two concerns with this plan going forward. First, is that this employee has limited training on any of our equipment and software. He has only been in two virtual courses that I can see on the calendar and has next to no hands on time.

My second concern is that I am scheduled to be covering the hotline next week on the overnight shift [7pm-7am] - Monday [19Oct] thru Saturday [24Oct], a 59 hour work week. Unless this hotline coverage for this week changes I will not have availability to work with Dusan.

Thanks

On Thu, Oct 15, 2020 at 8:45 AM Noe Madera <noe.madera@packsize.com> wrote:
[Quoted text hidden]


--


Laurie Davis
Engineer, Field Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-944-4814
**PACKSIZE**®
ON DEMAND PACKAGING
Web: www.packsize.com


[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                  Mon, Oct 19, 2020 at 12:14 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>, Laurie Davis <laurie.davis@packsize.com>

Dusan,

Please update your timecard each day so you are paid for the hours worked.

Thanks.


Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104
**PACKSIZE**®
ON DEMAND PACKAGING
Web: www.packsize.com

How many trees has
your business saved?
#RightSizedPackaging

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                    Mon, Oct 19, 2020 at 12:24 PM
To: Britt Zumwalt <britt.zumwalt@packsize.com>

Update and click share? Or you can see the updates the moment I enter them, the cards spreadsheet being owned and managed by Noe.

Thanks,
Dusan

[Quoted text hidden]

---

**Britt Zumwalt** <britt.zumwalt@packsize.com>                                    Mon, Oct 19, 2020 at 12:38 PM
To: Dusan Morgan <dusan.morgan@packsize.com>

No, I am talking about your timecard in ADP.  Since you are working intermittently, we have to change you to an hourly status and you need to record your hours.  This is how you will be paid.  I can help you if you need.  Give me a call if you have any questions.

Britt Zumwalt
Director, HR & People Operations
Packsize International
3760 W. Smart Pack Way
Salt Lake City, UT 84104



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]



**Spanning Nabu <spanning.nabu@packsize.com>**

## Hotline training request
23 messages

---

**Leigh Schuckert** <leigh.schuckert@packsize.com>                    Mon, Oct 26, 2020 at 9:36 AM
To: Jonathon Sims <jonathon.sims@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>

Hi Jonathon!

Is there a process to follow in order to request hotline training for Dusan Morgan?

Thanks for your help,
--
Leigh Schuckert
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Jonathon Sims** <jonathon.sims@packsize.com>                    Tue, Oct 27, 2020 at 1:24 PM
To: Leigh Schuckert <leigh.schuckert@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>

Hi Leigh, not really anymore with this week becoming a remote session. Here is what we are now sharing with DSM and FSE to set expectations for the week. If you have any concerns about the schedule please let me know. If everything checks out okay just confirm the week of choice

Hotline FSE Training expectations

Jonathon Sims
Packsize International
2671 Technology Drive Suite 108
Louisville, KY 40299
+1-385-226-8779



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Leigh Schuckert** <leigh.schuckert@packsize.com>                    Thu, Oct 29, 2020 at 2:03 PM
To: Jonathon Sims <jonathon.sims@packsize.com>, Dusan Morgan <dusan.morgan@packsize.com>
Cc: Noe Madera <noe.madera@packsize.com>

Hi Jonathon,

Is it possible for Dusan to start next week? I believe he may need to follow an alternate schedule, as his exposure to SF is limited.

Dusan, can you please also define your current work schedule?

Thank you!

[Quoted text hidden]

---

**Jonathon Sims** <jonathon.sims@packsize.com>                                        Thu, Oct 29, 2020 at 2:51 PM
To: Leigh Schuckert <leigh.schuckert@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Noe Madera <noe.madera@packsize.com>

Yes I think that should be fine next week. We can be flexible to a degree, we have some TSRs out of SLC that work a bit later if we need to shift to a bit later.

