UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DUSHAN MORGAN,
    Plaintiff,

v.

PACKSIZE INTERNATIONAL, LLC,
    Defendant.

No. 3:21-cv-1496 (SRU)

**CONFERENCE MEMORANDUM AND ORDER**

    On January 31, 2022, I held a Rule 16 pretrial conference off the record with Michael Reilly, attorney for the plaintiff, and Lisa Zaccardelli, attorney for the defendant. At the start of the call, I confirmed that the Rule 26(f) report was jointly submitted (given that it was signed by plaintiff's counsel only). Attorney Zaccardelli confirmed that it had been jointly submitted. I next confirmed that the parties intended to follow the Initial Discovery Protocols for Employment Cases. The parties indicated that they planned to follow those protocols, and Attorney Reilly indicated that he planned to send defense counsel initial disclosures within the week. He additionally indicated that he would submit a damages analysis as soon as possible.

    We then discussed the procedure for addressing discovery disputes, should any arise. I explained that, although the parties remain free to file whatever motions they choose, it is often more efficient to reach out to Chambers to set up a call and attempt to resolve those disputes over the phone. I additionally encouraged the parties to follow up with Chambers after initial disclosures and a damages analysis had been exchanged if they felt that a referral to a Magistrate Judge for settlement negotiations would be productive.

Finally, I set November 1, 2022 as the discovery deadline and December 6, 2022 as the deadline for dispositive motions. The Rule 26(f) Report is approved to the extent it is not inconsistent with the terms of this order.

So ordered.

Dated at Bridgeport, Connecticut, this 1st day of February 2022.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge