IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DUSHAN MORGAN | CIVIL ACTION NO. 3:21-cv-01496-SRU |
| Plaintiff | |
| V. | |
| PACKSIZE INTERNATIONAL, LLC | SEPTEMBER 30, 2022 |
| Defendant. | |

**PARTIES' STIPULATED MOTION TO DISMISS COMPLAINT WITH PREJUDICE**

The parties, Plaintiff Dushan Morgan, and Defendant Packsize International, LLC, hereby stipulate to dismiss Plaintiff's Complaint against Defendant, with prejudice, upon the merits, with no costs or fees awarded; each party to bear their own costs and attorney's fees.

Having so stipulated, the parties, through their undersigned counsel, move the Court for an Order of Dismissal on this matter, with prejudice.

THE PLAINTIFF
DUSHAN MORGAN

BY: /s/ *Michael J. Reilly
Michael J. Reilly, Esq. (ct28651)
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Tel: (860) 296-3457
Fax: (860) 296-0676
Email: mreilly@cicchielloesq.com
[*Signed electronically, by permission]

THE DEFENDANT,
PACKSIZE INTERNATIONAL, LLC

By  /s/ Lisa A. Zaccardelli
Lisa A. Zaccardelli (ct07983)
HINCKLEY ALLEN & SNYDER, LLP
20 Church Street, 18th Floor
Hartford, Connecticut 06103
lzaccardelli@hinckleyallen.com
Telephone: (860) 331-2764
Facsimile: (860) 278-3802
 Its Attorneys

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        /s/ *Lisa A. Zaccardelli*
                                        Lisa A. Zaccardelli, Esq. (ct07983)