Are there any plans to have Dusan take customer calls in the near to immediate future? The training schedule outlined in my original email is already an accelerated timeline, anything less than a solid week of shadowing and taking calls in a structured environment is not recommended. I know some DSMs request their FSE spend an additional week on daytime calls before moving to the normal Nights/Weekends shift as it seems to have a positive impact.

Thanks!

Jonathon Sims
Packsize International
2671 Technology Drive Suite 108
Louisville, KY 40299
+1-385-226-8779



Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                        Thu, Oct 29, 2020 at 3:29 PM
To: Leigh Schuckert <leigh.schuckert@packsize.com>
Cc: Jonathon Sims <jonathon.sims@packsize.com>, Noe Madera <noe.madera@packsize.com>

Thanks Leigh..

Jonathon, we previously discussed my schedule with Noe and agreed on Monday through Wednesday, I am currently on STD shortened schedule. But training is light duty, I can see you have planned Hotline training for the full week. I already took all hotline online courses in Bridge I could find, but rehearsing them would not hurt. Shadowing another FSE would be even more useful. But most of all, I would truly need  a few sessions with someone re nuts and bolts of SF, would it be possible? No exposure to SF to speak of, so far.

Thanks,
Dusan

[Quoted text hidden]
--

Dusan Morgan
[Quoted text hidden]

---

**Leigh Schuckert** <leigh.schuckert@packsize.com>                                        Fri, Oct 30, 2020 at 9:49 AM

To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Jonathon Sims <jonathon.sims@packsize.com>, Lars Lindegren <lars.lindegren@packsize.com>, Cody Hancey <cody.hancey@packsize.com>

Thanks for the info, Jonathon & Dusan!

As of now, there aren't any plans for Dusan to take solo calls in the immediate future. It sounds like a 3+ week training plan may be best with his Monday-Wednesday schedule. Let me know if you need any more information for Dusan to get started on Monday.

Thank you,
[Quoted text hidden]

---

**Leigh Schuckert** <leigh.schuckert@packsize.com>                                    Mon, Nov 2, 2020 at 8:23 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Jonathon Sims <jonathon.sims@packsize.com>, Lars Lindegren <lars.lindegren@packsize.com>, Cody Hancey <cody.hancey@packsize.com>

Good morning Dusan,

Have you completed the Bridge course FSL Salesforce?
https://packsize.bridgeapp.com/learner/programs/110

Thank you,
[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                          Mon, Nov 2, 2020 at 8:57 AM
To: Leigh Schuckert <leigh.schuckert@packsize.com>
Cc: Jonathon Sims <jonathon.sims@packsize.com>, Lars Lindegren <lars.lindegren@packsize.com>

JH Leig - it looks like admin never gave me access, this is what shows when I click on your link...The only Salesforce available (2nd screenshot) was completed months ago..

Dusan





[Quoted text hidden]

---

**Jonathon Sims** <jonathon.sims@packsize.com>                                        Mon, Nov 2, 2020 at 11:11 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Leigh Schuckert <leigh.schuckert@packsize.com>, Lars Lindegren <lars.lindegren@packsize.com>

Could we get with Training (Rob/Sean) to add the FSL Sales Training program? The link Leigh provided has 9 different Bridge courses that focus on learning and navigating Salesforce which is something that will be needed for Hotline support.

Best regards,

Jonathon Sims
Packsize International
2671 Technology Drive Suite 108
Louisville, KY 40299
+1-385-226-8779



Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Leigh Schuckert** <leigh.schuckert@packsize.com>                    Mon, Nov 2, 2020 at 12:30 PM
To: Jonathon Sims <jonathon.sims@packsize.com>, Sean Brunson <sean.brunson@packsize.com>, Rob Wheatley
<rob.wheatley@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Lars Lindegren <lars.lindegren@packsize.com>

Hello, Rob & Sean!

Is it possible to have the following Bridge courses assigned to Dusan Morgan?
https://packsize.bridgeapp.com/learner/programs/110

Thanks for your help,

[Quoted text hidden]

---

**Rob Wheatley** <rob.wheatley@packsize.com>                    Mon, Nov 2, 2020 at 12:39 PM
To: Leigh Schuckert <leigh.schuckert@packsize.com>
Cc: Jonathon Sims <jonathon.sims@packsize.com>, Sean Brunson <sean.brunson@packsize.com>, Dusan Morgan
<dusan.morgan@packsize.com>, Lars Lindegren <lars.lindegren@packsize.com>

All,

I have assigned this program to Dusan.

Rob Wheatley
Trainer Sr., Technical
Packsize International



Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]

---

**Cody Hancey** <cody.hancey@packsize.com>                    Wed, Nov 4, 2020 at 1:46 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Leigh Schuckert <leigh.schuckert@packsize.com>

Dusan?

[Quoted text hidden]

---

**Leigh Schuckert** <leigh.schuckert@packsize.com>                                                    Wed, Nov 4, 2020 at 1:50 PM
To: Cody Hancey <cody.hancey@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>

Hi Cody,

Dusan called me this morning and stated he was going to review these courses today.

Dusan - when you complete these courses, can you please confirm via email?

Thank you,

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                                          Wed, Nov 4, 2020 at 2:59 PM
To: Leigh Schuckert <leigh.schuckert@packsize.com>

Hi Leigh, I didn't see anything specifically assigned to me but finished all hotline courses I could find in the learning library, 10 in total.
Currently focusing on FSL courses, that should be completed by the end of the week.

Dusan

[Quoted text hidden]

---

**Leigh Schuckert** <leigh.schuckert@packsize.com>                                                    Thu, Nov 5, 2020 at 6:08 AM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>, Jonathon Sims <jonathon.sims@packsize.com>

Good morning Jonathon,

With Dusan's FSL courses completed, is it possible for him to begin shadowing/training with your team on Monday?

Thank you!

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                                          Thu, Nov 5, 2020 at 6:29 AM
To: Leigh Schuckert <leigh.schuckert@packsize.com>
Cc: Cody Hancey <cody.hancey@packsize.com>, Jonathon Sims <jonathon.sims@packsize.com>

I would like to spell out a  word of caution and emphasize one can't train himself through online courses alone, hotline support will
almost certainly require deep knowledge of various softwares and Packsize machine systems which I don't yet possess.  So far I
participated only in one EM7 relocation, two M1 installations, and one Fusion EC - not much else. My planned multi-week in-house
training was canceled just on the verge of departure to Lousville due to the pandemic. .IMHO,  training and proficiency requires multiple
instances of field work but also software training, both under coaching of instructors or peers - learning through doing, if you will.  I
heard some of my NE colleagues went through multiple training weeks for softwares alone, during their own training periods. That said,
shadowing another FSE is certainly a good start.

Dusan

[Quoted text hidden]

---

**Cody Hancey** <cody.hancey@packsize.com>                                                            Thu, Nov 5, 2020 at 3:08 PM
To: Dusan Morgan <dusan.morgan@packsize.com>
Cc: Leigh Schuckert <leigh.schuckert@packsize.com>, Jonathon Sims <jonathon.sims@packsize.com>, Britt Zumwalt
<britt.zumwalt@packsize.com>

Hey Dusan, thanks for the time on the phone today. I appreciate the candidness below and assure you, we are doing our best to
accommodate your needs. I feel confident with the completed training and the TSR shadowing next week, you will have the tools
needed to perform the hotline role.

Leigh/Jonathon, Dusan will be working Mon-Wed next week so please get with him on shift hours and who to contact to get set up.

[Quoted text hidden]

---

**Leigh Schuckert** <leigh.schuckert@packsize.com>                                                    Fri, Nov 6, 2020 at 12:32 PM
To: Jonathon Sims <jonathon.sims@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Cody Hancey <cody.hancey@packsize.com>, Britt Zumwalt
<britt.zumwalt@packsize.com>

Hi Jonathon,

Is it possible to have Dusan start training Monday at 8am? He just informed me his Bridge courses are completed.

Thank you!

[Quoted text hidden]

---

**Leigh Schuckert** <leigh.schuckert@packsize.com>                                Fri, Nov 6, 2020 at 1:12 PM
To: Jonathon Sims <jonathon.sims@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Cody Hancey <cody.hancey@packsize.com>, Britt Zumwalt
<britt.zumwalt@packsize.com>

Hi Dusan,

I received an auto reply message from Jonathon stating he is on PTO until Monday morning.
Please still plan to begin the next phase of training Monday 11/9, but let's push it back until 9am so adjustments can be made if necessary.

Thank you. Hope you have a nice weekend!

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                Fri, Nov 6, 2020 at 1:20 PM
To: Leigh Schuckert <leigh.schuckert@packsize.com>
Cc: Jonathon Sims <jonathon.sims@packsize.com>, Cody Hancey <cody.hancey@packsize.com>, Britt Zumwalt
<britt.zumwalt@packsize.com>

OK, thanks for checking w. him...

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                Fri, Nov 6, 2020 at 1:24 PM
To: Leigh Schuckert <leigh.schuckert@packsize.com>

## Allow Remote Control

**Your ID**
1 869 078 289

**Password**
47s9tx

## Unattended Access

☐ Start TeamViewer with Windows
☐ Grant easy access

## Control Remote Computer

**Partner ID**

[                    ▼]

◉ Remote control
○ File transfer

[ ↔ Connect ]

[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                                Sun, Nov 8, 2020 at 7:39 AM
To: Leigh Schuckert <leigh.schuckert@packsize.com>

## Allow Remote Control

**Your ID**

1 869 078 289

**Password**

47s9tx

## Unattended Access

☐ Start TeamViewer with Windows

☐ Grant easy access

## Control Remote Computer

**Partner ID**

[                    ▼]

◉ Remote control

○ File transfer

[ ↔ Connect ]

[Quoted text hidden]

---

**Jonathon Sims** <jonathon.sims@packsize.com>                    Mon, Nov 9, 2020 at 7:48 AM
To: Leigh Schuckert <leigh.schuckert@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Cody Hancey <cody.hancey@packsize.com>, Britt Zumwalt
<britt.zumwalt@packsize.com>

HI Dusan, hope you had a great weekend! We don't have any shadows for today but we are planning on setting something up for tomorrow. For today, we would like to have you listen to our Hotline calls to help get a better understanding of not only the process, but troubleshooting techniques. I've shared a document with you that we would like your help filling out for any call that you listen to.

I'm going to give you a call here shortly to talk through the initial setup process for today.

Jonathon Sims
Packsize International
2671 Technology Drive Suite 108
Louisville, KY 40299
+1-385-226-8779



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

[Quoted text hidden]



**Spanning Nabu <spanning.nabu@packsize.com>**

## Cast removed...
4 messages

---

**Dusan Morgan** <dusan.morgan@packsize.com>                    Thu, Oct 29, 2020 at 12:57 PM
To: Noe Madera <noe.madera@packsize.com>

Hi Noe, they removed the stitches and cast today, overall  much better than before, the wound is still open and thumb swollen, though (it was classified as an "open dislocation" in med terms, i.e. bone visible). Two more weeks before another checkup, I am to practice the hand meanwhile, hopefully it will get more mobile by then and the wound closes up so that I can use my hands again. Just  heads up FYI.
--
Best,

Dusan Morgan
Engineer, Field Service
Packsize International



Web: www.packsize.com



**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

---

**Noe Madera** <noe.madera@packsize.com>                    Thu, Oct 29, 2020 at 1:03 PM
To: Dusan Morgan <dusan.morgan@packsize.com>

Ok, thanks for the update. How is your progress in the Bridge courses?
[Quoted text hidden]
--

Noe Madera
Manager, District Service
Packsize International
3760 W. Smart Pack Way, Salt Lake City, UT 84104 USA
+1-801-875-1571

Web: www.packsize.com
[Quoted text hidden]

---

**Dusan Morgan** <dusan.morgan@packsize.com>                    Thu, Oct 29, 2020 at 1:31 PM
To: Noe Madera <noe.madera@packsize.com>

I completed all that were required except for the gluer exam (struggling, tricky questions). There are some total 190 courses in the learning library of which I completed 87 under guidance of Sean Brunson, some were  added based on your instruction. Not all in the library are obviously for FSEs, so I keep rehearsing selected older ones and also selectively adding new ones that may be useful  (eg X4 printer)..

But a fellow FSE called me on Monday and we discussed the job, she promised to hook me up with some trainer on SF, a gal based in Medina, OH (Cleveland area). So far she didn't follow-up, do you know her? I did not write down her name, she has been with Packsize for about one year..
[Quoted text hidden]
--
[Quoted text hidden]

**Noe Madera** <noe.madera@packsize.com>                                    Thu, Oct 29, 2020 at 1:53 PM
To: Dusan Morgan <dusan.morgan@packsize.com>

Leigh Schuckert, she is basically the unofficial Senior Engineer for us after Carl left.

[Quoted text hidden]

**Jonathon Sims <jonathon.sims@packsize.com>**   Nov 9, 2020, 7:48 AM   Reply

to Leigh, Dusan, me, Britt

HI Dusan, hope you had a great weekend! We don't have any shadows for today but we are planning on setting something up for tomorrow. For today, we would like to have you listen to our Hotline calls to help get a better understanding of not only the process, but troubleshooting techniques. I've shared a document with you that we would like your help filling out for any call that you listen to.

I'm going to give you a call here shortly to talk through the initial setup process for today.


Jonathon Sims
Packsize International
2671 Technology Drive Suite 108
Louisville, KY 40299
+1-385-226-8779
Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure. Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited. If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.


On Fri, Nov 6, 2020 at 3:12 PM Leigh Schuckert <leigh.schuckert@packsize.com> wrote:
Hi Dusan,

I received an auto reply message from Jonathon stating he is on PTO until Monday morning.
Please still plan to begin the next phase of training Monday 11/9, but let's push it back until 9am so adjustments can be made if necessary.

Thank you. Hope you have a nice weekend!

On Fri, Nov 6, 2020 at 2:32 PM Leigh Schuckert <leigh.schuckert@packsize.com> wrote:
Hi Jonathon,

Is it possible to have Dusan start training Monday at 8am? He just informed me his Bridge courses are completed.

Thank you!

On Thu, Nov 5, 2020 at 5:09 PM Cody Hancey <cody.hancey@packsize.com> wrote:
Hey Dusan, thanks for the time on the phone today. I appreciate the candidness below and assure you, we are doing our best to accommodate your needs. I feel confident with the completed training and the TSR shadowing next week, you will have the tools needed to perform the hotline role.

Leigh/Jonathon, Dusan will be working Mon-Wed next week so please get with him on shift hours and who to contact to get set up.


On Thu, Nov 5, 2020 at 6:29 AM Dusan Morgan <dusan.morgan@packsize.com> wrote:
I would like to spell out a  word of caution and emphasize one can't train himself through online courses alone, hotline support will almost certainly require deep knowledge of various softwares and Packsize machine systems which I don't yet possess.  So far I participated only in one EM7 relocation, two M1 installations, and one Fusion EC - not much else. My planned multi-week in-house training was canceled just on the verge of departure to Lousville due to the pandemic. .IMHO,  training and proficiency requires multiple instances of field work but also software training, both under coaching of instructors or peers - learning through doing, if you will.  I heard some of my NE colleagues went through multiple training weeks for softwares alone, during their own training periods. That said, shadowing another FSE is certainly a good start.

Dusan

On Thu, Nov 5, 2020 at 8:09 AM Leigh Schuckert <leigh.schuckert@packsize.com> wrote:
Good morning Jonathon,

With Dusan's FSL courses completed, is it possible for him to begin shadowing/training with your team on Monday?

Thank you!

On Wed, Nov 4, 2020 at 5:00 PM Dusan Morgan <dusan.morgan@packsize.com> wrote:
Hi Leigh, I didn't see anything specifically assigned to me but finished all hotline courses I could find in the learning library, 10 in total. Currently focusing on FSL courses, that should be completed by the end of the week.

Dusan

On Wed, Nov 4, 2020 at 3:50 PM Leigh Schuckert <leigh.schuckert@packsize.com> wrote:

Hi Cody,

Dusan called me this morning and stated he was going to review these courses today.

Dusan - when you complete these courses, can you please confirm via email?

Thank you,

On Wed, Nov 4, 2020 at 3:47 PM Cody Hancey <cody.hancey@packsize.com> wrote:
Dusan?

On Mon, Nov 2, 2020 at 8:24 AM Leigh Schuckert <leigh.schuckert@packsize.com> wrote:
Good morning Dusan,

Have you completed the Bridge course FSL Salesforce?
https://packsize.bridgeapp.com/learner/programs/110

Thank you,

On Fri, Oct 30, 2020 at 11:49 AM Leigh Schuckert <leigh.schuckert@packsize.com> wrote:
Thanks for the info, Jonathon & Dusan!

As of now, there aren't any plans for Dusan to take solo calls in the immediate future. It sounds like a 3+ week training plan may be best with his Monday-Wednesday schedule. Let me know if you need any more information for Dusan to get started on Monday.

Thank you,

On Thu, Oct 29, 2020 at 5:30 PM Dusan Morgan <dusan.morgan@packsize.com> wrote:
Thanks Leigh..

Jonathon, we previously discussed my schedule with Noe and agreed on Monday through Wednesday, I am currently on STD shortened schedule. But training is light duty, I can see you have planned Hotline training for the full week. I already took all hotline online courses in Bridge I could find, but rehearsing them would not hurt. Shadowing another FSE would be even more useful. But most of all, I would truly need a few sessions with someone re nuts and bolts of SF, would it be possible? No exposure to SF to speak of, so far.

Thanks,
Dusan

On Thu, Oct 29, 2020 at 4:03 PM Leigh Schuckert <leigh.schuckert@packsize.com>
wrote:
Hi Jonathon,

Is it possible for Dusan to start next week? I believe he may need to follow an alternate
schedule, as his exposure to SF is limited.

Dusan, can you please also define your current work schedule?

Thank you!

On Tue, Oct 27, 2020 at 3:24 PM Jonathon Sims <jonathon.sims@packsize.com>
wrote:
Hi Leigh, not really anymore with this week becoming a remote session. Here is what
we are now sharing with DSM and FSE to set expectations for the week. If you have
any concerns about the schedule please let me know. If everything checks out okay just
confirm  the week of choice

Hotline FSE Training expectations


Jonathon Sims
Packsize International
2671 Technology Drive Suite 108
Louisville, KY 40299
+1-385-226-8779
Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged,
or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the
intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed
above, or by reply to this transmission.


On Mon, Oct 26, 2020 at 11:36 AM Leigh Schuckert <leigh.schuckert@packsize.com>
wrote:
Hi Jonathon!

Is there a process to follow in order to request hotline training for Dusan Morgan?

Thanks for your help,
--
Leigh Schuckert
Engineer, Field Service
Packsize International

Web: www.packsize.com

**Cody Hancey <cody.hancey@packsize.com>**

Tue, Nov 17, 2020, 10:09 AM Reply

to Britt

FYI on Dusan schedule...

---------- Forwarded message ---------
From: **Cody Hancey** <cody.hancey@packsize.com>
Date: Tue, Nov 17, 2020 at 10:09 AM
Subject: Re: Hotline Training - Dusan Morgan
To: Jonathon Sims <jonathon.sims@packsize.com>
Cc: Dusan Morgan <dusan.morgan@packsize.com>, Leigh Schuckert <leigh.schuckert@packsize.com>, Jake Morrison <jake.morrison@packsize.com>, Donnie Sinkhorn <donnie.sinkhorn@packsize.com>

This is an excellent plan. Thank you Sims.

On Mon, Nov 16, 2020 at 4:25 PM Jonathon Sims <jonathon.sims@packsize.com> wrote:
HI Dusan, we hope to cover as much of that as possible within the framework of the Hotline call shadowing process. I want to be clear that the training for the next 6 days will be similar to what you experienced last week with Brady McAfee with some proposed additions. Our plan is to spend the first 3 or so days having you shadow a TSR (TBD). For days 4-6 we would like to transition you to a more engaging role in which you would be taking calls directly with the help of one of our TSRs (TBD). We have some newer TSRs that will only be taking EM7/Gluer type calls which we believe would be a good fit as it would allow you to focus and learn a smaller number of machines.

My hopes are that by the end of the 6 days of shadowing you will be comfortable enough to take calls for the basic machines on your own. But due to your unique training situation I would not assume that is the case, but rather get your feedback at the end of Wednesday 11/25 to see what is possible.

I believe the step by step troubleshooting guide you are referring to is the KB Articles that Brady has spoken to you about. Those will certainly be a focus of the shadowing days as they are the best resource we have to troubleshoot all types of problems. If you are not yet familiar we will make sure we spend time reviewing the best troubleshooting practices.

Please let me know if anyone has any questions.

Jonathon Sims
Packsize International
2671 Technology Drive Suite 108
Louisville, KY 40299
+1-385-226-8779
Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

On Mon, Nov 16, 2020 at 1:20 PM Dusan Morgan <dusan.morgan@packsize.com> wrote:
If I may contribute my 5 cents, reviewing  both  PackNet Pack Suite nuts and bolts, retrieval of error codes, step by step tests to uncover underlying culprits and learning how to eliminate them, incl identification of likely faulty parts. Identification and retrieval of correct Edrawings from AOdocs DBase, identification of the culprit parts within, ordering them via Salesforce.  Finally, Cody mentioned there was also a comprehensive step-by-step problem solving matrix (presumably for different machines), I have not seen it yet and Brady did not use it last week, either. If there is  such compilation, it'd be a truly useful tool.

Thanks,
Dusan

On Mon, Nov 16, 2020 at 12:43 PM Jonathon Sims <jonathon.sims@packsize.com> wrote:
Hi Leigh, I'd like to give you a call to discuss this a bit more in-depth to see what level of training would be most fitting for these 6 days.

Jonathon Sims
Packsize International
2671 Technology Drive Suite 108
Louisville, KY 40299
+1-385-226-8779
Web: www.packsize.com

Confidentiality Notice: This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

On Mon, Nov 16, 2020 at 12:39 PM Leigh Schuckert <leigh.schuckert@packsize.com> wrote:

Good afternoon, Jonathon!

Is it possible to have Dusan continue training with a TSR for the following dates?

Wednesday 11/18
Thursday 11/19
Friday 11/20
Monday 11/23
Tuesday 11/24
Wednesday 11/25

Thank you for your time,
--
Leigh Schuckert
Engineer, Field Service
Packsize International
Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

--

Dusan Morgan
Engineer, Field Service
Packsize International
+1-860-336-9032
Web: www.packsize.com

**Jonathon Sims <jonathon.sims@packsize.com>**

Thu, Dec 3, 2020, 12:07 PM  Re pl y

to me, Leigh, Lars

Has there been any open discussions with Dusan regarding some of his training concerns? He has reached out to me multiple times over the past week asking me for direction on getting more hands on training with the machines and software and I've been directing him back to Leigh and team. See below for some of his messages.

I just want to make sure he is aligned with the plan you all have put together for him and he is not expecting enhanced training beyond what he learns through taking calls. It's been tough to evaluate his Hotline ability as we've had limited time to focus on him given the call volume and other trainings (Art Caschetta, SLC TSR, etc). I would be happy to continue helping out Dusan with any hotline related questions but as you can see there are some major training concerns from him.

**Nov 23**
-dusan.morgan
No, none for now, thanks.  But is there going to be some in house training again? When not in the field (Cody nixed it), then at least in Louisville that was cut short just before I could join it..


**December 1**
dusan.morgan
What I need is software, software, software hands-on.  By now I am comfortable enough with how the calldesk works and also how to do open and close cases in Salesforce, plug into machines remotely with teamview etc.  But most of the issues customers call about are software-related, mostly Packnet -  that's where I have major gaps (because I never really did hands-on software tweaking in the field, or received onsite training like others).  The calls I took last time with Alex Polson monitoring featured just that, eg  stuck job that required changing ports back-forth and restarting the machine, or machine shutting down intermittently which required restarting all services, etc - software issues.  So I still need a mentor, if a problem is to be solved in real time, w/o calling back.  But most of all, I need to practice on some simulator repeatedly, no way around it. Is there a machine or machines slated for training in company warehouses one can plug into ?

dusan.morgan
Jonathon, a question I've been pondering ever since Noe brought up the hotline support for the fist time....How can one ever acquire body of knowledge necessary for supporting hotline calls (of multiple machines), w/o benefit of onsite training and repeated physical verifications, until it sinks in? Every single FSE or TSR I so far talked to also had the chance to learn onsite with actual machines, either at customers or on those located in company warehouses. Virtual training alone can never be a full substitute, in my opinion..

**dusan.morgan**

Here are two examples of my peers' reply when I queried them on these complex  machines, Laurie Davis and Bill Benn.  Laurie, FSE: "Don't expect to be reasonable trained until you do the job at least a year"; 2. Bill, FSE: "I went to SLC and Louisville for multiple weeks, just to learn software alone"..................So I don't mind taking the calls and I would really want to participate actively, but the fact the company expects solutions and remedies in real time while customer waits makes it quite difficult, at least at this stage.

Jonathon Sims
Packsize International
2671 Technology Drive Suite 108
Louisville, KY 40299
+1-385-226-8779
Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.

On Thu, Dec 3, 2020 at 1:45 PM Cody Hancey <cody.hancey@packsize.com> wrote:
Yes, lets keep him on the hotline for now. I would prefer he be taking calls vs shadowing as well.

Britt and I are still working through the restrictions and she is trying to gather some details today that will help us determine the long-term strategy.

On Thu, Dec 3, 2020 at 7:42 AM Leigh Schuckert <leigh.schuckert@packsize.com> wrote:
Good morning everyone,

Just want to make sure we're all on the same page with Dusan's training. Because of his limited M-W schedule and 12/16 PTO, I will not have him attend the Software & EM7/Gluer VLTs.
Cody, you suggest we should continue with him shadowing/taking some calls on the hotline for the foreseeable future?

Thank you,
--
Leigh Schuckert
Engineer, Field Service
Packsize International
Web: www.packsize.com

**Confidentiality Notice:** This transmission is intended for the sole use of the individual or entity to whom it is addressed and may contain information that is confidential, privileged, or otherwise exempt from disclosure.  Any dissemination, distribution, copying, or taking of any action in reliance on the contents of this transmission, by someone other than the intended addressee or its authorized agent is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately at the telephone number listed above, or by reply to this transmission.